To whom it may concern,

I was driving behind a white Ford truck with two kayaks in the back on Allen Swamp road on the Saturday of Memorial Day weekend in 2014. After I stopped my car behind him I started looking for my drivers license, proof of insurance and registration. While I was doing that I noticed that the deputy in the road hollared at the driver. The truck stopped and then I heard glass shatter and saw that they were struggling with the driver. About four or five deputies surrounded the truck and they pulled the driver out head first and tasered him several times. I did not see him punch or kick any of the deputies even though they were hitting him and smashing his face into the pavement. They handcuffed him and put him in a police car then moved him to another one.

When one of the officers talked to me and looked at my credentials he told me that the driver was one of their regulars.

I go to school with Reed Kasper and I knew it was his dad's truck because he has a set of wings on the front license plate and Reed drove it to school all year long. I called and told Reed what he said. Mr. Kasper later contacted me to get this statement. Please feel free to contact me via my dad's phone number listed below.


Dalton House
601-934-4464

X _Dalton House_ (signature)