BOOK: 2014 PAGE: 6582

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
LAUDERDALE COUNTY JUSTICE COURT
MERIDIAN, MS 39301
(601) 482-9879

COUNTY: LAUDERDALE                              AGENCY CODE: 0038

                                                CITATION NO:
DEFENDANT

DRIVERS LICENSE NUMBER: 800229674               STATE: MS  DOB: 07/04/1963
NAME:   KASPER GLENN DELL                       RACE: W  SEX: M
ADDRESS: 8990 MASSEY ESTATES DRI

        MERIDIAN MS 39305

VEHICLE INFORMATION

REGISTRATION (TAG) NO: LB5 121    STATE: MS  YEAR: 2001
VEHICLE MODEL YEAR:         MAKE: FORD    TYPE: P/T

VIOLATION

CHARGED WITH: RESISTING ARREST

% BAC: 00000
SPEED:      ZONE:

DATE OF VIOLATION: 05/24/2014   COURT DATE: 01/13/2015  HWY/OR STREET:
CHARGES WERE FILED BY: RUSSELL RUSTON           BADGE NO: L006

DEFENDANT ENTERED A PLEA OF:
DEFENDANT WAS FOUND: DISMISSED
Judgement of Court: DISMISSED

BY JUDGE: DARRELL THEALL
REMARKS BY COURT: #2014050116

DEFENDANT WAS FINED $           PLUS ASSESSMENTS OF $

SENTENCED TO: _____

        BAIL FORFEITED ( )          APPEALED     ( )
        FINE PAID      ( )          TIME SERVED  ( )

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MY COURT RECORD AS
RECORDED IN DOCKET: 2014  PAGE: 6582
SIGNED: _____  TITLE: _____

Exhibit "B" to Original Complaint

Kasper000020Complaint

BOOK: 2014   PAGE:   6576

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
LAUDERDALE COUNTY JUSTICE COURT
MERIDIAN, MS 39301
(601) 482-9879

COUNTY: LAUDERDALE

AGENCY CODE:   0038

CITATION NO: 074942000

DEFENDANT

DRIVERS LICENSE NUMBER:   800229674
NAME:   KASPER GLENN DELL
ADDRESS: 8990 MASSEY ESTATES DRI

STATE: MS   DOB: 07/04/1963
RACE:  W   SEX: M

MERIDIAN MS 39305

VEHICLE INFORMATION

REGISTRATION (TAG) NO:   LB5 121   STATE: MS   YEAR: 2001
VEHICLE MODEL YEAR:        MAKE: FORD   TYPE: P/T

VIOLATION

CHARGED WITH: DISREGARD OF TRAFFIC DEVICE

% BAC: 00000
SPEED:        ZONE:

DATE OF VIOLATION: 05/24/2014   COURT DATE: 01/13/2015  HWY/OR STREET:
CHARGES WERE FILED BY: RUSSELL RUSTON        BADGE NO:  L006

DEFENDANT ENTERED A PLEA OF:
DEFENDANT WAS FOUND: DISMISSED
Judgement of Court: DISMISSED

BY JUDGE: DARRELL THEALL
REMARKS BY COURT:

---

DEFENDANT WAS FINED $         PLUS ASSESSMENTS OF $

SENTENCED TO:_____

    BAIL FORFEITED ( )        APPEALED      ( )
    FINE PAID      ( )        TIME SERVED   ( )

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MY COURT RECORD AS
RECORDED IN DOCKET:  2014   PAGE:  6576       03
SIGNED:_____   TITLE:_____

Exhibit "B" to Original Complaint

Kasper000021Complaint

BOOK: 2014 PAGE:   6580

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
LAUDERDALE COUNTY JUSTICE COURT
MERIDIAN, MS 39301
(601) 482-9879

COUNTY: LAUDERDALE                                AGENCY CODE:   0038

                                                  CITATION NO:
DEFENDANT

DRIVERS LICENSE NUMBER:  800229674                STATE: MS  DOB: 07/04/1963
NAME:    KASPER GLENN DELL                        RACE:  W   SEX: M
ADDRESS: 8990 MASSEY ESTATES DRI

         MERIDIAN MS 39305

VEHICLE INFORMATION

REGISTRATION (TAG) NO: LB5 121    STATE: MS  YEAR: 2001
VEHICLE MODEL YEAR:           MAKE: FORD   TYPE: P/T

VIOLATION

CHARGED WITH: DISORDERLY CONDUCT/FAIL TO OBEY    % BAC: 00000
                                                 SPEED:      ZONE:

DATE OF VIOLATION: 05/24/2014   COURT DATE: 01/13/2015  HWY/OR STREET:
CHARGES WERE FILED BY: RUSSELL RUSTON         BADGE NO: L006

DEFENDANT ENTERED A PLEA OF: GUILTY
DEFENDANT WAS FOUND: GUILTY
Judgement of Court: GUILTY

BY JUDGE: DARRELL THEALL
REMARKS BY COURT: #2014050115

---

DEFENDANT WAS FINED $     65.00   PLUS ASSESSMENTS OF $    138.25

SENTENCED TO: _____

         BAIL FORFEITED ( )            APPEALED    ( )
         FINE PAID      (✓)            TIME SERVED ( )

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MY COURT RECORD AS
RECORDED IN DOCKET:  2014  PAGE:   6580

SIGNED: _Loretta Well_        TITLE: _Official Justice Court Clerk_

[Seal: DARLENE JONES, OFFICIAL JUSTICE COURT CLERK, LAUDERDALE COUNTY, MISS.]

Exhibit "B" to Original Complaint

Kasper000022Complaint

BOOK: 2014 PAGE: 6579

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
LAUDERDALE COUNTY JUSTICE COURT
MERIDIAN, MS 39301
(601) 482-9879

COUNTY: LAUDERDALE                              AGENCY CODE: 0038

                                                CITATION NO:
DEFENDANT

DRIVERS LICENSE NUMBER: 800229674               STATE: MS  DOB: 07/04/1963
NAME:    KASPER GLENN DELL                      RACE: W  SEX: M
ADDRESS: 8990 MASSEY ESTATES DRI

         MERIDIAN MS 39305

VEHICLE INFORMATION

REGISTRATION (TAG) NO:  LB5 121    STATE: MS   YEAR: 2001
VEHICLE MODEL YEAR:           MAKE: FORD   TYPE: P/T

VIOLATION

CHARGED WITH: DISORDERLY CONDUCT/FAIL TO OBEY

% BAC: 00000
SPEED:       ZONE:

DATE OF VIOLATION: 05/24/2014   COURT DATE: 01/13/2015  HWY/OR STREET:
CHARGES WERE FILED BY: ANDERSON DYLAN       BADGE NO: L027

DEFENDANT ENTERED A PLEA OF:
DEFENDANT WAS FOUND: GUILTY
Judgement of Court: GUILTY

BY JUDGE: DARRELL THEALL
REMARKS BY COURT: #2014050113

---

DEFENDANT WAS FINED $    35.00   PLUS ASSESSMENTS OF $    168.25

SENTENCED TO: _____

         BAIL FORFEITED ( )          APPEALED    ( )
         FINE PAID      (X)          TIME SERVED ( )

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MY COURT RECORD AS
RECORDED IN DOCKET: 2014   PAGE: 6579   03

SIGNED: _____   TITLE: _____

Exhibit "B" to Original Complaint

Kasper000023Complaint

BOOK: 2014  PAGE:  6578

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
LAUDERDALE COUNTY JUSTICE COURT
MERIDIAN, MS 39301
(601) 482-9879

COUNTY: LAUDERDALE                          AGENCY CODE:  0038

                                            CITATION NO:
DEFENDANT

DRIVERS LICENSE NUMBER:  800229674          STATE: MS  DOB: 07/04/1963
NAME:    KASPER GLENN DELL                  RACE:  W   SEX: M
ADDRESS: 8990 MASSEY ESTATES DRI

         MERIDIAN MS 39305

VEHICLE INFORMATION

REGISTRATION (TAG) NO:  LB5 121    STATE: MS  YEAR: 2001
VEHICLE MODEL YEAR:           MAKE: FORD    TYPE: P/T

VIOLATION

CHARGED WITH: DISORDERLY CONDUCT/FAIL TO OBEY

% BAC: 00000
SPEED:       ZONE:

DATE OF VIOLATION: 05/24/2014   COURT DATE: 01/13/2015 HWY/OR STREET:
CHARGES WERE FILED BY: MATHIS JACOB       BADGE NO:  L021

DEFENDANT ENTERED A PLEA OF:
DEFENDANT WAS FOUND: DISMISSED
Judgement of Court: DISMISSED

BY JUDGE: DARRELL THEALL
REMARKS BY COURT: #2014050111

---

DEFENDANT WAS FINED $           PLUS ASSESSMENTS OF $

SENTENCED TO:_____

        BAIL FORFEITED  ( )          APPEALED      ( )
        FINE PAID       ( )          TIME SERVED   ( )

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF MY COURT RECORD AS
RECORDED IN DOCKET:  2014  PAGE:  6578       03

SIGNED: _____          TITLE: _____

Exhibit "B" to Original Complaint

Kasper000024Complaint