# INVOICE
## Ray Coats Towing and Recovery Service
P. O. Box 3513 • Meridian, Mississippi 39303
Phone: (601) 485-5400

| DATE | ORDER NO. | PHONE NO. |
|---|---|---|
| 5/25/14 | | |

**NAME:** Glenn Kasper
**ADDRESS:**
**CITY/STATE/ZIP:**
**YEAR/MAKE/MODEL:** 2001 Ford F-150   **COLOR:** White
**TAG NO:** BS-121 MS.   **VIN NO:** 1FTRX18L31NA01820
**LOCATION OF VEHICLE:** Liveoaksprings Rd / Allen Swamp Rd.
**TYPE OF TOW:** Arrest

- ☐ Accident
- ☐ Police Hold
- ☐ Abandoned
- ☐ Break Down — Rotation call 5/24/14
- ☐ Stolen

**Special Tow Equipment**
- Dollies ☐
- Single Line Wench ☐
- Dual Line Wench ☐

**Type Call:** ☐ Police ☐ Hwy. Patrol ☒ Sheriff ☐ Owner ☐ Repair Shop

**Storage:** $25.00 per Day x _____ Days

**AUTHORIZED SIGNATURE:** Glenn Kasper   **DATE:** 25 May 04
**VEHICLE RELEASED TO:** D.L# 800229644 MS.

| | |
|---|---|
| Tow Charge | $205.00 |
| Mileage | |
| Special Equip. | |
| Clean Up | |
| Storage | |
| Sub Total | |
| Tax | |
| Total | $205.00 |

* Not Responsible for loss or damage to vehicle in case of fire, theft, or any other cause beyond our control.

WHITE - CUSTOMER    CANARY - OFFICE

Exhibit "C" to Original Complaint

kasper000025Complaint