## AFFIDAVIT OF SHERIFF WILLIAM D. SOLLIE

COMES NOW the undersigned, Sheriff William D. Sollie, being duly sworn, states on his oath as follows:

1. I have personal knowledge and am competent to testify regarding the matters contained herein.

2. I am the Sheriff of Lauderdale County, Mississippi, and have served Lauderdale County in that capacity since January 1, 1996.

3. I am a named Defendant in the case of Kasper v. Board of Supervisors of Lauderdale County, Mississippi, et al., No. 3:15cv613-WHB-JCG in the United States District for the Southern District of Mississippi, Northern Division. I am familiar with the allegations of Plaintiff Glenn Dell Kasper in that case. Mr. Kasper's claims in the case stem from his encounter with law enforcement officers, primarily from the Lauderdale County Sheriff's Department, during an established roadside safety checkpoint on May 24, 2014 in Lauderdale County. I did not personally participate in the roadside safety checkpoint on May 24, 2014. I also did not personally participate in the arrest of Mr. Kasper on that date.

4. The Lauderdale County Sheriff's Department has an established policy (Policy No. 4.03) for the conduct of roadside safety checkpoints. A true and correct copy of Policy No. 4.03 which was in effect on May 24, 2014 is attached hereto as Exhibit "1". In accordance with Policy No. 4.03, the roadside safety checkpoint in question was authorized by the Sheriff's Department Shift Lieutenant to be conducted at the intersection of Pine Springs Road and Allen Swamp Road on May 24, 2014 between the hours of 18:30 p.m. (6:30 p.m.) and 21:10 p.m. (9:10 p.m.). Attached hereto as Exhibit "2" is a true and correct copy of the completed "Authorization

EXHIBIT "A"

for [such] Roadside Safety Checkpoint."

5.   As required by Policy No. 4.03, at the conclusion of the roadside safety checkpoint, a report was prepared setting forth the results of the roadside safety checkpoint; attached hereto as Exhibit "3" is a true and correct copy of the "Report of Roadside Safety Checkpoint" for the roadside safety checkpoint conducted at the intersection of Pine Springs Road and Allen Swamp Road on May 24, 2014 between the hours of 18:30 p.m. and 21:10 p.m.

6.   During the course of the roadside safety checkpoint on May 24, 2014, the participating law enforcement officers had an encounter with Mr. Kasper which resulted in his arrest on numerous charges including Disorderly Conduct (3 counts), Resisting Arrest and DUI 1st. Attached hereto as Exhibit "4" is a true and correct copy of the Incident Report relative to the encounter and arrest of Mr. Kasper on May 24, 2014 which includes (but is not limited to) written statements of Lieutenant Ruston Russell, Deputy Jacob Mathis, Deputy Andy Matuszewski and Deputy Dylan Anderson. Attached hereto as Exhibit "5" is a true and correct copy of the Arrest Record completed at the Lauderdale County Detention Facility (County Jail) when Mr. Kasper was booked on May 24, 2014. The Incident Report and Arrest Record reflect that the time of Mr. Kasper's arrest was 19:49 hours (7:49 p.m.) on May 24, 2014.

7.   On January 13, 2015, Mr. Kasper was convicted of two charges of Disorderly Conduct/Failure to Obey under Mississippi Code § 97-35-7; Mr. Kasper has attached the Abstracts of judgments regarding those convictions as Exhibit B to his Amended Complaint at pages 23-24 of 27. The abstracts reflect that the date of each violation was May 24, 2014 and the warrant numbers were 2014050115 and 2014050113.

8.   I was not personally involved with Mr. Kasper in any way on May 24, 2014. I

was not present at the scene of his arrest and did not participate in any use of force with him that day. I also was not present when he was booked into the Lauderdale County Detention Facility that day.

9. This concludes my Affidavit.

Further, the Affiant saith not.

_____
WILLIAM D. SOLLIE, SHERIFF

SWORN TO AND SUBSCRIBED BEFORE ME, this the __8__ day of August, 2016.

_____
NOTARY PUBLIC

My Commission Expires:

__10-25-18__

F:\MyFiles\Wpdocs\23366\Motions\Affidavit.Sheriff.Sollie.wpd