# Lauderdale County Sheriff's Department
# Billy Sollie, Sheriff

## Report of Roadside Safety Checkpoint

__43__ Number of vehicles traversing the checkpoint

Selection of vehicles stopped:

__✓__ Every vehicle     ____ Every 2nd Vehicle     ____ Every 3rd Vehicle

____ Other. Explain: _____

Types of Citations Issued:

- __0__ Expired Tag
- __0__ Expired Driver's License
- __0__ Seatbelt Violation
- __0__ Child Restraint Violation
- __0__ No Insurance Card
- __0__ Equipment Violation
- __0__ Other

__0__ Total Number of Citations Issued

Types of Arrests Made:

- __2__ Suspended Driver's License
- __0__ Suspended Driver's License (Implied Consent)
- __0__ No Driver's License
- __1__ Possession of Illegal Drugs
- __1__ Possession of Alcohol, Under 21
- __8__ Other DuI other x3, Disorderly Conduct (FTO) x3, Resisting Arrest, Disregard for Traffic Control Device
- __6__ Total Number of Arrests Made

Submitted this __24__ day of __MAY__, 20__14__

_____
Ranking Officer

EXHIBIT 3