# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014     **NUMBER: 2014007567**     Page 1

Received: 05/24/2014   19:49    Incident No: 2014007567       Signal: 55
Dispatched: 05/24/2014   19:49      Location: ALLEN SWAMP ROAD MERIDIAN
Enroute:       Occurrence: 05/24/2014   18:50
Arrived: 05/24/2014   19:49
Completed: 05/24/2014   20:00
Status Date/Time: 05/25/2014   18:54    Status: CLEARED BY ARREST     Clearance:

********** OFFENDER **********

ID # 2014050157      KASPER, GLENN DELL                          Home/Business
                     0 , MERIDIAN MS 0000                             (601)
     TYPE OF INDIVIDUAL I                                               (601)
                                                                                          (601)

DOB: ███1963   AGE: 50   +/-00   RACE:W       SEX:M        Height: 5-5    Weight:130   SSN: PRIVATE
OLN:                 State: MS   Class:      Commercial:     Birth City/State: MILLINGTON              TN
Appearance: RAGGD     Build: MED     Complexion: FAR        Ethnicity:N        Eyes:BRO
Hair: BLK       Hair Length: 3       Hair Style: STRAT       Resident: R        M.O.: NA
EMPLOYER: UPS

HATE/BIAS MOTIVATED: NONE (NO BIAS)              CLOTHING: RAGGED
OFFENDER USED: DRUGS/NARCOTICS

**OFFENSE**    1      OFFENSE (RS #)   63-33-311       ATT/COMP   C
                         DISREGARD OF TRAFFICE DEVICE

**OFFENSE**    2      OFFENSE (RS #)   97-35-7         ATT/COMP   C
                         DISORDERLY CONDUCT/FAIL TO OBE

**OFFENSE**    3      OFFENSE (RS #)   97-9-73         ATT/COMP   C
                         RESISTING ARREST

**OFFENSE**    4      OFFENSE (RS #)   63-11-30(2)A     ATT/COMP   C
                         DRIVING UNDER THE INFLUENCE-1S

**OFFENSE**    5      OFFENSE (RS #)   97-35-7         ATT/COMP   C
                         DISORDERLY CONDUCT/FAIL TO OBE

**OFFENSE**    6      OFFENSE (RS #)   97-35-7         ATT/COMP   C
                         DISORDERLY CONDUCT/FAIL TO OBE

EXHIBIT 4

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014                    NUMBER: 2014007567                              Page 2
                                    ******* ARRESTEE REPORT ********

ARRESTEE #: 1    NAME: KASPER, GLENN DELL                                    FINGERPRINT CARD #:
2014050050       ADDRESS: (STREET, CITY, STATE, ZIP) 0 , MERIDIAN MS
MULTIPLE ARRESTEE SEGMENTS INDICATOR: N                                      SOC. SEC. NUMBER: PRIVATE
AGE: 50 +/- 00    SEX: M     ETHNICITY: N     HEIGHT: 5- 5   WEIGHT: 130   EYES: BRO    HAIR: BLK
DOB: ▓▓▓ 1963 RACE: W        RESIDENT STATUS: RESIDENT                          ARREST DATE:   5/24/2014
TYPE OF ARREST: TAKEN INTO CUSTODY           ARRESTING OFFICER: RUSSELL, RUSTON L-6
ARREST LOCATION: ALLEN SWAMP ROAD / PINE SPRINGS ROAD        MIRANDA DATE/TIME: 05/25/2014
MIRANDA OFFICER:                                             MIRANDA LOCATION:

Arrestee Connected to Offense #: 1   RS #: 63-33-311      DISREGARD OF TRAFFICE DEVICE
Arrestee Connected to Offense #: 2   RS #: 97-35-7        DISORDERLY CONDUCT/FAIL TO OBEY LAW ENF. OFFICER
Arrestee Connected to Offense #: 3   RS #: 97-9-73        RESISTING ARREST
Arrestee Connected to Offense #: 4   RS #: 63-11-30(2)A   DRIVING UNDER THE INFLUENCE-1ST OFFENSE
Arrestee Connected to Offense #: 5   RS #: 97-35-7        DISORDERLY CONDUCT/FAIL TO OBEY LAW ENF. OFFICER
ARRESTEE WAS ARMED WITH: 01           ☐ Auto    UNARMED

********** VICTIM(S) *********

ID # 2002100224          STATE OF MISSISSIPPI,                                      Home/Business
                         0 , MERIDIAN MS 00000000                                   (601)
    TYPE OF INDIVIDUAL S                                                            (601)
                                                                                    (601)

DOB: / /    AGE: 0  +/-00   RACE: U        SEX: U        Height: 0- 0   Weight: 0   SSN: PRIVATE
OLN:                State: MS Class:    Commercial:   Birth City/State:
Appearance:         Build:              Complexion:    Ethnicity: U       Eyes:
Hair:               Hair Length:        Hair Style:    Resident: U        M.O.:
EMPLOYER:

INJURY TYPE(S): ☒ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

********* WITNESS(ES) *********

ID # 2014010122          THOMAS, STEVE                                              Home/Business
                         0 , MERIDIAN MS 00000000                                   (601)
    TYPE OF INDIVIDUAL L                                                            (601)
                                                                                    (601)

DOB: / /    AGE: 0  +/-00   RACE: U        SEX: U        Height: 0- 0   Weight: 0   SSN: PRIVATE
OLN:                State:    Class:    Commercial:   Birth City/State:
Appearance:         Build:              Complexion:    Ethnicity: U       Eyes:
Hair:               Hair Length:        Hair Style:    Resident: U        M.O.:
EMPLOYER:

ID # 69070               STEVENS, WESLEY                                            Home/Business
                         0 , MERIDIAN MS 00000000                                   (601)
    TYPE OF INDIVIDUAL L                                                            (601)
                                                                                    (601)

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**                          Page 3

DOB: / /     AGE: 0  +/-00   RACE:U         SEX:M        Height: 0- 0   Weight: 0    SSN: PRIVATE
OLN:                  State:    Class:    Commercial:   Birth City/State:
Appearance:          Build:          Complexion:          Ethnicity:U           Eyes:
Hair:        Hair Length:         Hair Style:           Resident: R           M.O.:
EMPLOYER:

ID # 50640                    MATUSZEWSKI, ANDY                                     Home/Business
                              164 WOLFE SPRINGS TRAIL , MERIDIAN MS 393010000
    TYPE OF INDIVIDUAL L

DOB: / /     AGE: 0  +/-00   RACE:W         SEX:M        Height: 6- 0   Weight:210  SSN: PRIVATE
OLN:                  State:    Class:    Commercial:   Birth City/State:
Appearance: NEAT     Build: MED      Complexion: MED     Ethnicity:N           Eyes:BRO
Hair: BRO    Hair Length: SHO     Hair Style:           Resident: R           M.O.: NA
EMPLOYER:

##### ***** ASSIGNED OFFICER *******
RUSSELL, RUSTON L-6
##### ***** ASSISTING OFFICER ******
ANDERSON, DYLAN SCOTT
MATHIS, JACOB T
MOORE, JEROME H-24

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014     **NUMBER: 2014007567**     Page 4

Agency: LCSD     Author: RUSSELL, RUSTON L-6
Incident No: 2014007567     Title: LT. RUSSELL'S STATEMENT     Report Type: I
Date Entered: 5/25/2014

On 05/24/2014 I, Lt. Russell, was working a road side safety checkpoint at the intersection of Allen Swamp Road and Pine Springs Road. I was standing on Allen Swamp Road when a white Ford pickup approached the intersection east bound. The vehicle drove past me and I yelled for the driver to stop. The driver stated "you are trying to stop me illegaly" as he was rolling his window up. The vehicle continuing to roll forward toward the intersection. The driver turned completely sideways in the vehicle and was facing me through the driver window. He yelled "what do you want" through the closed window and I replied that I wanted him to stop the vehicle and he replied "you cant get me". The vehicle then lunged forward. (When the vehicle lunged forward, Trooper Moore and Deputy Stevens were standing in Pine Springs Road directly in front of the vehicle speaking to two young females in a black car.) As the vehicle lunged into the intersection I struck the driver window with my right forearm, shattering the window. I immediately leaned into the window of the vehicle and placed the vehicle into park. I then opened the door from the inside handle. As this took place the driver, who was later identified as Glenn Kasper, was screaming hysterically. Deputy Mathis and Deputy Anderson entered the doorway to remove Kasper from the vehicle. Kasper was fighting to keep Deputy Mathis from releasing the seatbelt. After the seatbelt was unbuckled, Kasper grabbed the center console. He then held onto the driver seat then the steering wheel to keep from being removed from the vehicle. I then deployed the taser striking Kasper in the abdomen. He released everything and was removed from the vehicle. Kasper continued yelling hysterically. Once he was placed on the ground Kasper continued fighting with Deputies. I cycled the taser again to assist the deputies in getting him cuffed. During the struggle one of the taser probes had fallen out so there was no effect on Kasper after he was removed from the vehicle. Deputies had to physically pick Kasper up and placed him into Deputy Mathis' vehicle.

Deputy Mathis attempted to remove Kasper from his vehicle and place him in Deputy Anderson's vehicle for transport to the Lauderdale County Jail. Kasper would not get out of the vehicle. Kasper was yelling and pulling away. I then entered the rear of the vehicle from the opposite side and deployed a drive stun to Kasper. Kasper then exited the vehicle and began fighting with Deputy Mathis and Deputy Anderson. He was eventual subdued and placed in Deputy Anderson's vehicle and transported to the jail.

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014        **NUMBER: 2014007567**              Page 5

   Agency: LCSD            Author: MATHIS, JACOB T
Incident No: 2014007567       Title:  JACOB'S STATEMENT          Report Type:  I
                         Date Entered: 5/25/2014

On Saturday, May 24, 2014 at approximately 1949 hours, I (Jacob Mathis) was at a roadside safety checkpoint at the intersection of Allen Swamp Road and Pine Springs Road. While standing at the check point with other deputies and a trooper, I observed a White Ford F-150 traveling east bound on Allen Swap Road toward the safety checkpoint. The vehicle was occupied by one white male (Glenn Dell Kasper) who was driving the vehicle. As the vehicle was approaching the stop sign at Allen Swamp Road and Pine Springs Road I observed Deputy Stevens and Trooper Moore standing near the front of the vehicle. After the driver rolled thru the stop sign, I observed Lt. Russell make a driver side approach. Just before Lt. Russell was able to make contact with the driver, the driver punched the gas, in an attempt to make a left hand turn to avoid Lt. Russell at the checkpoint. At that time I started running toward my patrol car that was facing east towards Windsor Road. While running with my back to the truck, I heard someone shout stop the vehicle. At that time I heard the driver shouting back at the deputies telling them, you can't get me, you can't stop me illegally, what you want me to do. That's when Lt. Russell yelled back "I want you to stop the vehicle." At that time he tried to leave again, and that's when I heard a window shatter. I immediately turned and look back and noticed that the vehicle had come to a stop. I then started running back towards the vehicle to assist Lt. Russell. The entire time Lt. Russell was giving the driver command to exit the vehicle and the driver was refusing to do so. As I approached the vehicle the driver grabbed the steering wheel and refused to let go of it after I commanded him to let it go several times. I then reached inside the vehicle to take the driver's seatbelt off of him and that's when he grabbed my hand and started squeezing it and was refusing to let it go. After I was finally able to pull my hand away, he took both of his hands and made another attempt to grab my hand. When he done this, I immediately hit the release button on the seatbelt buckle and tried to assist the driver out of the vehicle. When I made an attempt to assist him out of the vehicle he grabbed something in the center of the vehicle and refused to release it. That's when Lt. Russell pulled his taser out and told him multiple times to stop grabbing things and exit the truck. After I made one more attempt to get him to release his hands Lt. Russell begin to tase the combative subject. After he tased the subject, Deputy Anderson and I tried again to assist the driver out of the vehicle. That was when I noticed he had somehow tangled himself in the seatbelt during his rage of anger. After removing the seatbelt from his arm Deputy Anderson and I placed the driver in the prone position to place the subject under arrest. While he was on the ground, he continued to resist arrest and refuse to give me his hands. The entire time I was trying to place handcuffs on the subject and he was continuously trying to hide his hands and was still trying to get up off the ground. I immediately moved from beside his left hip area and placed my knees across the back of his legs in attempt to stop him from getting up and getting away while Deputy Anderson tried to assist me from his other side. After he continued to try and get up by using his hands, I was finally able to get one of his hands and place a handcuff on it. After placing one handcuff on his wrist, he begin to pull away and I was eventually able to get the other cuff on him. After successfully getting the cuffs on the subject, I ask him very nicely and calmly to get up and walk to the car, and he continued to refuse to get up and walk. After assisting him back onto his feet I told him to walk toward my patrol car. After he refuse to walk to my car Deputy Anderson and I escorted him to the patrol car while he was continuing to pull away and refusing to walk. After he was escorted to the car, he stated that he wasn't getting in the back of the car and he wasn't going to jail. After he finally went into the back seat of the car, I walked off to go assist the

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014  **NUMBER: 2014007567**  Page 6

other deputies in moving the vehicle. At that time 911 dispatch advised that there was another call and needed an officer to assist. Due to other deputies going to jail, I was told to remove him from my patrol car and put him another one. I then went back to my car and ask the subject to please exit the vehicle and get in a different patrol car. He started yelling viscously and put his feet up in attempt to block me from helping him get out of the car. After I reached in to assist him in exiting the car, he begin to kick toward my body eventually kicking me in the side. I was able to then grab his foot and assist him to the edge of the seat. He then put his left foot in the door way and begin to pushed against us as we made an attempt to assist him in exiting the vehicle. That is when Lt. Russell reached in from the driver side and drive stunned the combative individual. At that time Deputy Anderson and I had to escort the subject to his patrol car where he was eventually transported to the Lauderdale county jail and charged with multiple charges.

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014     **NUMBER: 2014007567**     Page 7

Agency: LCSD     Author: MATUSZEWSKI, ANDY
Incident No: 2014007567     Title: DEP. SKI'S STATEMENT     Report Type: S
Date Entered: 5/25/2014

On 5-24-2014 around 1950 while on uniformed patrol in a marked Sheriff's Department SUV I was assisting other deputies at a roadside safety checkpoint at the intersection of Allen Swamp road and Pine Springs Road. A white Ford F150 extended cab pickup with two kayaks in the back approached our location from the west on Allen Swamp Road. Myself and Lt. Russell were on this lane of traffic. Deputies Jacob Mathis, Wesley Stevens & Trooper Jerome Moore were standing in the center of Pine Springs Road. As the vehicle got to me I noticed that the driver, later identified as Glenn Kasper had what appeared to be his driver's license in his hand. I also noticed that while he had slowed somewhat he had yet to bring the vehicle to a complete stop. The driver's window was open part of the way at the time but I noticed that he was in the process of rolling it up. This is exactly opposite of what we would expect to find in this type of a situation. In that the vehicle had passed by me by this point Lt. Russell stepped up to the vehicle which was continuing to move and yelled for the driver to stop. I turned and saw that the other deputies were in front of the path the vehicle was taking. It was at this point that the vehicle lunged forward suddenly. Lt. Russell struck the driver's window with his arm causing it to shatter. I stepped around Lt. Russell to the A pillar of the truck where I would be able to deploy my pistol should the threat continue. Lt. Russell put the vehicle in park. The driver began to scream hysterically at this point refusing to exit the vehicle. Dep. Mathis & Dep. Anderson began to try to remove the driver from the vehicle. When he would not comply Lt. Russell deployed his Taser at which time the driver released his hold on the vehicle and was subsequently handcuffed and placed in the back of Dep. Mathis' vehicle. Shortly thereafter I was dispatched to a call of a disturbance on King Road so this was the end of my involvement in this case.

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014      **NUMBER: 2014007567**      Page 8

Agency: LCSD      Author: ANDERSON, DYLAN SCOTT
Incident No: 2014007567      Title: ANDERSONS REPORT      Report Type: S
Date Entered: 5/25/2014

On 5/24/2014 I was at a Safety checkpoint located on Pine Springs and Allen Swamp Rd. A white truck pulled up to the location while I was securing another vehicle. I heard Deputy Ski and Lt Russell give the driver multiple loud commands to stop the truck. The truck attempted to accelerate toward other Deputies and Lt. Russell hit the window with his forearm. I made my way to the truck and assisted the driver, Glenn Kasper, out of the truck. He was given multiple commands to exit the truck and he continued to fight and attempt to drive away. Lt. Russell deployed his taser to temporarily subdue him. We removed him from the truck and placed him prone in the roadway. Mr. Kasper continued to fight as we were placing him into custody. I told him multiple times to give me his hands and he refused. I could smell the odor of a intoxicating beverage coming from his person as he was screaming hysterically. He was transported to the jail and booked in. No tests were offered due to his extremely violent behavior.

Anderson L27