| LAST NAME | FIRST NAME | MIDDLE NAME | S.S. No. | | D.O.B. | PHONE NO. |
|---|---|---|---|---|---|---|
| Kasper | Glenn | Dell | ████ 2696 | | ████ 63 | |

| RESIDENCE | | SEX | RACE | AGE | HT. | WT. | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|
| 8990 Massey Estates Dr. | | M | wht | | 5-5 | 130 | Bro | Bro |

| CITY AND STATE | COMPLEXION | EMPLOYMENT | DRUNK / DRINKING / NARCOTIC |
|---|---|---|---|
| Meridian MS 39305 | | | |

| MARKS, SCARS, ALIAS, ETC. | MEDICAL CONDITIONS | YES | NO |
|---|---|---|---|
| | | | |

| TIME/DATE OF ARREST | PAGE NO. | LINE NO. | ARRESTING OFFICER |
|---|---|---|---|
| 1545 P.M. 5/24/20 14 | 7909 | 10-14 | L21 / Russell L6 / |

PLACE ARRESTED: Allen Swamp

WARRANT ISSUED BY JUDGE:

CHARGES
1. Disorderly Conduct — $500
2. Resisting Arrest — $500
3. DUI 1st — $700
4. Disorderly Conduct — $500
5. Disorderly Conduct — $500

HOLD REQUESTED: YES ☐ NO ☑     AGENCY:

CONTACT PERSON:     CONTACT PHONE NO.:

ARREST RECORD     LAUDERDALE COUNTY SHERIFF'S DEPT.
DEMENT-MERIDIAN 01-3384

EXHIBIT 5