IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GLENN KASPER                                                                                              PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:15-cv-613-WHB-JCG

THE BOARD OF SUPERVISORS OF LAUDERDALE
COUNTY, ET AL.                                                                                          DEFENDANT

## RE-NOTICE OF DEPOSITION

TO:

    Joseph Denson
    Denson & Associates, PLLC
    1931 23rd Avenue
    Meridian, Mississippi 39302-5022

PLEASE TAKE NOTICE that, beginning at 8:00 a.m. on June 1, 2017, and continuing from day-to-day until completed, at the law offices of Barry, Thaggard, May & Bailey, LLP, 505 Constitution Avenue, Meridian, Mississippi 39301, the Defendant will take the deposition of Plaintiff Glenn Kasper.

The deposition will be taken before a Notary Public, or some other officer authorized by law to administer oaths for the purpose of discovery and use at trial as evidence, or any other uses contemplated by the Federal Rules of Civil Procedure. The deposition may be videotaped. You are invited to attend and participate.

This the 26th day of May, 2017.

Respectfully submitted,

**BOARD OF SUPERVISORS OF LAUDERDALE COUNTY, MS,**
and
**SHERIFF WILLIAM SOLLIE, WESLEY STEVENS, RUSTON RUSSELL, JACOB MATHIS, ANDY MATUSZEWSKI AND DYLAN ANDERSON in their official capacities, Defendant**

BY:   /s/ Lee Thaggard
LEE THAGGARD (MSB #9442)
BARRY, THAGGARD, MAY & BAILEY, LLP
Post Office Box 2009
Meridian, MS 39302-2009
(601) 693-2393
thaggard@btmblaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system, which provided notice of such filing to:

Joseph A. Denson
Denson & Associates, PLLC
1931 23rd Avenue
Meridian, Mississippi 39302

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

THIS the 26th day of May, 2017.

   /s/Lee Thaggard
LEE THAGGARD