# Exhibit "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GLENN KASPER                                    PLAINTIFF

VERSUS                      NO. 3:15-CV-613-WHB-JCG

THE BOARD OF SUPERVISORS OF
LAUDERDALE COUNTY, ET AL.                       DEFENDANT


**************************************************


DEPOSITION OF DALTON HOUSE


**************************************************


APPEARANCES NOTED HEREIN

DATE: MARCH 20, 2017
PLACE: BARRY THAGGARD MAY & BAILEY, LLP
505 CONSTITUTION AVENUE
MERIDIAN,MISSISSIPPI
TIME: 2:05  p.m.


REPORTED BY:  AMANDA MAGEE WOOTTON
CSR #1238
_____

```
 1    APPEARANCES:

 2

 3            Joseph Denson, Esquire
              Denson & Associates PLLC
 4            1004 20th Avenue
              Meridian Mississippi 39302-5022
 5

 6            Lee Thaggard, Esquire
              Barry Thaggard, May & Bailey, LLP
 7            P. O. Box 2009
              Meridian, Ms 39302-2009
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    * * * * * *

2                 TABLE OF CONTENTS

3    Appearances                               3

4    Examination by Mr. Thaggard                5

5    Examination by Mr. Denson                 73

6    Examination by Mr. Thaggard               88

7    Conclusion of Deposition                  92

8    Certificate of Reporter                   93

9    Certificate of Deponent                   94

10   Correction Sheet                          95

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    E X H I B I T S

2

3    Exhibit No. 1:    Statement - Exhibit "A"    10
                       to Amended Complaint

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    *   *   *   *   *   *

2                         DALTON HOUSE,

3    after having first been duly sworn, was

4    examined and testified under oath as follows,

5    to-wit:

6                    E X A M I N A T I O N

7    EXAMINATION BY MR. THAGGARD:

8         Q.   Mr. House, my name is Lee Thaggard.  I'm

9    an attorney here in Meridian.  I represent

10   Lauderdale County in a lawsuit that's been filed

11   by Mr. Glen Kasper pertaining to an incident that

12   happened back in 2014.

13        A.   Uh-huh. (Affirmative response.)

14        Q.   I want to ask you some questions today

15   about that.  Okay?

16        A.   Okay.

17        Q.   Let me ask you first, have you ever

18   testified in any kind of proceeding?

19        A.   I haven't yet.

20        Q.   This is just -- you know, the court

21   reporter is going to be -- she's typing everything

22   we say --

23        A.   Right.

24        Q.   -- so we can't talk at the same time.  A

25   lot of times during normal conversation, we tend

1    to interrupt each other, even if it's okays or

2    yes, I understand, things like that.  So try to

3    resist the urge to respond or say anything until I

4    finish the question.  All right?  At the same

5    time, I'll try to make sure that your answers are

6    finished before I start the next question.  Okay?

7        A.    Okay.

8        Q.    Like I said, this is just -- this is a

9    deposition, which it's a question and answer

10   session essentially.  And I promise you, at some

11   point in time during this afternoon, I'm going to

12   ask you a question that it's a bad question,

13   doesn't make any sense.  All right.  If I do that,

14   will you please let me know and I'll be happy to

15   rephrase it?

16       A.    Uh-huh. (Affirmative response.)

17       Q.    All right.  And one of the things that

18   you'll need to do is answer audibly yes or no --

19       A.    Yes.

20       Q.    -- if that's what it calls for, as

21   opposed to a nod of the head or an "uh-huh" or an

22   "unh-unh" because if you think about it, you're

23   reading a book.  It's kind of difficult to make

24   out, you know, what that means.  All right.  And

25   trust me, there are a whole lot of people who do

1  that, so don't feel like you're the first.

2          All right.  I tend talk to fast at

3  times.  If I do that, if the court reporter

4  doesn't tell me to slow down --

5                  MR. THAGGARD:  -- and, Amanda,

6      please tell me to slow down if I need to.

7  MR. THAGGARD: (Continuing.)

8      Q.   If the court reporter doesn't tell me to

9  slow down and I ask you a question speaking too

10 fast, you tell me.  Okay?  I'll be happy to

11 rephrase.

12         All right.  I don't think we're going to

13 be that long, but if we need to take a break, then

14 please let me know.  All right?  And we'll do

15 that.  Of course, Mr. Kasper's attorney,

16 Mr. Denson, is here.  All right.  And he'll get a

17 chance to ask you some questions, you know, when I

18 finish.

19         All right.  What is your name again for

20 the record, full name?

21     A.   Dalton Lee House.

22     Q.   What's your address, Mr. House?

23     A.   8365 Mosley Crossing Road.

24     Q.   Is that a Meridian address?

25     A.   It's Collinsville.  39325.

1       Q.    Now, do you work?

2       A.    I do.

3       Q.    Where do you work?

4       A.    At Bimbo Bakeries in Meridian.

5       Q.    How long have you been working there?

6       A.    Just started.

7       Q.    Okay.  And what is your age?

8       A.    Twenty-one.

9       Q.    What year were you born?

10      A.    1996.

11      Q.    Now, in May of 2014, what was your age?

12      A.    Eighteen.

13      Q.    Where did you graduate high school?

14      A.    West Lauderdale.

15      Q.    Did you attend college?

16      A.    No, sir.

17      Q.    Okay.  Do you have -- have you taken any

18   classes after you graduated from West Lauderdale?

19      A.    Besides military classes, no, sir.

20      Q.    Are you in the military?

21      A.    I am.

22      Q.    What branch of the military are you in?

23      A.    Army National Guard.

24      Q.    Army National Guard.  What's your rank?

25      A.    E4 specialist.

1       Q.    What's your MOS?

2       A.    Thirteen Bravo, field artillery.

3       Q.    Enjoy your hearing while it lasts.

4             How long have you been in the military?

5       A.    Since 2014.

6       Q.    Now, of course, you and I talked on the

7    phone last week about scheduling you to come in to

8    the deposition today, right?

9       A.    Yes, sir.

10       Q.    Okay.  Have you, since that time --

11    well, strike that.

12             Have you done anything to prepare for

13    this deposition today?

14       A.    No, sir.

15       Q.    Do you know Glen Kasper?

16       A.    I do.

17       Q.    How long have you known Mr. Kasper?

18       A.    I'd say ten years.

19       Q.    Okay.  Now, does Mr. Kasper have

20    children?

21       A.    He does.

22       Q.    Do you know his children?

23       A.    I do.

24       Q.    Are you friends with his children?

25       A.    Yes, sir.

1      Q.    And would that be -- well, strike that.

2            How many children does Mr. Kasper have?

3      A.    Three.

4      Q.    Okay.  I know of Reed Kasper.  Who are

5    the other two?

6      A.    It'd be Chase and Jud.

7      Q.    And which of the Kasper children are you

8    friends with?

9      A.    Reed.

10     Q.    Reed.

11            (DOCUMENT MARKED AS EXHIBIT NO. 1

12            AND ATTACHED)

13  MR. THAGGARD: (Continuing.)

14     Q.    I'm going to show you a document that's

15   been marked as Exhibit 1 to your deposition and

16   ask you to take a moment and look at that.  I'll

17   ask you if you recognize it.

18     A.    Yes.

19     Q.    Okay.  Now, there's going to be some --

20   probably some words at the very bottom of the page

21   and the very top from -- that pertain to the court

22   case that are an overlay onto the document.  All

23   right.

24     A.    Yes.

25     Q.    Is this the -- what is this document?

1      A.    A written testimony.

2      Q.    Okay.

3      A.    Statement.

4      Q.    A statement.  Okay.  Did you prepare

5   this document?

6      A.    I did.

7      Q.    Let me ask a better question.  Did

8   anyone assist you in preparing this document?

9      A.    Other than the phone number, no, sir.

10     Q.    Okay.  Explain that to me.

11     A.    That phone number would have been my

12  father's because I didn't have one at the time.

13     Q.    Okay.  When is the last time you have

14  reviewed this document?

15     A.    Since they made it.

16           MR. DENSON:  And, Lee, let me

17      interrupt for a moment.  I do want to say for

18      the record that I saw Mr. House in your lobby

19      and he was wondering if I had a copy of that

20      statement, and I showed him -- is this the

21      one you're talking about?  My first time ever

22      meeting him, but just for the record, I

23      wanted that to be clear.

24           THE WITNESS:  Yes.

25           MR. THAGGARD:  Okay.

1              MR. DENSON:  Probably right --

2      probably moments before you walked up.

3              MR. THAGGARD:  Okay.  All right.

4   MR. THAGGARD: (Continuing.)

5      Q.   And while you were waiting in my lobby,

6   did you have an opportunity to review this

7   statement?

8      A.   Yes.

9      Q.   Okay.  Do you recall what date you

10  prepared this document?

11     A.   I don't.

12     Q.   Do you recall what date it was that

13  Mr. Glen Kasper had his interaction with the law

14  enforcement officers in 2014?

15     A.   I do not.

16     Q.   The second line of your statement

17  indicates it was Saturday of Memorial Day weekend

18  of 2014.  Do you see that?

19     A.   Oh, I do.  I do.

20     Q.   All right.  Now, regardless of what the

21  specific date may have been, do you recall that

22  was the date that this incident occurred?

23     A.   Yes.

24     Q.   Okay.  How many days after that was it

25  that -- before you prepared this document?

 1        A.    I can't recall.

 2        Q.    Okay.  Why did you prepare this

 3   document?

 4        A.    I was asked to by Mr. Glen Kasper.

 5        Q.    Did he ask you directly?

 6        A.    He did, yes, sir.

 7        Q.    Okay.  Did he come to your home?

 8        A.    No, sir.  By phone call.

 9        Q.    Did Mr. Kasper give you any indication

10   of what sort of information that you should put in

11   your statement?

12        A.    No, sir.

13        Q.    What did Mr. Kasper ask you to do?

14        A.    He asked me to write a written statement

15   of what I seen.

16        Q.    Okay.  Now, is this the only version of

17   the statement that you prepared?

18        A.    Yes, sir.

19        Q.    All right.  How long did it take you to

20   prepare it?  Do you recall?

21        A.    I don't.

22        Q.    Do you recall where you prepared it?

23        A.    In my parents' bedroom.

24        Q.    Okay.  And what I mean was like on a

25   home computer or --

1       A.    Home computer.

2       Q.    Okay.  The incident that is referenced

3  in your statement, is that something which you

4  have discussed with Mr. Glen Kasper?

5       A.    I haven't.  I haven't talked to him

6  since this was -- before this was made when he

7  asked me to write a statement.

8       Q.    All right.  Have you talked to him since

9  this incident occurred during Memorial Day weekend

10 of 2014?

11      A.    No.

12      Q.    Did you discuss this incident with Reed

13 at any point in time?

14      A.    I have not.  Maybe before he asked me to

15 write this.  I'm not for sure, though.

16      Q.    Okay.  And, look, if at any point in

17 time you answer a question and then you realize

18 later that your answer was incorrect, then you

19 feel free to let me know.

20      A.    Okay.

21      Q.    We'll certainly let you go back and

22 correct that.  All right?

23      A.    All right.

24      Q.    All right.  Tell me what -- let's talk

25 about this day, Saturday, Memorial Day weekend,

```
 1   2014.

 2        A.   Okay.

 3        Q.   All right.  I want you to -- take you

 4   back in time before this incident happened.  What

 5   had you been doing that day?

 6        A.   I had been at the Reservoir.

 7        Q.   And that's Lake Okatibbee?

 8        A.   Yes, sir.

 9        Q.   All right.

10        A.   Skiing and just hanging around my

11   family.

12        Q.   All right.  And what time did you -- did

13   you leave the Reservoir?

14        A.   I'm not sure of a specific time, but

15   later in the afternoon, I believe.

16        Q.   And the -- your statement references

17   coming to a -- arriving at a police checkpoint.

18   Is that a fair representation?

19        A.   Correct.

20        Q.   All right.  What road were you traveling

21   on, as you came and -- to that police checkpoint?

22        A.   Allen Swamp Road.

23        Q.   Do you recall what time of day it was?

24        A.   I do not.

25        Q.   Do you recall if it was daylight or
```

1   dark?

2       A.    It was daylight.

3       Q.    What were your weather conditions that

4   day?  Do you recall?

5       A.    I do not recall.

6       Q.    Now, as you approached -- strike that.

7             You said you were traveling on Allen

8   Swamp Road; is that right?

9       A.    Correct.

10      Q.    The police checkpoint was set up where?

11      A.    At the stop sign on Allen Swamp Road

12  intersecting Pine Springs Road.

13      Q.    All right.  Now, do you recall how far

14  away -- strike that.

15            As you're approaching that intersection,

16  at some point in time, you noticed that there

17  were -- that there was a checkpoint; is that

18  correct?

19      A.    Correct.

20      Q.    How far away were you when you noticed

21  that there was a checkpoint?

22      A.    I'd say 40 feet, 50 feet.  I -- correct

23  that.  100 feet.

24      Q.    Okay.  Do you recall how many law

25  enforcement vehicles were there that day?

1        A.    I do not.

2        Q.    Do you recall what law enforcement

3   agencies were present that day?

4        A.    I believe -- all I noticed was

5   Lauderdale County Sheriff's Department.

6        Q.    Do you recall seeing any highway patrol

7   vehicles that day?

8        A.    I do not, no.

9        Q.    Do you recall if the -- if the law

10  enforcement vehicles had their lights on?  When I

11  say "their lights," I don't mean headlights.  I

12  mean like blue lights.

13       A.    I do not.  I do have a question.

14       Q.    Sure.

15       A.    This was in 2014, so specific details

16  are kind of foggy from way back then.

17       Q.    And I understand that.  And if you, at

18  any point in time, need to go review your

19  statement to see if there's information there,

20  just let me know.

21       A.    Okay.

22       Q.    Do you remember -- strike that.

23            So you don't recall if there were lights

24  on -- the blue lights were on the police vehicles

25  or not?

1       A.    I do not.

2       Q.    All right.  Do you recall what the law

3   enforcement -- strike that.

4             Do you recall seeing any law enforcement

5   officers in the street as you approached the

6   checkpoint?

7       A.    I do.

8       Q.    Do you recall what they were wearing?

9       A.    I do not.

10      Q.    Do you remember seeing any reflective

11  vests on any of the police officers?

12      A.    I do not.

13      Q.    You don't remember they -- strike that.

14            They weren't wearing or you just don't

15  remember?

16      A.    I just don't remember.

17      Q.    Okay.  Now, as you're approaching the

18  intersection of Allen Swamp Road and Pine Springs

19  Road --

20      A.    Uh-huh. (Affirmative response.)

21      Q.    -- were you following any other vehicles

22  that you recall?  Let me ask a better question.

23      A.    Say that again.

24      Q.    At some point in time, you ended up

25  behind Mr. Kasper's vehicle, right?

 1      A.    Correct.

 2      Q.    Had you been following him on the

 3 highway?

 4      A.    I was behind him on -- basically all the

 5 way down Allen Swamp Road.

 6      Q.    All right.  And how far behind him were

 7 you?

 8      A.    Forty foot.

 9            I would like to correct whatever -- what

10 I said about talking to Reed Kasper.  I do

11 remember calling Reed and asking him if his dad

12 had been arrested and asked him what happened, but

13 he had no count of what had happened at that

14 point.

15      Q.    And how soon after this incident

16 occurred was it that you called Reed?

17      A.    I'm not sure.  I honestly don't

18 remember.

19      Q.    Were you traveling by yourself?

20      A.    No.  I had my girlfriend with me.

21      Q.    Okay.  What's her name?

22      A.    Molly Bailey.

23      Q.    Is she still your girlfriend?

24      A.    She is, which for the record, she's

25 deployed right now.

1      Q.    Is she also Army?

2      A.    She is in the Air National Guard.

3      Q.    Air National Guard.  Do you know when

4  she's scheduled to return?

5      A.    Not a specific date.

6      Q.    Okay.  Do you have a month?

7      A.    Possibly end of April, early may.

8      Q.    All right.  So --

9      A.    Do you need her legal full name for

10  that?

11     Q.    Sure.

12     A.    It'd be Mary Bailey.

13     Q.    Mary Bailey is her complete name?

14     A.    Mary Charlotte Bailey.

15     Q.    Who are her parents?

16     A.    Chip and Laura Bailey.

17     Q.    Is she from Philadelphia?

18     A.    She is.

19     Q.    All right.  So it was just you and Molly

20  in the vehicle?

21     A.    Correct.

22     Q.    All right.  Now, you're driving along

23  Allen Swamp Road and you're approaching the

24  intersection.  All right.  And you notice that

25  there are law enforcement officers there.

 1      A.    Correct.

 2      Q.    What did you think was occurring at the

 3 intersection as you're approaching it?

 4      A.    A roadblock --

 5      Q.    Okay.  And what --

 6      A.    -- or --

 7      Q.    Go ahead.

 8      A.    My first thought was maybe a wreck

 9 because there's one way, it has a stop sign, and

10 one way, it does not.  And the way that I do

11 remember the police officers being parked kind of

12 looked like it might have been an emergency scene,

13 so that was my first thought.  And then my second

14 thought was roadblock.

15      Q.    Okay.  So you're approaching the

16 intersection.  What did you do?

17      A.    I slowed down because Mr. Kasper slowed

18 down in front of me.

19      Q.    All right.  And just describe to me what

20 you -- what you did, what you saw there at the

21 intersection that day.

22      A.    I seen -- I do recall a vehicle on my

23 right with people leaning on the trunk.  And as

24 far as anything else, I just remember it looking

25 like a regular roadblock.

1      Q.    The people -- you said to your left side

2   or right side?

3      A.    Right.

4      Q.    Okay.  You said they were leaning on the

5   trunk?

6      A.    They were.

7      Q.    Was there a law enforcement officer with

8   them?

9      A.    I can't recall.  I do know that's part

10  of the reason I thought it could have been a

11  wreck, was because there were people out of a

12  vehicle that were not in handcuffs that I noticed,

13  and that's what I thought first.

14     Q.    All right.  All right.  So you noticed

15  the people out of the car leaning on their

16  vehicle.

17     A.    Correct.

18     Q.    All right.  And then what do you

19  remember next?

20     A.    After that -- after that, the -- I know

21  I leaned down getting all my stuff together.  I

22  did have on swimming shorts and all that, so my

23  license was not in my wallet.  My wallet was not

24  in my pockets, so I was having to scrounge

25  everything up.  Let's see.

1              The next thing I knew, I was, you

2    know -- I heard stop and seen them -- or heard a

3    window, looked up and that's when I seen

4    Mr. Kasper being drug out of the window or out of

5    the vehicle.  I cannot recall whether it was --

6    the door was open or the door was shut or through

7    the window.

8              The truck was stopped in front of me.

9    As far as when they asked to him stop the truck,

10   it was stopped in front of me.

11       Q.   Let me ask you a question.  Could you

12   hear -- strike that.

13              Before you heard the window crash, could

14   you hear any conversation between Mr. Kasper and

15   any other person?

16       A.   I could not.  The only thing I heard was

17   to stop the truck.  And as I told you, my --

18   whenever I looked up, the truck was stopped.

19       Q.   How many times did you hear a voice say

20   "Stop the truck"?

21       A.   Once.

22       Q.   And when you looked up, was that before

23   or after you heard the window crash?

24       A.   That was after I heard it crash.

25       Q.   Okay.  And do you know how the vehicle

1    was brought to a stop?

2         A.    I do not.

3         Q.    Did you notice any officers around

4    Mr. Kasper's vehicle?

5         A.    After the window shattering?

6         Q.    Yes.

7         A.    Yes.

8         Q.    Okay.  How many officers?  And let's

9    first talk just immediately after -- strike that.

10             First, when you first looked up after

11   you heard the window shatter, how many officers

12   were around his vehicle?

13        A.    I can't recall.  I do recall several

14   officers running towards his vehicle.

15        Q.    Now, was there an officer back near your

16   vehicle when you heard the window crash?

17        A.    I do not believe so.  I do want to say

18   where it says in my statement about four or five

19   deputies surrounded his truck, that's what I mean

20   whenever I say deputies were running towards his

21   truck.  Were running towards his truck to get --

22   to surround his truck.

23        Q.    All right.  And you -- you mentioned

24   your statement.  You refer in the statement -- you

25   said that you heard glass shatter and saw that

1  they were struggling with the driver.  How many

2  officers do you recall were struggling with the

3  driver?

4      A.   I would say four or five deputies that

5  were struggling with the officer -- I mean, with

6  Mr. Kasper.

7      Q.   Now, was that -- all right.  Let's go

8  back.  Just tell me what you remember.  All right.

9  You said window smashed, you heard, looked up.

10  You don't recall immediately how many officers

11  were there, although, you did see four or five

12  running toward the truck.

13      A.   Okay.

14      Q.   When you first looked up after the

15  window was smashed, could you tell if anybody was

16  struggling with Mr. Kasper at that point in time?

17      A.   It appeared that after the window was

18  smashed, they were pulling -- were attempting to

19  remove Mr. Kasper from the vehicle.

20      Q.   Okay.  And do you recall how many

21  officers were involved in that effort to remove

22  him from the vehicle at that particular point in

23  time?

24      A.   Like, say, more than three.

25      Q.   Okay.  Do you remember?

1        A.    Because I -- I do not remember

2    specifically.  I do know one officer was cut from

3    having his arms through the window.  There was

4    another officer that was attempting to remove him.

5    I want to say there was another officer that was

6    assisting him, but I'm not for sure.  I cannot

7    say.

8        Q.    Okay.  So you remember specifically

9    three officers, then, or you specifically remember

10   two and one perhaps that may have been assisting

11   him; is that correct?

12       A.    That's correct.

13       Q.    So the other, you said, four to five

14   ran.  They were around the truck, but you don't

15   remember if they actually laid hands on

16   Mr. Kasper?

17       A.    Everybody that -- all officers that went

18   over there did partake in detaining Mr. Kasper.

19       Q.    All right.  Let's start back with you

20   heard the window smashed.  You're looking up.

21   You've got at least two officers, maybe one other

22   officer there.  Some others are coming.  All

23   right.  What do you remember -- walk me through

24   what you heard and what you saw.

25       A.    Okay.  After the window was smashed and

1  Mr. Kasper was out of the vehicle, I do remember

2  hearing a taser being fired and I thought I could

3  hear another taser being fired.  I do remember

4  them taking Mr. Kasper and putting him on the

5  pavement fairly roughly -- that's a word -- fairly

6  aggressively.

7       Q.   Now, up until that point in time, had

8  you heard Mr. Kasper say anything?

9       A.   I cannot recall.

10      Q.   Okay.  Did you see anything that

11 Mr. Kasper did?

12      A.   I do remember as Mr. Kasper was coming

13 out of the vehicle and as officers were attempting

14 to detain Mr. Kasper, I do know that Mr. Kasper

15 was not going to the ground easily.

16      Q.   He was struggling?

17      A.   He --

18      Q.   Well, strike that.

19           What -- how was he -- you said "not

20 easily."  What was he doing?

21      A.   He didn't want to be slammed into the

22 concrete.

23      Q.   Okay.  And what did he do to -- what

24 actions was he taking at that time?

25      A.   Basically, just keeping his legs stiff.

1    He wasn't running.  He wasn't swinging -- you

2    know, swinging his fists or anything like that.

3    As far as I could tell, he was just basically

4    standing.

5        Q.    Did he move his arms?  Do you recall?

6        A.    Not that I recall.

7        Q.    Okay.  Other than keeping his legs

8    stiff, do you remember him moving his legs at all?

9        A.    I don't.

10       Q.    You don't remember or you're saying that

11   he did not move his legs?

12       A.    I do not remember.  I do -- I do

13   remember as he's coming to the ground, he does

14   have his hands in front of his face from --

15   keeping his face -- and his neck stiff from

16   keeping his face being hit into the pavement.

17            And just for the record, I was, in a

18   way, nervous.  I did not know what was going on at

19   the time.  You do have your adrenaline factor and

20   all that put in, so -- my girlfriend was sitting

21   in the passenger's seat.  I didn't know if it was

22   a gunshot that I'd heard at the time, you know,

23   with the window smashing out or not.  So my

24   concern was more on keeping my passenger safe than

25   worrying about what was going on in front me.

1      Q.   Now, you said earlier that you thought

2    you heard a second taser fire.

3      A.   I did.

4      Q.   Do you know whether or not a second

5    taser was actually fired?

6      A.   I do not.

7      Q.   The taser that was fired -- strike that.

8           The taser that you know was fired, do

9    you know how many times that particular officer

10   pulled the trigger or cycled the taser with

11   Mr. Kasper?

12     A.   I do not.  I do not know how many times

13   he did cycle the taser, but it sounded like it was

14   more than once.  And in my statement, that's what

15   I mean by -- I do not mean several tasers.  I do

16   mean -- I do not know how many tasers there were.

17   I do know that I thought he was tasered more than

18   once, which could have been by one single taser.

19     Q.   So your reference in your statement

20   "tasered him several times" could have been by a

21   single taser?

22     A.   Correct.

23     Q.   When I say "a single taser," I'm talking

24   about a single taser weapon, for lack of a better

25   expression.

1        A.    Correct.   I do remember as Mr. Kasper is

2   coming out of the vehicle, he did have his seat

3   belt on because as they're pulling him out, the

4   seat belt is wrapped around him.

5        Q.    Do you recall if his door was open or

6   not?

7        A.    I do not.

8        Q.    You mentioned that you saw his seat belt

9   wrapped around him.   Where was he at that point in

10  time?

11       A.    Halfway in and halfway out of the truck.

12       Q.    But you don't recall if the door was

13  open or it was --

14       A.    I do not.   I...

15       Q.    You just remember the seat belt around

16  him.

17       A.    Right.

18       Q.    Fair enough.

19            Now, did you see Mr. Kasper at any point

20  in time while he was interacting with the deputies

21  kick toward the officers or throw a punch toward

22  the officers?

23       A.    I did not see that.

24       Q.    Do you know whether he actually did that

25  or not?

1          A.     No, sir.

2          Q.     And I want to be sure the record's

3    clear.  You do not know whether he kicked or threw

4    a punch or not; is that right?

5          A.     I did not see him kick or throw a punch.

6          Q.     All right.  Now, you mentioned a while

7    ago that you were concerned about your girlfriend.

8    All right.  Now -- and about keeping her safe; is

9    that right?

10         A.     Correct.

11         Q.     All right.  So as this was -- this

12   event's going on in front of you, were you

13   watching Mr. Kasper the entire time or did you

14   focus your attention at some point in time on

15   Molly, or tell me what you did.

16         A.     The time that I took my eyes away from

17   what was happening in front of me, I checked

18   behind me to see if there was a vehicle behind me

19   in case I needed an escape route.  And I did look

20   at her and tell her what to do if we had to leave.

21   So that's -- besides that, that's the only time

22   that I took my eyes away from Mr. Kasper until the

23   officer did come.  After it was over or towards

24   the end of it being over, the officer came towards

25   my truck and checked my license and registration.

1      Q.   You said that you told your girlfriend

2   what to do if you had to leave.  What do you mean

3   by that?

4      A.   I told her if we had to leave, she was

5   to get low in her seat and that we would be doing

6   whatever we had to do to get out of a bad

7   situation.  Not a bad situation towards the

8   officers, but a bad situation that we could have

9   been injured in or caused harm in.

10     Q.   Okay.  Now, at what point in time during

11  the -- during your stop there did you make that

12  comment to her?

13     A.   While I was -- well, after I heard a

14  window smash to -- after I heard the window smash

15  because I didn't know whether it was a gun or

16  whatever, so I didn't just pop right up.  I did

17  tell her, you know -- because she was down helping

18  me, as well, trying to find everything and that's

19  whenever I told her.  I didn't know what it was,

20  but this is what we need to think about before --

21  before we lean back up to see what it was.

22     Q.   Okay.  Now, from the time that you saw

23  Mr. Kasper with the seat belt wrapped around

24  him -- well, let me back up.

25          You saw Mr. Kasper with the seat belt

1    wrapped around him.  How was his seat belt undone?

2    Do you recall?

3         A.    I do not recall.

4         Q.    From the time you first noticed him or

5    heard the window smash, how long was it before he

6    was out of the vehicle and on the pavement?

7         A.    Ten to 15 seconds.  Scratch that.  Did

8    you say on the pavement?

9         Q.    Yeah.

10        A.    Twenty or 30 seconds.

11        Q.    Okay.  How about how long after you

12   heard the window smash until he was out of the

13   vehicle?

14        A.    Ten to 15 seconds.

15        Q.    Okay.  And I realize that's an

16   approximate time; is that correct?

17        A.    As approximate, you mean estimated time?

18        Q.    As best you can remember.

19        A.    As best I can remember, yes.

20        Q.    All right.  So your estimation was it

21   took another five to ten seconds after he was out

22   of the vehicle to put him on the pavement or for

23   him to be located on the pavement.  Is that a fair

24   statement?

25        A.    Correct.

1      Q.   Do you recall how many officers were
2  making physical contact with Mr. Kasper when he
3  was placed on the pavement?
4      A.   Four to five.
5      Q.   What were the officers doing?
6      A.   They were -- they had Mr. Kasper's head
7  pinned to the pavement in such a way that it did
8  look to hit his head pretty good onto the
9  pavement.  As -- and the others are in a way
10  hitting Mr. Kasper.  And when I say "in a way,"
11  they -- that means elbows, knees in the back and
12  such.  As far as fists or batons or anything like
13  that, I do not know.
14      Q.   Okay.  Did you see anybody punch
15  Mr. Kasper with a fist?
16      A.   I don't -- I don't recall seeing anybody
17  punch him.
18      Q.   Let me ask that same question about when
19  he was still in the vehicle.  Do you recall seeing
20  anyone punch him while he was still in the
21  vehicle?
22      A.   I did see a hand go through the window.
23  I do not know what the hand did once it entered
24  the window.
25      Q.   Was that on his driver's side?

1          A.    Correct.

2          Q.    Do you recall if there was an officer on

3     the passenger's side of his vehicle?

4          A.    I don't recall.

5          Q.    I've been referring to his vehicle --

6     him just being in a vehicle.  It was a pickup

7     truck, wasn't it?

8          A.    Ford F150, white.  I'm not sure of the

9     year model.

10         Q.    All right.  You mentioned officers'

11    elbows and knees --

12         A.    Uh-huh. (Affirmative response.)

13         Q.    -- used with him while he's on the

14    ground.  Describe that to me.  Are you talking

15    about officers -- let me ask a better question.

16              Do you have officers that are kneeling

17    on him with their knees in his back or what?

18         A.    It was officers -- yes, they were

19    kneeling were their knees in his back.  As far as

20    elbows go, I do remember Mr. Kasper hitting his

21    head by an elbow being brought to the back of his

22    neck.  I do remember officers -- I don't want to

23    say jumping or kneeling, but placing their knees

24    rather with force in his back.

25         Q.    Okay.  Did you see any officer more than

1   one time put their knees into his back?

2       A.   I did not.

3       Q.   And to phrase that differently would be

4   as if an officer put his knees into his back, then

5   got back up -- or raised up and then put his

6   knees, you know, back into his -- you know, drove

7   his knees back into his back again.

8       A.   I can't -- I can't recall.  Actually, I

9   could not see at that point.  At that point, there

10  were officers surrounding Mr. Kasper.  There was a

11  crowd of officers surrounding Mr. Kasper.

12      Q.   Could you see what he was doing on the

13  ground?

14      A.   At the point where all the officers were

15  gathered around Mr. Kasper, Mr. Kasper had already

16  been detained.  And when I say at the point that

17  all the officers gathered, that's not the officers

18  that were already -- not the four or five officers

19  that were already there.  There were more officers

20  that had come over after Mr. Kasper had already

21  been detained.

22           They did move him -- they did take him

23  from one police car after they placed him in it to

24  another police car.

25      Q.   Okay.  And we'll get to that.  All

1    right.  But do you remember anything else about

2    the way he was placed on the pavement, the way the

3    officers handled him while he was on the pavement?

4    Is there anything else you can remember -- or what

5    he did while he was on the pavement.  I want to

6    make sure I exhaust your memory on that subject.

7         A.    I did hear someone say "stop" as this

8    was going on.  I did hear an officer say "stop."

9    Mr. Kasper did say -- he said, "I'm stopped" or

10   "I'm not moving" or "I'm not resisting," something

11   in the form of he was not trying to resist or

12   trying to struggle.

13        Q.    And at that particular point in time, do

14   you remember where he was, Mr. Kasper?

15        A.    At that point in time, he was -- that's

16   when the four or five deputies or officers put him

17   on the ground.

18        Q.    And when you heard the officers say --

19   tell him to stop and Mr. Kasper respond that he

20   was stopped, could you actually see what he was

21   doing?

22        A.    It was not "I'm stopped."  It was "I'm

23   not doing anything" or -- it was a statement made

24   to let them know that he was not aggressively or

25   physically trying to resist them detaining him.

1      Q.    Now, when -- but when he said that,

2   could you see what he was doing?

3      A.    That's when the officers were taking him

4   down to the ground.  That's the only -- as far as

5   him -- what he was doing, that's basically when he

6   was going to the ground.  I mean, physically

7   falling to the ground.  That's what he was doing.

8      Q.    You mentioned a few moments ago that an

9   officer -- I think you said an officer had his

10  elbow behind his head.

11     A.    Correct.

12     Q.    Do you recall any other officer using an

13  elbow with Mr. Kasper?

14     A.    Not that I recall, no.  I only seen

15  Mr. Kasper's -- the elbow hit Mr. Kasper one hard

16  time into the concrete.  Mr. Kasper did -- his

17  head did come back up and I believe the -- it

18  could have been a different officer.  Like I said,

19  there was four or five, so hands were everywhere.

20  A hand did take Mr. Kasper's head and forcefully

21  go back down to the pavement.

22     Q.    Did you know any of the officers who

23  were there that day?

24     A.    I don't recall any of the officers'

25  names that were there.  I've come to know more

1   officers since then, so I'm -- I can't say whether

2   I did or did not.

3        Q.   Okay.  Did you know the officer whose

4   elbow was behind Mr. Kasper's head?

5        A.   I did not.  As I said, I can't remember

6   any officers that was there that day.

7        Q.   And do you know what officer put his

8   hand on Mr. Kasper's head and pushed his head back

9   to the pavement?

10       A.   No.

11       Q.   Do you remember any -- strike that.

12            Do you know any of the officers who put

13   their knees onto Mr. Kasper's back?

14       A.   I do not.  I do not recall any officers

15   who were there that day.

16       Q.   All right.  Now, how long was Mr. Kasper

17   on the pavement?  Do you recall?

18       A.   I do not recall.  I can't give you a

19   specific time.

20       Q.   Do you recall if he was handcuffed while

21   he was on the pavement?

22       A.   Yes.  As -- from what I do remember, he

23   did get up by his handcuffs.  I mean, being pulled

24   up from the handcuffs with his hands behind his

25   back.  I can't tell you for sure that he had

1    handcuffs on.  They might have had his hands held

2    behind his back, but I do believe -- I know I did

3    see Mr. Kasper in handcuffs after he got up, but

4    my memory's not clear on that part of the subject.

5         Q.   All right.  You're not sure exactly when

6    he was handcuffed.

7         A.   Correct.

8         Q.   But you do know at some point in time,

9    he was handcuffed.

10        A.   Right.

11        Q.   And do I understand your testimony

12   correctly that he was lifted rearward off the

13   ground?

14        A.   I do believe so.

15        Q.   All right.  Now, you mentioned earlier

16   that he was -- went to -- was taken to a police

17   car -- well, strike that.

18             After he was lifted from the ground --

19        A.   I'm trying to exactly remember how he

20   was lifted.  I do want to give a true statement.

21   I'm trying to picture it in my head.

22             I want to go back and correct that

23   answer on the -- how he was handcuffed because I

24   do not -- I cannot specifically remember how he --

25   he got up.  I do remember that at one point -- at

1   the point in time that he was on the ground, his

2   hands were placed behind his back because he was

3   laying on his stomach and they did have his hands

4   behind his back.  But I cannot exactly remember

5   how he got up.

6       Q.   All right.  You don't recall how he got

7   up and you're not sure if he was handcuffed while

8   he was on the ground.  Is that a fair statement?

9       A.   That's a fair statement.

10      Q.   You do know at some point in time, he

11  was handcuffed and put in a police car.

12      A.   Yes.

13      Q.   Tell me what you can remember from the

14  time that he was -- he's off the ground and then

15  what do you remember until -- just what do you

16  remember?

17      A.   The only thing that I can remember is

18  that he was put into a police car.  He was taken

19  out of that police car and put into another one.

20  And I do believe it was Mr. Kasper that was put

21  into another police car.  I didn't see anyone else

22  being arrested or that had been arrested to be

23  placed in another police car.  That was the only

24  one -- that was the only person around.

25          At that time, I did have an officer

1  talking to me because everything had cooled down

2  and the officers had spread and everything was

3  continuing on.

4      Q.   If that -- when he was taken to the

5  first police car, all right, do you recall

6  anything about the manner in which -- well, do you

7  recall anything about him being put in the police

8  car?

9      A.   He was -- the only thing I can remember

10 about him being put in the police car is that it

11 like they were not very easily putting him into

12 the police car.  Not that he was -- not that he

13 was using force to resist them putting him in the

14 police car, but it looked like they kind of put

15 him in the police car rather abruptly.

16     Q.   What does that mean?

17     A.   Pushed him into the police car, you

18 know, not -- they put him in the police car...

19     Q.   Let me ask this question:  Did he walk

20 to the police car?

21     A.   He was escorted to the police car.

22     Q.   All right.  What does that mean?

23     A.   He was taken by an officer to the police

24 car.  He didn't walk by himself, but --

25     Q.   But he was on his own two feet?

1       A.    Correct.   From what I remember, he

2   was -- I mean, they got him back up and he was

3   walking.   They didn't carry him to the police car.

4       Q.    Could you tell if he was walking

5   willingly to the police car?

6       A.    Yeah.   That's what I -- that's what I

7   think I remember, is that he was walking fairly --

8   you know, escorted, but on his own.

9       Q.    Could you tell if he put up any

10  resistance to being put in the police car?

11      A.    Could not.   Cannot recall.

12      Q.    All right.   Now, once he arrived at the

13  police car, do you recall if he was put in the

14  police car immediately?   Did he stay outside of

15  the police car for any period of time or do you

16  remember?

17      A.    I don't recall.   That's basically the

18  end of what I seen.

19      Q.    Now, during this period of time, we've

20  been talking about what you saw and what you

21  heard.

22      A.    Right.

23      Q.    When in this process was it that a law

24  enforcement officer approached you and came up and

25  began talking to you?

1       A.    When he approached me, this was as they

2   were taking Mr. Kasper to the police car and

3   sending traffic back through with me being the

4   first vehicle to go -- to give proof of license

5   and registration.  He came to me at that time and

6   I had asked, you know, what was going on or what

7   happened and he told me that "That's just one of

8   our regulars."  And at that point in time, I

9   didn't understand why that was one of his -- why

10  he would have said that.

11      Q.    Now, do you remember what officer --

12      A.    No.

13      Q.    -- said that to you?

14      A.    I can't recall any officers' names or

15  even really what they looked like that day.

16      Q.    Do you recall hearing any other officer

17  out there that day say anything similar to the

18  statement that the officer said to you, that

19  this -- he's just one of our regulars?

20      A.    I don't.  That was the only officer I

21  talked to.  That was the only officer that came to

22  my vehicle and spoke to me.  I did not get out of

23  my vehicle and talk to any officer or...

24      Q.    Now, this particular officer, was he one

25  of the -- strike that.

1           The officer that made the statement to

2    you, had he been involved in the physical contact

3    with Mr. Kasper at Mr. Kasper's vehicle?

4        A.   I don't know.  I -- when I say I can't

5    remember any officer that was there by name or by

6    face or anything like that, and there were several

7    officers there in that physical altercation

8    that -- I mean, at one time, you wouldn't be able

9    to remember the officers' name, you know, or how

10   they looked.

11       Q.   Now, do you know if Mr. Kasper has any

12   brothers?

13       A.   I don't, but I do know that when that

14   officer was talking to me, he said, "I know" -- he

15   said, "That's one of our regulars and I know his

16   brother," or somebody said -- it might not have

17   been that officer or it might have been somebody

18   yelling or something, but somebody said, "I know

19   his brother."  I know that for a fact.

20           As far as who that was, I'm not sure if

21   it was that officer or not, but -- and they wasn't

22   even talking to me at that time.  I mean, after

23   this officer had finished talking to me, I could

24   hear "I know his brother."  So I'm assuming that

25   he has a brother.  Now, I haven't been told that

1    by a family member or by anyone like that, but

2    that's what I'm assuming.

3         Q.    The -- strike that.

4              Did you see who made the statement "I

5    know his brother"?

6         A.    I don't.  Like I say, I just heard the

7    statement.  Now, later on after I've -- you know,

8    this was 2014, so, yes, I have heard that he does

9    have a brother that has had trouble.

10        Q.    Right.  And what I'm getting at is, you

11   heard someone say "I know his brother."  If you

12   could tell whether the officer that said that or

13   the person that said that, you know, what that

14   person's involvement had been with Mr. Kasper in

15   terms of getting him out of the vehicle, you know,

16   putting him on the ground, et cetera.

17        A.    I don't know.  I -- that's -- like I

18   said, that's the only thing that I know that I

19   heard.  And then as I said, later on, that's what

20   I've heard further.  It was -- actually, it was in

21   another conversation with someone off that I don't

22   know who it was.  It was in the conversation I

23   heard, "Yeah, I know his brother."  That was it.

24        Q.    Now, do you have any idea what the

25   officers had done at that point in time to

1    identify Mr. Kasper?

2         A.    I do not.  Also, I did not know at first

3    that it was Mr. Kasper.  The only way that I knew

4    him, as my statement says, is I knew his truck, of

5    course.  And he does have a set of pilot wings on

6    his -- on his truck, so that's how I gathered that

7    it could have been Mr. Kasper.  And so I did not

8    know at that time that it was him.

9         Q.    You mentioned earlier that Mr. Kasper,

10   at some point in time, was moved from one law

11   enforcement vehicle to another.

12        A.    As far as I know, it was Mr. Kasper.

13        Q.    All right.  Do you know why that person

14   was moved from one vehicle to another?

15        A.    I do not.

16        Q.    Did you see if there was any amount of

17   force that was used with that particular person as

18   they were moved from one vehicle to another?

19        A.    I do not.  I know that someone was moved

20   from one vehicle to another.  At that time -- at

21   that time, I was leaving.  That's actually the

22   last thing I seen, was that someone was moving --

23   or when I say moved, somebody was being

24   transported to another vehicle.  I'm not saying

25   that it was from that particular vehicle, but it

1    was -- someone was getting moved to a vehicle.

2         Q.   Okay.  And they were moved how?  Was he

3    walk -- that person walking?

4         A.   Escorted by a police officer.  Not sure

5    if his hands were behind his back or in front of

6    him or anything as such, but was being escorted by

7    a police officer.

8         Q.   Okay.  And when you say "escorted," the

9    person was walking on his own power?

10        A.   Correct.

11        Q.   All right.  Now --

12        A.   Well --

13        Q.   Go ahead.

14        A.   As far as I could tell, he was on his

15   own power.  Like I said, I was leaving.  I could

16   not -- I can't give an accurate, true statement

17   about that.

18        Q.   Now, Mr. Kasper's pickup truck was in

19   front of you; is that right?

20        A.   Correct.

21        Q.   All right.  Once the officer came to

22   you, you interacted with the officer and you were

23   leaving.  What happened to Mr. Kasper's truck?

24   Did it stay in place?  Was it moved?

25        A.   It was in the same place from whenever I

1    came through.  Whenever I came through, it was

2    in -- no.  For some reason, I want to think that

3    his truck was moved so people could get through,

4    but my memory is foggy on that.  And I know that's

5    something that should be clear, but I thought I

6    remembered his vehicle being moved.  I can't give

7    you -- I can't give you anything accurate on that.

8        Q.    Okay.  So you're uncertain about that?

9        A.    Yeah.

10       Q.    All right.  Let's go back to the point

11   that the officer came to you.

12       A.    All right.

13       Q.    And describe to me the conversation that

14   you have with the officer from, you know, what --

15   what did he first say when he got to you and walk

16   me through what happened with you until you left

17   the checkpoint.

18       A.    He walked up to me, asked me for my

19   license, asked me for registration.  I said, "What

20   happened?"  He just -- the only thing that he told

21   me was that he was -- "That's just one of our

22   regulars."  That's what I was told.

23       Q.    Okay.  He asked you for your license and

24   registration.  What did you do?

25       A.    I gave it to him.

1        Q.    All right.   And how long did he have

2    your license and registration?

3        A.    Long enough to look at my information.

4        Q.    Okay.   Did he call in your information

5    to -- on the radio or do you remember?

6        A.    Not that I remember.

7        Q.    Okay.   And how long after you handed him

8    your license and registration was it that you

9    spent there, you know, with the officer?

10       A.    None.   I left.

11       Q.    Okay.   I mean, in terms of 30 seconds,

12   more or less?

13       A.    I mean, as he -- after he gave me back

14   my license?

15       Q.    Yes.

16       A.    Three seconds.

17       Q.    Okay.   So he checked your license and

18   registration and sent you on your way?

19       A.    Correct.

20       Q.    Did you have any problems with that

21   officer?

22       A.    No, sir.

23       Q.    Okay.   When you pulled up and there was

24   an officer, you said you -- when you first pulled

25   up, you did or did not see an officer in the

1    street?

2        A.    They wasn't right in the middle of the

3    street.  They were on the edge of the street and I

4    couldn't -- let me correct that.  I couldn't tell

5    what was right in front me because Mr. Glen's

6    vehicle was right in front of me.

7        Q.    Okay.  Now, when you determined that it

8    was a checkpoint, you knew you needed to stop,

9    didn't you?

10       A.    Correct.  I did learn that it was a

11   checkpoint as Mr. Kasper was being -- as the

12   officers were walking up to Mr. Kasper's vehicle,

13   I did understand it was a checkpoint then.  Before

14   that, as I said, I didn't know what was exactly

15   going on.

16       Q.    So when the window smashed, you weren't

17   sure, but as the officers were going to his

18   vehicle, you understood it was a checkpoint?

19       A.    As his -- no.  As his windows were

20   being -- as his window was being smashed, I did

21   understand what was going on.  I mean, as far as

22   when the officer started -- in the very beginning,

23   as the officer started towards his vehicle, not

24   all officers, but just the one to, I guess, I'm

25   assuming, check his license and registration,

1  that's when I understood that it was a checkpoint.

2       Q.    Okay.  So at that point in time, you

3  knew that you were going to have to stop.  Is that

4  a fair statement?  When you got up to an officer,

5  that you would need to stop.

6       A.    Possibly.  Yes, yes.

7       Q.    You wouldn't just drive through a

8  checkpoint, would you?

9       A.    If I knew it was a checkpoint for sure,

10  no.  I have in the past, however, have come up to

11  a checkpoint almost similar to that that I thought

12  that was an accident that I almost did drive

13  through, to be completely honest.

14       Q.    Okay.

15       A.    As far as they had it set up, usually

16  there is vehicles in the road.  You know, there

17  were no -- that I seen, there were no vehicles in

18  the road.  They were all parked on the side of the

19  roads.  Most times at an accident, that's what it

20  kind of looks like.  And they do have an officer

21  most of the time flagging traffic, so it could

22  have gotten -- it could have been confused to

23  other drivers.

24       Q.    All right.  Now, do you know how many

25  vehicles -- strike that.

1          Do you know whether -- the vehicles that

2    were coming to the checkpoint, whether they were

3    stopping all of the vehicles, every other vehicle

4    or what they were doing?

5          A.   I don't know.  Actually, I couldn't tell

6    you because it was me behind Mr. Kasper and that

7    was it.  As far as I know, I didn't see any other

8    vehicles go through before us.

9          Q.   All right.  Was there a vehicle behind

10   you as you were stopped waiting for Mr. Kasper?

11         A.   At the time all that was going on, no.

12   But whenever -- towards the end of everything as

13   far as whenever they got him detained, there was a

14   vehicle behind me that had pulled up.  I couldn't

15   tell you what kind of vehicle.  I can't recall

16   that.

17         Q.   Do you know whether they checked that

18   vehicle for license and registration?

19         A.   I don't have a clue.

20         Q.   Now, when you pulled up behind

21   Mr. Kasper, do you recall if there were any

22   vehicles stopped out on Pine Springs Road?

23         A.   No.

24         Q.   Okay.  You -- go ahead.

25         A.   On the side of the road.

1          Q.    I don't mean law enforcement vehicles.

2     I mean, were there -- do you recall if there were

3     any vehicles that were traveling Pine Springs Road

4     that had been stopped by law enforcement?

5          A.    Not on Pine Springs Road, but on Allen

6     Swamp Road.   There were -- there was a vehicle to

7     my right with those people leaning on the trunk.

8          Q.    Okay.  So if I understand your testimony

9     correctly, you drove past that vehicle; is that

10    right?

11         A.    Yes, yes.

12         Q.    All right.  But as you're approaching

13    the intersection of Allen Swamp and Pine Springs

14    Road -- and this is a perpendicular intersection

15    basically, isn't it?

16         A.    Yes.  You have to stop at --

17         Q.    Let me ask you, it's a T intersection?

18         A.    Kind of, yeah.

19         Q.    Well, not 90-degree angles, but it's

20    close to a T intersection; is that right?

21         A.    Right.

22         Q.    All right.  There's a curve that comes

23    into the intersection, right?

24         A.    Right.  And a one-way stop sign.

25         Q.    All right.  Now, do you recall if there

1    was any vehicle that was out on Pine Springs

2    already that had been stopped by law enforcement

3    as a part of the checkpoint?

4         A.    On Pine Springs Road?

5         Q.    Yes.

6         A.    No, I don't recall.

7         Q.    Do you recall seeing any officers

8    standing out on Pine Springs Road when you first

9    pulled up to the checkpoint?

10        A.    Not initially, no, sir.

11        Q.    Do you recall if there -- strike that.

12              Do you know if there were any officers

13   that were standing on Pine Springs Road when you

14   heard the window smash?

15        A.    Not that I recall.

16        Q.    Okay.  Did you, at any point in time,

17   see any officers on Pine Springs Road?

18        A.    I can't recall.

19        Q.    Now, what was occurring with Mr. Kasper,

20   that was occurring between you and Pine Springs

21   Road; is that right?

22        A.    Right, right.  I'm not saying that there

23   wasn't any vehicles on Pine Springs Road.  There

24   could have been, but I just -- I can't remember

25   where they were exactly parked.  I know they were

1    parked on -- whenever I came up, I know there

2    were -- if you want to count, you know, right

3    there at the stop sign on Pine Springs Road, if

4    it's on the other side of the stop sign, then yes,

5    there was a vehicle on Pine Springs Road.  But not

6    far onto Pine Springs Road that I can recall or

7    to -- if you took a left or a right, I can't

8    recall if there was a vehicle to the left or to

9    the right.

10          Q.   Do you remember if there was a vehicle

11   on Pine Springs Road in front of Mr. Kasper's

12   vehicle?

13          A.   No.

14          Q.   At any point in time?

15          A.   I can't recall.

16          Q.   Now, when Mr. -- strike that.

17               As Mr. Kasper approached the checkpoint,

18   do you know if he stopped when first --

19          A.   I know --

20          Q.   -- first encountered an officer?

21          A.   I'm not sure when he first encountered

22   an officer, that he stopped.  I'm not sure of

23   that.

24          Q.   Before his window was smashed, how close

25   was an officer to his vehicle -- to Mr. Kasper's

 1  vehicle?

 2       A.    Before his window was smashed?

 3       Q.    Yes, sir.

 4       A.    I'd say 5 to 8 foot.

 5       Q.    Okay.  The officer standing in the

 6  roadway?

 7       A.    On the left side of the road, that I

 8  recall.  Now, as far as there being one on the

 9  other side or in front of him, I do not know.  I

10  know there was one on the opposite side of the

11  road.  Like I said, I cannot -- I couldn't tell

12  you where any officers were.

13       Q.    Do you know if any of the officers made

14  any type of gesture or said anything to Mr. Kasper

15  before he stopped?

16       A.    Stop the truck.

17       Q.    Okay.

18       A.    And at that point in time, Mr. Kasper --

19  I noticed Mr. Kasper stopped.  Now, that's

20  whenever I realized that that was a checkpoint.

21  That's when I go down to find my license and

22  registration and all that.

23       Q.    Okay.  Now, during the point in time

24  that you're looking down --

25       A.    Uh-huh. (Affirmative response.)

1       Q.    -- do you know if his vehicle moved?

2       A.    No.  It's not possible.

3       Q.    Okay.  Why is that?

4       A.    I was looking down.

5       Q.    Okay.  Make sure I understand.  During

6    the -- all right.  During the time that you were

7    looking down, all right, you don't know if his

8    vehicle moved or not; is that right?

9       A.    Correct.

10      Q.    Okay.  Your statement is it's not

11   possible for you to know whether the vehicle moved

12   or not; is that right?

13      A.    Right, right.

14      Q.    Okay.  Now, from the time that you heard

15   an officer tell him to stop -- you recall that he

16   did; is that correct, when he first --

17      A.    (Witness nods head affirmatively.)

18      Q.    All right.  And you looked down?

19      A.    Correct.

20      Q.    You don't know if his vehicle moved

21   again before the window was smashed; is that

22   correct?

23      A.    Correct.

24      Q.    All right.  Now, you remembered that

25   there were people beside a car.  You said to your

1    left or to your right?

2          A.    My right.

3          Q.    To your right.  And you don't -- but you

4    don't recall if there was an officer in -- nearby

5    then?

6          A.    I don't.

7          Q.    Okay.  Do you recall if there were any

8    other civilian vehicles that were parked on the

9    side of the road?

10         A.    Not that I recall.

11         Q.    Do you recall seeing anyone else in the

12   back of a law enforcement vehicle?

13         A.    I do not.

14         Q.    You don't know what happened with

15   Mr. Kasper after he left the scene that day, do

16   you?

17         A.    I do not.

18         Q.    How long was it after you left the

19   checkpoint before you had a conversation with

20   Mr. Kasper?

21         A.    I want to say two to three days

22   possibly.

23         Q.    And that was when Mr. Kasper called you?

24         A.    That's when he called me, correct.  Now,

25   I did -- I did talk to Reed Kasper and I believe

1  that's how Mr. Kasper knows that I was there at

2  that time.

3        Q.   Okay.  Do you recall what your

4  conversation with Reed was about the incident?

5        A.   I just asked what had happened.  Let me

6  correct something.

7        Q.   Yeah.

8        A.   The -- whenever I did talk to Reed, I

9  was told that -- that his dad had been mistaken

10  for someone else.  That's what I -- that's what

11  he'd told me.  And I'm not saying that's true or

12  anything.  I'm just saying that's what I heard.

13  That's how I -- I've heard that.  I'm just having

14  to jog my memory.  But I did talk to Mr. Kasper, I

15  believe, two to three days later.  He asked me if

16  I minded -- if -- to write a statement.  I told

17  him I didn't mind and I wrote it, sent it to him.

18        Q.   Okay.  Did anybody review the statement

19  after you prepared it?

20        A.   Not that I know of.  As far as who?

21        Q.   Anybody?

22        A.   Not that I know of besides Mr. Kasper, I

23  guess it would be.

24        Q.   Now, did you -- strike that.

25             Did Reed give you any indication or

1    explanation about why he said that his dad was

2    mistaken for someone else?

3         A.    No.  I didn't ask.  It wasn't my -- at

4    the time, it wasn't my business.

5         Q.    Have you ever talked to Reed's mom about

6    the incident?

7         A.    I have not.

8         Q.    Now, when you got to Pine Springs Road,

9    did you turn left or right?

10        A.    I went left.

11        Q.    Okay.

12        A.    I can't remember if anybody was there or

13   not.

14        Q.    Okay.  As you turned left, do you recall

15   where the law enforcement vehicles specifically

16   were located?

17        A.    I do not.

18        Q.    If I asked you to draw a picture of

19   where all the law enforcement vehicles were

20   located, could you do that accurately?

21        A.    I couldn't, not accurately.

22        Q.    Would it be a guess?

23        A.    It would be a very tough guess.

24        Q.    All right.  Do you remember how many law

25   enforcement vehicles were out there at the

1   intersection that day?

2       A.   I know it was several, but I don't -- as

3   I said, I don't know how many.  I know it was more

4   than -- more than three.  I do know that because

5   there were, you know, as I said, on the side of

6   the road.  But as far as I could see, there wasn't

7   one in the road, you know, directly in the road.

8       Q.   From the time that you stopped and then

9   before you cleared the checkpoint to go on your

10  way, do you remember if any law enforcement

11  vehicles left the scene of the checkpoint?

12      A.   I do not.

13      Q.   You don't remember?

14      A.   I do not remember.

15      Q.   Do you remember seeing any officer at

16  any point in time throw a punch or strike

17  Mr. Kasper with a punch?

18              MR. DENSON:  Objection to form.

19              MR. THAGGARD:  I'll ask a better

20      question.

21  MR. THAGGARD: (Continuing.)

22      Q.   Do you recall seeing at any point in

23  time there at the intersection that day any

24  officers strike Mr. Kasper with a punch?

25      A.   We'll call a punch a blow of force with

1  someone's fist?  That's what we'll call a punch or

2  are we saying a strike, as far as a strike being

3  elbow, a knee, anything like that?

4       Q.   Let's start with a fist.

5       A.   Okay.  A fist, I cannot recall.  Now, as

6  far as a strike, I know there were elbows and --

7       Q.   Let's talk arms first.  You said you saw

8  an elbow to the back of behind his head.

9       A.   Behind his head, correct.

10      Q.   You saw one of those that you can

11  remember.

12      A.   Correct.

13      Q.   Do you remember any more?

14      A.   No.

15      Q.   And you said you remembered someone

16  pushing his head to the pavement.

17      A.   Correct.

18      Q.   Okay.  Do you recall any other contacts

19  with Mr. Kasper's -- with Mr. Kasper by either a

20  fist, an elbow or officers' hands?

21      A.   I did not.  I know there was a hand in

22  the window that I could not see that I do not know

23  what that hand did.

24      Q.   Now, you described seeing knees being

25  placed on Mr. Kasper when he was on the ground.

1      A.    Forcefully, correct.

2      Q.    All right.  Did you, at any point in

3   time, see an officer or anyone kick Mr. Kasper?

4      A.    I don't remember a kick.  I do -- the

5   only thing I do remember with the legs were the

6   knees and that's all I can recall with the legs.

7      Q.    When you're saying "legs," do you mean

8   the -- are you talking about the knees --

9      A.    The knees.

10      Q.    -- on his -- to his back?

11      A.    To his back, correct.

12      Q.    All right.  Now --

13      A.    His back, his -- the upper part of his

14   back, lower part of his back.  I know whenever

15   they went to take him down, there was a knee in

16   his -- placed in his back to put him down.  That's

17   only -- as far as that, I didn't see any kick.  I

18   didn't see a foot hit Mr. Kasper.

19      Q.    Okay.  Now, once he was on the ground

20   and the knees were on him, did that hold him to

21   the ground?

22      A.    Yes.

23      Q.    Okay.  And did the officers hold him

24   down for a period of time?

25      A.    Can I ask, when you say holding him

1   down, does that mean that he was trying to get up

2   or holding him down -- because he wasn't trying to

3   get up at that time, so I wouldn't want to say it

4   was holding him down because if you're holding

5   down something with force, that'd be trying to

6   bring it up.

7        Q.   Well, let me ask this question:  Do

8   you -- when Mr. Kasper's on the ground, do you

9   know if he tried to get up?

10       A.   After he was placed on the ground and

11  knees were in his back, he was not trying to get

12  up.

13       Q.   How do you know?

14       A.   Mr. Kasper's -- he -- Mr. Kasper is a

15  little bit of a smaller person and there were six

16  people on him.  There really wasn't -- it wasn't a

17  possible way for him to get up and he wasn't

18  struggling.  I mean, there was no signs of him

19  struggling.  There was no deputies yelling stop.

20  There was no -- there was no verbal indication

21  that he was struggling.  It was just -- I could

22  see his face.  I couldn't tell who exactly it was

23  at that moment, but I could see his face.  His

24  face wasn't -- you know, besides from being put in

25  the pavement, there was no sign of struggling, you

1   know.  So at that time, he was not struggling from

2   my perspective.

3       Q.   Okay.  Now -- and I know you said

4   earlier that there were quite a few officers that

5   were surrounding him at that time.

6       A.   Correct.

7       Q.   So to some extent, your visibility of

8   Mr. Kasper was obscured?

9       A.   Correct.

10      Q.   All right.  Could you see his entire

11  body as he's laying there on the ground with the

12  officers around him?

13      A.   I could see his -- from his head, his

14  chest, from him keeping his head off the ground.

15  I could see his -- I could not see his back from

16  the officers being on it, and I could see his

17  feet.

18      Q.   Okay.

19      A.   His feet were on the ground.  His chest

20  and his chin were being held up on his own as far

21  as before his head was placed into the -- onto the

22  ground.

23      Q.   Now, do you remember him saying anything

24  else out there at the scene that day?

25      A.   I do not.

1      Q.    You mentioned earlier a statement that
2  he made --
3      A.    Oh, besides -- you mean anything else
4  besides that statement that I made --
5      Q.    Yes.
6      A.    -- of him saying anything?  No, I do not
7  know anything else that he said.  All I heard him
8  say was I'm -- like I said, it was a form of him
9  saying that I'm not resisting.
10     Q.    Now, in your statement, you said -- in
11 your second sentence "After I stopped my car
12 behind him, I started looking for my driver's
13 license, proof of insurance, and registration.
14 While I was doing that, I noticed that the deputy
15 in the road hollered at the driver."
16     A.    To stop.
17     Q.    All right.  Now -- and your second --
18 the first sentence I read that as you were looking
19 for your driver's license, proof of insurance, and
20 registration, had an officer already asked you to
21 do that or were you preparing for an officer to
22 come to your vehicle?
23     A.    Well, after I had seen -- okay.  I will
24 say that this statement is not completely accurate
25 to how I remember it as of now.  Like I said, when

1   that deputy -- whenever I pulled up, that deputy

2   was on the opposite side of the road.  The --

3   Mr. Kasper was in front of me.  I did not know if

4   there was one in front of him or one to the

5   passenger side of the vehicle.

6           As I noticed this deputy walking towards

7   Mr. Kasper's truck, that is whenever I -- I knew

8   that it was a checkpoint at that time.  That's

9   whenever I leaned down to grab my license, my

10  registration.  Actually, I had to find it, so...

11      Q.   So was it while you were leaning down is

12  when you heard someone holler?

13      A.   That's whenever I heard him holler.

14      Q.   And you heard the crash while you were

15  leaning down; is that correct?

16      A.   It was as I'm going down, I hear "Stop

17  the truck," you know.  And then I hear -- I mean,

18  as soon as I hear "Stop the truck," the window

19  smashes.  So that's when -- and I -- before this,

20  I seen the truck stopped.  I mean, it was stopped.

21  I leaned -- as I'm leaning down, the truck's still

22  stopped.  Leaning down to grab my license, hear

23  the window smash.  Lean back up and that's when

24  the rest of this happened.

25      Q.   Okay.  When you heard the officer

1   holler, you were leaning down, as well; is that

2   right, retrieving your --

3       A.   Not while but as.  I mean, I can see him

4   stopped.  I can hear him yell -- holler "Stop the

5   truck" as I'm leaning down to get my stuff.  So at

6   that time, I know his vehicle was stopped.  You

7   know, it wasn't -- it wasn't I was down here.  It

8   wasn't that I was down there with no visibility.

9   I could see at that moment that he had -- he was

10  stopped.  I couldn't understand why he was yelling

11  stop the truck because he -- from my point of

12  view, he was stopped.

13      Q.   Okay.  You thought he was stopped.  Do

14  you know whether, from the officers' perspective,

15  if the vehicle moved or not?

16           MR. DENSON:  Objection as to form.

17  MR. THAGGARD: (Continuing.)

18      Q.   From the vantage point that the officers

19  had -- officer had from the side of the vehicle,

20  do you know if the vehicle moved or not?

21      A.   I couldn't tell you.

22      Q.   Okay.  You were right behind the

23  vehicle, weren't you?

24      A.   I'm right directly behind the vehicle.

25  As I'm -- I mean, the brake lights were on.  I

1  could tell you that.  The brake lights were on.

2  He -- as I'm going down, I didn't notice any

3  change in the vehicle's motion.  I didn't notice

4  any change in brake lights -- dim of brake lights

5  or anything.  I do remember that I didn't see any

6  changing to the vehicle of movement or brake

7  lights.

8       Q.   Okay.  Now, you'll agree that the

9  vehicle can roll forward even with your foot on

10  the brake, can't it?

11      A.   The vehicle --

12           MR. DENSON:  Objection to form.

13      A.   The vehicle can move forward if you put

14  it in park.

15  MR. THAGGARD: (Continuing.)

16      Q.   All right.  But with your foot on the

17  brake and the brake lights shining, the vehicle

18  can still move forward.  Is that a fair statement?

19  You could roll forward with your foot on the brake

20  and the brake lights still illuminated, yes?

21           MR. DENSON:  Objection as to form.

22  MR. THAGGARD: (Continuing.)

23      Q.   You can answer.

24      A.   Can I give both explanations as to why?

25      Q.   Oh, sure.  You certainly can explain

1   your answer.

2       A.    Okay.  So, yes, you -- in a way, you

3   could if you did not have the applied pressure to

4   the brake.  But in that particular sense, he had

5   already stopped.  So most of the time when you're

6   stopped, you're not -- you don't have your foot

7   barely on the brake.  You're completely stopped.

8   And I don't -- I mean, I don't believe --

9       Q.    Well, let's ask it this way:  You don't

10  know why an officer smashed Mr. Kasper's window,

11  do you?

12      A.    I don't have a clue.

13      Q.    And you don't know what the officer saw

14  that caused him to do that, do you?

15      A.    I don't.

16      Q.    From your perspective, you thought

17  Mr. Kasper was stopped?

18      A.    From my perspective, Mr. Kasper -- in my

19  point of view, he was stopped.

20      Q.    You heard an officer yell "Stop" and

21  then in a very brief period of time, you heard the

22  window smash; is that right?

23      A.    Right.

24              (Off the record.)

25

 1   MR. THAGGARD: (Continuing.)

 2        Q.    Okay.   Other than the statement which is

 3   Exhibit 1 to your deposition, have you prepared

 4   any other sort of document about what you saw or

 5   heard that day?

 6        A.    I have not.

 7        Q.    Have you ever been convicted of a

 8   felony?

 9        A.    I have not.

10        Q.    You're not wearing glasses today.   Do

11   you have any problems with your vision?

12        A.    No, sir.

13        Q.    You have 20/20 vision?

14        A.    Correct.

15        Q.    As far as you know?

16        A.    Yeah, as far as I know.   My last check

17   was good.

18        Q.    And you didn't have any trouble with

19   visibility on the day of this incident with

20   Mr. Kasper whether it was because of lighting

21   conditions, given the time of day?

22        A.    I do, you know, recall that it was

23   darker at -- to my point of view, it was darker.

24   I know that I don't have any tint on my front

25   windshield, so...

1      Q.    Do you remember if you had your lights

2  on?

3      A.    I don't believe I did.

4      Q.    So it was at least light enough for you

5  not to have your lights on.  Is that a fair

6  statement?

7      A.    For me, correct.

8            MR. THAGGARD:  All right.  That's

9      all the questions I have for you.  Mr. Denson

10      may have some questions for you.

11                E X A M I N A T I O N

12  EXAMINATION BY MR. DENSON:

13      Q.    Joseph Denson.  I'm counsel for the

14  plaintiff.

15            Mr. Dalton, I just have a -- Mr. House,

16  I just have a few questions for you.  Okay.

17  Earlier when Mr. Thaggard was asking you about the

18  moment when your head was down to get your

19  license, about how many seconds, if you can

20  estimate, that your head was down to get your

21  license?

22            MR. THAGGARD:  Object to form.

23  MR. DENSON: (Continuing.)

24      Q.    Let me go back.  You testified that --

25  you testified right when the officer was

1    approaching Mr. Kasper's truck, you were looking

2    for your license, correct?

3         A.   When I noticed him approaching the

4    truck, that's whenever I noticed it was a

5    checkpoint.  So I then decided to -- that's --

6    then I decided to go for my license and

7    registration and all that.

8         Q.   And do you know where your license was

9    in your truck at that time?

10        A.   I knew it was all down in my clothes in

11   my floorboard.  Like I said, I had swimming

12   clothes on.  My day clothes were in my floorboard

13   and my wallet was in my day clothes, and my

14   license were in my wallet and my registration was

15   in my glove box.

16        Q.   Okay.  And did -- do you recall if you

17   got your registration out of your glove box or

18   if --

19        A.   Molly got my registration out of my

20   glove box.

21        Q.   Okay.  So you -- is it your testimony

22   that you just went down to get your -- the clothes

23   or the garment that had your wallet in it from the

24   floor?

25                  MR. THAGGARD:  Object to form.

1       A.    Can you ask the question again?

2   MR. DENSON: (Continuing.)

3       Q.    In fact, let me -- I'll strike that

4   question.

5             When you said you went to go get your

6   license, it was on the floorboard on your -- your

7   clothes were on the floorboard of the passenger's

8   side or on the driver's side?

9       A.    Passenger's side.

10      Q.    Okay.  And can you estimate the amount

11  of time it took you to get your license?

12                  MR. THAGGARD:  Object to form.

13      A.    Ten to 15 -- 20 seconds.

14  MR. DENSON: (Continuing.)

15      Q.    Okay.

16      A.    Enough time for me to reach down, pick

17  up my pants, grab my wallet.  And I didn't take my

18  license out of my wallet at that specific time.  I

19  waited until it was time for the officer to come

20  to me to take out my license.

21      Q.    So you just reached down to get your

22  pants?

23      A.    Correct.

24                  MR. THAGGARD:  Object to form.

25      A.    No, not correct.  I reached down to get

1    my wallet that was in my pants.

2    MR. DENSON: (Continuing.)

3        Q.   Okay.  Now, you testified earlier that

4    you had to stop because Mr. Kasper stopped in

5    front of you.

6        A.   Correct.

7        Q.   And did you ever see a -- did you ever

8    notice that if -- at any point in time, did you

9    ever observe that his lights -- his brake lights

10   that were illuminated at the time you saw it, did

11   you ever see whether those lights went off?

12                   MR. THAGGARD:  Object to form.

13       A.   No.

14   MR. DENSON: (Continuing.)

15       Q.   Let me go back and ask you another

16   question.  What change, if any, did you see in

17   Mr. Kasper's lights after the officer approached

18   his car?

19       A.   I didn't see any change in the vehicle

20   or his lights.

21       Q.   And when you stopped behind Mr. Kasper

22   when, as you said, he initially stopped, how far

23   was your vehicle from Mr. Kasper's vehicle at that

24   time?

25       A.   Forty feet, 50 feet.  That's an

1   estimated guess of how far I was from him.

2        Q.   At any point in time, did you -- after

3   Mr. Kasper stopped, did your vehicle come any

4   closer to Mr. Kasper's?

5        A.   No.

6        Q.   And I want to get some clarity on what

7   you observed when Mr. Kasper was coming out of his

8   truck.  Okay.  Can you tell me exactly how

9   Mr. Kasper actually came out of his truck from

10  your perception?

11                MR. THAGGARD:  Object to form.

12       A.   Well, in my statement, it says that he

13  came out head first.  And what I mean by "head

14  first," I don't mean he came out, you know, head

15  first, feet second.  I mean, as he's coming out,

16  the first thing that's out of the truck is his

17  head.  Not talking about in a vertical or

18  horizontal way of the body.  I mean, that was the

19  first way of him exiting the vehicle.

20  MR. DENSON: (Continuing.)

21       Q.   And, Mr. House, could you observe -- at

22  this time, could you observe if Mr. Kasper's feet

23  were touching -- if his feet were assisting him to

24  get out of the truck?

25       A.   I could not.  I can't recall.  I --

1  really nothing was assisting him getting out of

2  the vehicle except the officers because he was

3  still in the seat belt or as far as I could tell,

4  his seat belt was around him.  So to my

5  perspective, there was nothing -- nothing helping

6  him get out of the vehicle besides the officers.

7          I will say if I can that I never heard

8  "Get out of the vehicle."  As far as -- as far as

9  I could hear, that's something I couldn't hear, so

10  I don't know at what point in time he was asked to

11  get out of the vehicle.

12      Q.   And you said you heard an officer say

13  "Stop" to Mr. Kasper, correct?

14      A.   His exact words were "Stop the truck."

15      Q.   Okay.  And did you hear that statement

16  by -- if you recall, by one officer, two officers

17  or --

18      A.   To my perspective, it was only one.

19      Q.   And how many times did you hear that one

20  officer say "Stop the truck"?

21      A.   That single time.

22      Q.   And immediately after you heard that

23  officer say "Stop the truck," what did you --

24  how -- strike that.

25          Immediately after you heard the officer

1  say "Stop the truck," when you saw the truck, what

2  was the -- what was happening with the truck?

3              MR. THAGGARD:  Object to form.

4      A.   The truck was stopped.  I mean, the

5  truck was not moving.

6  MR. DENSON: (Continuing.)

7      Q.   Let me strike that.  Let me go back and

8  sort of clear that up there.

9              Your testimony is that you heard the

10  officer say "Stop the truck" one time.  When you

11  heard the officer say that, where was the truck?

12      A.   Where it had been since we had stopped.

13  As I said, I didn't see any difference in the

14  vehicle.  I didn't see any difference in the

15  moving of the vehicle, the lights of the vehicle.

16  I didn't see any difference in the placement of

17  the vehicle from that time I stopped to the time I

18  left.  Well, I take that back.

19              As I you told before, I couldn't exactly

20  recall somebody moving his vehicle, but I want to

21  say that it was moved for a reason, but I'm not

22  sure if it was.  That's just something that's

23  foggy and I can't remember.

24      Q.   Okay.  And to be clear, you say it was

25  moved for a reason.  You're saying after

1    Mr. Kasper was handcuffed and all?

2        A.    After -- I want to say that it was moved

3    out from the road for traffic to flow, but I can't

4    give you that -- I can't make a true statement out

5    of that because I'm -- that's just something that

6    I can't remember clearly.

7        Q.    Okay.  And you say you heard a window

8    being smashed?

9        A.    Right.

10        Q.    Well, I'm going to ask you a question

11    about that.  You heard a window being smashed.

12    When you looked up, what was -- whose -- was there

13    an officer close to Mr. Kasper's vehicle?

14        A.    As the window was smashed?

15        Q.    Yes.

16        A.    Right.  Whenever the window was smashed,

17    the officer was in -- that's when the hand entered

18    the vehicle.  Once the -- I'm assuming, because as

19    I said, I was down looking for my license and

20    that's when I heard the vehicle smash.  When I

21    look up, that's when officers are running and the

22    hand is in the window.

23            As far as I know what happened that

24    moment that he smashed it, whether he backed away

25    or whether he moved closer to it, I couldn't tell

1    you.  I'm assuming that -- my assumption would be

2    that he was close enough to smash a window --

3         Q.    Okay.

4         A.    -- as he was smashing the window.

5    Before then, as I said before, he was 5 to 8 feet

6    away.

7         Q.    And at any point in time, did you ever

8    see Mr. Kasper kick or punch towards any of the

9    officers?

10        A.    No.  I could not see Mr. Kasper kick or

11   punch.

12        Q.    Did you ever hear any screaming coming

13   from Mr. Kasper during this altercation?

14        A.    As the taser would -- whenever I heard a

15   taser, that's when I could hear the -- not a

16   scream or a yell, but just a -- I guess a shocking

17   yell in a way.

18        Q.    Is it your testimony that this yell came

19   from the person that was being tased?

20        A.    Correct.

21        Q.    And how many times did you hear that

22   yell that you previously described?

23        A.    It was one long consecutive yell.  A

24   single consecutive yell.  And when I say

25   "consecutive," I mean long -- didn't stop, you

1    know.

2         Q.    Okay.  Do you ever recall hearing any

3    officers saying the words -- I'm going to go back

4    because I think you're about to add something to

5    that, right?

6         A.    Yeah.

7         Q.    Okay.  Go ahead.

8         A.    Now, you said in that time, did I hear

9    him scream or yell.

10        Q.    Yes.

11        A.    That was the question.  He did -- not in

12   a -- not in a yelling voice or a screaming voice,

13   but in a loud tone, he did say -- that's when he

14   said, you know, in the form of I'm not resisting.

15   That's the only other verbal thing that I could

16   hear from Mr. Kasper.

17        Q.    Okay.

18        A.    And to him, that could have been

19   yelling.  I'm not saying that it wasn't.

20        Q.    And, Mr. House, you were asked if --

21   when you wrote this statement, but my question to

22   you is, at whatever time you wrote this statement,

23   how long did you take to recall the events that

24   took place before you put these events into

25   writing?

1     A.   I would say that I went off the top of

2  my memory.  I didn't look into -- I didn't write

3  into detail.  I'd say 30, maybe -- wrote it in 25

4  to 30 minutes, which it's a very small statement.

5     Q.   Okay.  At any point in time when --

6  after you heard the officer holler "Stop," did you

7  hear an engine rev from the vehicle that was in

8  front of your vehicle?

9     A.   I did not.

10     Q.   Did you observe the -- could you observe

11  the physical condition of Mr. Kasper's clothing at

12  the time that he exited the truck?

13     A.   His shirt was ripped.  I believe it was

14  his shirt.  I don't -- I can't remember exactly

15  what color clothing he had on, but a piece of

16  clothing was ripped up top.  I can't recall his

17  pants.  Is that --

18     Q.   Now, when you say "ripped," how -- do

19  you recall what area that the clothing was ripped

20  and how bad?

21          MR. THAGGARD:  Object to the form.

22          MR. DENSON:  Well, let me strike

23     that.  Let me put that in two separate

24     questions there.

25

 1    MR. DENSON: (Continuing.)

 2        Q.   Do you recall what area of the shirt

 3    that was ripped?

 4        A.   I believe it was around his ribs, around

 5    the torso area.

 6        Q.   Uh-huh.

 7        A.   Now, as far as how bad, I could see

 8    skin, but I couldn't tell you any further.  Now,

 9    as far as that -- is that where it was ripped, I

10    can't give you an honest statement about it.  But

11    I -- as far as me jogging my memory, I believe

12    that's where it was ripped.

13        Q.   From your perception, during this

14    altercation or immediately after, did you see any

15    injuries on Mr. Kasper?

16        A.   I seen blood on Mr. Kasper's head, on

17    his arms.  His arms were, you could tell, scraped

18    up.  I think his knee -- I think one of his knees

19    was bloody or red or something.  As far as

20    anything else, I couldn't tell you.  And I --

21    that's all I can remember from that.

22        Q.   Okay.

23        A.   And as far as into detail from his

24    physical injuries, I couldn't -- couldn't tell you

25    how bad -- I mean, how severe they were.  I could

1   see that he did have injuries.  I couldn't see how

2   severe.

3        Q.   But from where you were, you were able

4   to see blood coming from his head?

5        A.   Yes.

6        Q.   Earlier you were asked about whether you

7   remember an officer striking or kicking

8   Mr. Kasper.  Do you recall that question --

9        A.   I do.

10        Q.   -- or something similar?

11             Now, how many times would you say that

12   you recall Mr. Kasper being struck by the

13   officer's knee?

14        A.   I couldn't say that it was just a strike

15   from one officer's knee.  It was a strike from

16   several officers' knees.

17        Q.   Okay.

18        A.   There was more than -- there was one --

19   there was more than one knee placed in his back

20   from different officers.

21        Q.   Okay.  And I want to see if there's any

22   distinction here.  Are you saying a knee sitting

23   on Mr. Kasper's back or are you saying a knee

24   striking Mr. Kasper's back?

25             MR. THAGGARD:  Object to form.

1                    MR. DENSON:  Let me -- I'll

2        withdraw that question.

3    MR. DENSON: (Continuing.)

4        Q.    Is your description of a contact by

5    Mr. Kasper's body from the officer's knee -- give

6    me that description.

7        A.    A strike from an officer's knee would be

8    a forceful impact, an aggressive impact.

9        Q.    Is it your testimony that the officer's

10   knee was only resting on Mr. Kasper's body?

11       A.    The knee was drove forward in an

12   aggressive way into Mr. Kasper's body.

13       Q.    Is this from only one officer or several

14   officers?

15       A.    Several officers.

16       Q.    Given that foundation, are you able to

17   tell me how many -- an estimate of how many times

18   a knee was driven into Mr. Kasper's back?

19                    MR. THAGGARD:  Object to form.

20                    MR. DENSON:  Strike that.

21   MR. DENSON: (Continuing.)

22       Q.    From your perception, how many times

23   was -- did the officer's knee come in contact with

24   Mr. Kasper?

25       A.    From my point of view, there were, that

1  I know of, four officers that I could see on

2  Mr. Kasper.  As far as I could tell, that there

3  were, I would say, three on his back leg, around

4  his -- around his back.  One officer towards the

5  front of Mr. Kasper was elbow, you know, in

6  Mr. Kasper's head or back of Mr. Kasper's neck.

7          As far as how many times a knee was

8  placed in Mr. Kasper's back, I couldn't tell you.

9  I know that there was more than one officer on

10  Mr. Kasper's back.  More than two, I couldn't tell

11  you for sure.

12      Q.   Okay.  And you testified that

13  Mr. Kasper's head came back up.  Did you see any

14  other part of his body come back up?

15      A.   The only -- the only part of his -- from

16  the top of his head -- or from the top of his head

17  from where I could see to the top of Mr. Kasper's

18  chest is the only body part that I could see that

19  came up.  I could just see the top of his chest

20  from his head coming up which brought his -- the

21  top of his chest up.

22      Q.   Okay.  And at this -- and at the time

23  that you say you could see his head come up, where

24  were his -- where were his arms, if you could see

25  them?

1        A.    I can't recall.

2                    MR. DENSON:   No further questions

3        at this time from counsel for the plaintiff.

4                    MR. THAGGARD:   I'll have just a

5        couple of follow-ups with you.

6                    E X A M I N A T I O N

7        EXAMINATION BY MR. THAGGARD:

8        Q.    Do you know how the window was smashed?

9        A.    I don't.

10       Q.    Okay.  I thought I heard -- if I

11       understood your testimony correctly, that you said

12       you heard an officer say taser?

13       A.    No, no.

14       Q.    You heard a taser?

15       A.    I heard a taser.  You can hear a taser

16       being extracted.

17       Q.    Now, you said you heard Mr. Kasper with

18       a long continuous yell.

19       A.    Correct.

20       Q.    And when did he begin that yell?

21       A.    That was whenever I heard the tase --

22       what I could hear as a taser, that's whenever I

23       heard the yell.

24       Q.    Was he yelling as he came out of the

25       vehicle?

    1        A.    Not to my knowledge, no.

    2        Q.    And you recall hearing him yell at or

    3   about the time you heard the taser?

    4        A.    Correct.

    5        Q.    And how long did that yelling last?

    6        A.    Ten to 20 seconds.

    7        Q.    Did he yell again after that?

    8        A.    Not that I know of.

    9        Q.    You testified about the officer or

   10   officers aggressively striking him with their

   11   knees.

   12        A.    Correct.

   13        Q.    Do you recall if any individual officer

   14   struck Mr. Kasper with that officer's knees more

   15   than one time?

   16        A.    I do not.  I do not recall.

   17        Q.    As Mr. Kasper was being removed from the

   18   vehicle and taken to the ground, did you hear

   19   voices?

   20        A.    I can't recall.  As far as the only

   21   thing I could hear Mr. Kasper say was, you know --

   22   I could hear an officer say "Stop," and then I can

   23   hear -- when they were getting him out of the

   24   vehicle or when that -- when they were getting him

   25   out of the vehicle, I heard someone say "Stop" and

1   Mr. Kasper say something along the lines of --

2   that he wasn't resisting.  That's only -- only

3   thing verbally I could hear besides when

4   Mr. Kasper started to yell.

5        Q.   Okay.  You don't remember anyone else

6   yelling or hearing any other voices?

7        A.   Besides -- before they pulled him out of

8   the truck, "Stop the truck."

9        Q.   I'm talking about after taking him out

10  of the truck.

11       A.   No.

12       Q.   You don't recall hearing of the voices?

13       A.   Besides when I heard one -- somebody say

14  something about I know his brother.  That's the

15  only -- and I don't know -- like I said, I don't

16  know who said I know his brother or he's like

17  his -- I can't -- I'm not saying that it was I

18  know his brother, but it was something that said

19  his brother.  I don't know if it was --

20       Q.   Let me ask you a better question because

21  I think earlier you testified that was later on.

22  I'm talking about when he's there on the -- you

23  know, being removed from the vehicle on the ground

24  and then taken to the police car.  Do you recall

25  hearing any of the voices or any other statements

 1   made during that process?

 2        A.    No.

 3        Q.    Was it quiet?

 4        A.    To me, it was.  I do remember that

 5   besides my passenger.

 6        Q.    Okay.  And if I understand your

 7   testimony correctly, when Mr. Kasper's on the

 8   ground, you could see his upper torso to his head

 9   and you could see his feet.

10        A.    Correct.

11        Q.    And that was it?

12        A.    Correct.  That's all I could see.

13              MR. THAGGARD:  All right.  That's

14        all the questions I have for you.

15              MR. DENSON:  All I have,

16        plaintiff's counsel.

17   MR. THAGGARD: (Continuing.)

18        Q.    Now, you've got the right -- she's going

19   to type up everything in booklet format.

20        A.    Okay.

21        Q.    And you've got the right to go back and

22   read that, you know, review it and make sure it

23   was typed properly and make any changes to it if

24   something was typed improperly or you can waive

25   that right.  It's entirely up to you.

1      A.    Okay.

2      Q.    If you want to do that, then you'll need

3   to coordinate with the court reporter here to --

4   so she can get that in your hands to, you know, do

5   that review or you can trust her to type it

6   correctly, frankly.  So it's entirely your

7   decision.  It doesn't matter to either Mr. Denson

8   or I.  It's your right to do.

9      A.    Okay.  So just get in touch with her?

10             MR. THAGGARD:  Yes, just get in

11        touch with her.

12             THE WITNESS:  It looks like you

13        have been doing it a while.  I don't need it.

14             COURT REPORTER:  Mr. Denson do you

15        want to order a copy?

16             MR. DENSON:  I do.

17             (WHEREUPON, THE DEPOSITION WAS

18             CONCLUDED AT APPROXIMATELY 4:07

19             p.m.)

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3         I, AMANDA WOOTTON, Court Reporter and Notary

4    Public for the State of Mississippi, do hereby

5    certify that the above and foregoing pages contain

6    a full, true and correct transcript of the

7    proceedings had in the aforenamed case at the time

8    and place indicated, which proceedings were

9    recorded by me to the best of my skill and

10   ability.

11        I also certify that I placed the witness

12   under oath to tell the truth and that all answers

13   were given under that oath.

14        I certify that I have no interest, monetary

15   or otherwise, in the outcome of this case.

16             This the 3rd day of April 2017.

17

18

19

20

21

22

                      AMANDA M. WOOTTON
23
     My Commission Expires:
24   December 15, 2018

25

1               CERTIFICATE OF DEPONENT

2

3

4        I,_____, do hereby

5  certify that the foregoing testimony is true and

6  accurate to the best of my knowledge and belief,

7  as originally transcribed, or with the changes as

8  noted on the attached Correction Sheet.

9

10

11

12

13

14

15

16

17

18        Subscribed and sworn to before me

19  this the _____ day of _____, 2017.

20

21               _____

22                    Notary Public

23

24  My Commission Expires:

25

1                    CORRECTION SHEET

2

3         I,_____, do hereby

4    certify that the following corrections and

5    additions are true and accurate to the best of my

6    knowledge and belief.

7

     CORRECTION          PAGE       LINE     REASON
8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17

18

19
          Subscribed and sworn to before me
20   this the _____ day of _____, 2017.

21

22

                         _____
23
                                Notary Public
24   My Commission Expires:

25

## A

ability 93:10
able 45:8 85:3
  86:16
abruptly 42:15
accident 52:12
  52:19
accurate 48:16
  49:7 67:24
  94:6 95:5
accurately 61:20
  61:21
actions 27:24
add 82:4
additions 95:5
address 7:22,24
adrenaline
  28:19
Affirmative 5:13
  6:16 18:20
  35:12 57:25
affirmatively
  58:17
aforenamed
  93:7
afternoon 6:11
  15:15
age 8:7,11
agencies 17:3
aggressive 86:8
  86:12
aggressively
  27:6 37:24
  89:10
ago 31:7 38:8
agree 70:8
ahead 21:7
  48:13 53:24
  82:7
Air 20:2,3
AL 1:5
Allen 15:22 16:7
  16:11 18:18
  19:5 20:23
  54:5,13
altercation 45:7

81:13 84:14
Amanda 1:22
  7:5 93:3,22
Amended 4:3
amount 47:16
  75:10
angles 54:19
answer 6:9,18
  14:17,18 40:23
  70:23 71:1
answers 6:5
  93:12
anybody 25:15
  34:14,16 60:18
  60:21 61:12
Appearances
  1:12 2:1 3:3
appeared 25:17
applied 71:3
approached
  16:6 18:5
  43:24 44:1
  56:17 76:17
approaching
  16:15 18:17
  20:23 21:3,15
  54:12 74:1,3
approximate
  33:16,17
APPROXIM...
  92:18
April 20:7 93:16
area 83:19 84:2
  84:5
arms 26:3 28:5
  63:7 84:17,17
  87:24
Army 8:23,24
  20:1
arrested 19:12
  41:22,22
arrived 43:12
arriving 15:17
artillery 9:2
asked 13:4,14
  14:7,14 19:12

23:9 44:6
49:18,19,23
60:5,15 61:18
67:20 78:10
82:20 85:6
asking 19:11
  73:17
assist 11:8
assisting 26:6,10
  77:23 78:1
Associates 2:3
assuming 45:24
  46:2 51:25
  80:18 81:1
assumption 81:1
attached 10:12
  94:8
attempting
  25:18 26:4
  27:13
attend 8:15
attention 31:14
attorney 5:9
  7:15
audibly 6:18
Avenue 1:14 2:4

## B

B 4:1
back 5:12 14:21
  15:4 17:16
  24:15 25:8
  26:19 32:21,24
  34:11 35:17,19
  35:21,24 36:1
  36:4,5,6,7,7
  38:17,21 39:8
  39:13,25 40:2
  40:22 41:2,4
  43:2 44:3 48:5
  49:10 50:13
  59:12 63:8
  64:10,11,13,14
  64:14,16 65:11
  66:15 68:23
  73:24 76:15

79:7,18 82:3
85:19,23,24
86:18 87:3,4,6
87:8,10,13,14
91:21
backed 80:24
bad 6:12 32:6,7
  32:8 83:20
  84:7,25
Bailey 1:14 2:6
  19:22 20:12,13
  20:14,16
Bakeries 8:4
barely 71:7
Barry 1:14 2:6
basically 19:4
  27:25 28:3
  38:5 43:17
  54:15
batons 34:12
bedroom 13:23
began 43:25
beginning 51:22
belief 94:6 95:6
believe 15:15
  17:4 24:17
  38:17 40:2,14
  41:20 59:25
  60:15 71:8
  73:3 83:13
  84:4,11
belt 30:3,4,8,15
  32:23,25 33:1
  78:3,4
best 33:18,19
  93:9 94:6 95:5
better 11:7
  18:22 29:24
  35:15 62:19
  90:20
Bimbo 8:4
bit 65:15
blood 84:16 85:4
bloody 84:19
blow 62:25
blue 17:12,24

BOARD 1:5
body 66:11
  77:18 86:5,10
  86:12 87:14,18
book 6:23
booklet 91:19
born 8:9
bottom 10:20
box 2:7 74:15,17
  74:20
brake 69:25
  70:1,4,4,6,10
  70:17,17,19,20
  71:4,7 76:9
branch 8:22
Bravo 9:2
break 7:13
brief 71:21
bring 65:6
brother 45:16
  45:19,24,25
  46:5,9,11,23
  90:14,16,18,19
brothers 45:12
brought 24:1
  35:21 87:20
business 61:4

## C

call 13:8 50:4
  62:25 63:1
called 19:16
  59:23,24
calling 19:11
calls 6:20
car 22:15 36:23
  36:24 40:17
  41:11,18,19,21
  41:23 42:5,8
  42:10,12,14,15
  42:17,18,20,21
  42:24 43:3,5
  43:10,13,14,15
  44:2 58:25
  67:11 76:18
  90:24

carry 43:3
case 10:22 31:19
  93:7,15
caused 32:9
  71:14
certainly 14:21
  70:25
Certificate 3:8,9
  93:1 94:1
certify 93:5,11
  93:14 94:5
  95:4
cetera 46:16
chance 7:17
change 70:3,4
  76:16,19
changes 91:23
  94:7
changing 70:6
Charlotte 20:14
Chase 10:6
check 51:25
  72:16
checked 31:17
  31:25 50:17
  53:17
checkpoint
  15:17,21 16:10
  16:17,21 18:6
  49:17 51:8,11
  51:13,18 52:1
  52:8,9,11 53:2
  55:3,9 56:17
  57:20 59:19
  62:9,11 68:8
  74:5
chest 66:14,19
  87:18,19,21
children 9:20,22
  9:24 10:2,7
chin 66:20
Chip 20:16
civilian 59:8
clarity 77:6
classes 8:18,19
clear 11:23 31:3

40:4 49:5 79:8
  79:24
cleared 62:9
clearly 80:6
close 54:20
  56:24 80:13
  81:2
closer 77:4
  80:25
clothes 74:10,12
  74:12,13,22
  75:7
clothing 83:11
  83:15,16,19
clue 53:19 71:12
college 8:15
Collinsville 7:25
color 83:15
come 9:7 13:7
  31:23 36:20
  38:17,25 52:10
  67:22 75:19
  77:3 86:23
  87:14,23
comes 54:22
coming 15:17
  26:22 27:12
  28:13 30:2
  53:2 77:7,15
  81:12 85:4
  87:20
comment 32:12
Commission
  93:23 94:24
  95:24
Complaint 4:3
complete 20:13
completely
  52:13 67:24
  71:7
computer 13:25
  14:1
concern 28:24
concerned 31:7
CONCLUDED
  92:18

Conclusion 3:7
concrete 27:22
  38:16
condition 83:11
conditions 16:3
  72:21
confused 52:22
consecutive
  81:23,24,25
CONSTITUT...
  1:14
contact 34:2
  45:2 86:4,23
contacts 63:18
contain 93:5
CONTENTS
  3:2
continuing 7:7
  10:13 12:4
  42:3 62:21
  69:17 70:15,22
  72:1 73:23
  75:2,14 76:2
  76:14 77:20
  79:6 84:1 86:3
  86:21 91:17
continuous
  88:18
conversation
  5:25 23:14
  46:21,22 49:13
  59:19 60:4
convicted 72:7
cooled 42:1
coordinate 92:3
copy 11:19
  92:15
correct 14:22
  15:19 16:9,18
  16:19,22 19:1
  19:9 20:21
  21:1 22:17
  26:11,12 29:22
  30:1 31:10
  33:16,25 35:1
  38:11 40:7,22

43:1 48:10,20
  50:19 51:4,10
  58:9,16,19,22
  58:23 59:24
  60:6 63:9,12
  63:17 64:1,11
  66:6,9 68:15
  72:14 73:7
  74:2 75:23,25
  76:6 78:13
  81:20 88:19
  89:4,12 91:10
  91:12 93:6
Correction 3:10
  94:8 95:1,7
corrections 95:4
correctly 40:12
  54:9 88:11
  91:7 92:6
counsel 73:13
  88:3 91:16
count 19:13 56:2
County 1:5 5:10
  17:5
couple 88:5
course 7:15 9:6
  47:5
court 1:1 5:20
  7:3,8 10:21
  92:3,14 93:3
crash 23:13,23
  23:24 24:16
  68:14
Crossing 7:23
crowd 36:11
CSR 1:23
curve 54:22
cut 26:2
cycle 29:13
cycled 29:10

        D
dad 19:11 60:9
  61:1
Dalton 1:9 5:2
  7:21 73:15

dark 16:1
darker 72:23,23
date 1:13 12:9
  12:12,21,22
  20:5
day 12:17 14:9
  14:25,25 15:5
  15:23 16:4,25
  17:3,7 21:21
  38:23 39:6,15
  44:15,17 59:15
  62:1,23 66:24
  72:5,19,21
  74:12,13 93:16
  94:19 95:20
daylight 15:25
  16:2
days 12:24
  59:21 60:15
December 93:24
decided 74:5,6
decision 92:7
DEFENDANT
  1:5
Denson 2:3,3 3:5
  7:16 11:16
  12:1 62:18
  69:16 70:12,21
  73:9,12,13,23
  75:2,14 76:2
  76:14 77:20
  79:6 83:22
  84:1 86:1,3,20
  86:21 88:2
  91:15 92:7,14
  92:16
Department
  17:5
deployed 19:25
Deponent 3:9
  94:1
deposition 1:9
  3:7 6:9 9:8,13
  10:15 72:3
  92:17
deputies 24:19

24:20 25:4
30:20 37:16
65:19
**deputy** 67:14
68:1,1,6
**describe** 21:19
35:14 49:13
**described** 63:24
81:22
**description** 86:4
86:6
**detail** 83:3 84:23
**details** 17:15
**detain** 27:14
**detained** 36:16
36:21 53:13
**detaining** 26:18
37:25
**determined** 51:7
**difference** 79:13
79:14,16
**different** 38:18
85:20
**differently** 36:3
**difficult** 6:23
**dim** 70:4
**directly** 13:5
62:7 69:24
**discuss** 14:12
**discussed** 14:4
**distinction**
85:22
**DISTRICT** 1:1
1:1
**DIVISION** 1:2
**document** 10:11
10:14,22,25
11:5,8,14
12:10,25 13:3
72:4
**doing** 15:5 27:20
32:5 34:5
36:12 37:21,23
38:2,5,7 53:4
67:14 92:13
**door** 23:6,6 30:5

30:12
**draw** 61:18
**drive** 52:7,12
**driven** 86:18
**driver** 25:1,3
67:15
**driver's** 34:25
67:12,19 75:8
**drivers** 52:23
**driving** 20:22
**drove** 36:6 54:9
86:11
**drug** 23:4
**duly** 5:3

**E**

**E** 4:1 5:6 73:11
88:6
**E4** 8:25
**earlier** 29:1
40:15 47:9
66:4 67:1
73:17 76:3
85:6 90:21
**early** 20:7
**easily** 27:15,20
42:11
**edge** 51:3
**effort** 25:21
**Eighteen** 8:12
**either** 63:19
92:7
**elbow** 35:21
38:10,13,15
39:4 63:3,8,20
87:5
**elbows** 34:11
35:11,20 63:6
**emergency**
21:12
**encountered**
56:20,21
**ended** 18:24
**enforcement**
12:14 16:25
17:2,10 18:3,4

20:25 22:7
43:24 47:11
54:1,4 55:2
59:12 61:15,19
61:25 62:10
**engine** 83:7
**Enjoy** 9:3
**entered** 34:23
80:17
**entire** 31:13
66:10
**entirely** 91:25
92:6
**escape** 31:19
**escorted** 42:21
43:8 48:4,6,8
**Esquire** 2:3,6
**essentially** 6:10
**estimate** 73:20
75:10 86:17
**estimated** 33:17
77:1
**estimation** 33:20
**et** 1:5 46:16
**event's** 31:12
**events** 82:23,24
**Everybody**
26:17
**exact** 78:14
**exactly** 40:5,19
41:4 51:14
55:25 65:22
77:8 79:19
83:14
**Examination**
3:4,5,6 5:7
73:12 88:7
**examined** 5:4
**exhaust** 37:6
**Exhibit** 4:3,3
10:11,15 72:3
**exited** 83:12
**exiting** 77:19
**Expires** 93:23
94:24 95:24
**explain** 11:10

70:25
**explanation**
61:1
**explanations**
70:24
**expression** 29:25
**extent** 66:7
**extracted** 88:16
**eyes** 31:16,22

**F**

**F150** 35:8
**face** 28:14,15,16
45:6 65:22,23
65:24
**fact** 45:19 75:3
**factor** 28:19
**fair** 15:18 30:18
33:23 41:8,9
52:4 70:18
73:5
**fairly** 27:5,5
43:7
**falling** 38:7
**family** 15:11
46:1
**far** 16:13,20
19:6 21:24
23:9 28:3
34:12 35:19
38:4 45:20
47:12 48:14
51:21 52:15
53:7,13 56:6
57:8 60:20
62:6 63:2,6
64:17 66:20
72:15,16 76:22
77:1 78:3,8,8
80:23 84:7,9
84:11,19,23
87:2,7 89:20
**fast** 7:2,10
**father's** 11:12
**feel** 7:1 14:19
**feet** 16:22,22,23

42:25 66:17,19
76:25,25 77:15
77:22,23 81:5
91:9
**felony** 72:8
**field** 9:2
**filed** 5:10
**find** 32:18 57:21
68:10
**finish** 6:4 7:18
**finished** 6:6
45:23
**fire** 29:2
**fired** 27:2,3 29:5
29:7,8
**first** 5:3,17 7:1
11:21 21:8,13
22:13 24:9,10
24:10 25:14
33:4 42:5 44:4
47:2 49:15
50:24 55:8
56:18,20,21
58:16 63:7
67:18 77:13,14
77:15,16,19
**fist** 34:15 63:1,4
63:5,20
**fists** 28:2 34:12
**five** 24:18 25:4
25:11 26:13
33:21 34:4
36:18 37:16
38:19
**flagging** 52:21
**floor** 74:24
**floorboard**
74:11,12 75:6
75:7
**flow** 80:3
**focus** 31:14
**foggy** 17:16 49:4
79:23
**follow-ups** 88:5
**following** 18:21
19:2 95:4

follows 5:4
foot 19:8 57:4
    64:18 70:9,16
    70:19 71:6
force 35:24
    42:13 47:17
    62:25 65:5
forceful 86:8
forcefully 38:20
    64:1
Ford 35:8
foregoing 93:5
    94:5
form 37:11
    62:18 67:8
    69:16 70:12,21
    73:22 74:25
    75:12,24 76:12
    77:11 79:3
    82:14 83:21
    85:25 86:19
format 91:19
Forty 19:8 76:25
forward 70:9,13
    70:18,19 86:11
foundation
    86:16
four 24:18 25:4
    25:11 26:13
    34:4 36:18
    37:16 38:19
    87:1
frankly 92:6
free 14:19
friends 9:24
    10:8
front 21:18 23:8
    23:10 28:14,25
    31:12,17 48:5
    48:19 51:5,6
    56:11 57:9
    68:3,4 72:24
    76:5 83:8 87:5
full 7:20 20:9
    93:6
further 46:20

84:8 88:2

─────
G
─────
garment 74:23
gathered 36:15
    36:17 47:6
gesture 57:14
getting 22:21
    46:10,15 48:1
    78:1 89:23,24
girlfriend 19:20
    19:23 28:20
    31:7 32:1
give 13:9 39:18
    40:20 44:4
    48:16 49:6,7
    60:25 70:24
    80:4 84:10
    86:5
given 72:21
    86:16 93:13
glass 24:25
glasses 72:10
Glen 5:11 9:15
    12:13 13:4
    14:4
Glen's 51:5
GLENN 1:3
glove 74:15,17
    74:20
go 14:21 17:18
    21:7 25:7
    34:22 35:20
    38:21 40:22
    44:4 48:13
    49:10 53:8,24
    57:21 62:9
    73:24 74:6
    75:5 76:15
    79:7 82:3,7
    91:21
going 5:21 6:11
    7:12 10:14,19
    27:15 28:18,25
    31:12 37:8
    38:6 44:6

51:15,17,21
52:3 53:11
68:16 70:2
80:10 82:3
91:18
good 34:8 72:17
gotten 52:22
grab 68:9,22
    75:17
graduate 8:13
graduated 8:18
ground 27:15
    28:13 35:14
    36:13 37:17
    38:4,6,7 40:13
    40:18 41:1,8
    41:14 46:16
    63:25 64:19,21
    65:8,10 66:11
    66:14,19,22
    89:18 90:23
    91:8
Guard 8:23,24
    20:2,3
guess 51:24
    60:23 61:22,23
    77:1 81:16
gun 32:15
gunshot 28:22

─────
H
─────
H 4:1
halfway 30:11
    30:11
hand 34:22,23
    38:20 39:8
    63:21,23 80:17
    80:22
handcuffed
    39:20 40:6,9
    40:23 41:7,11
    80:1
handcuffs 22:12
    39:23,24 40:1
    40:3
handed 50:7

handled 37:3
hands 26:15
    28:14 38:19
    39:24 40:1
    41:2,3 48:5
    63:20 92:4
hanging 15:10
happened 5:12
    15:4 19:12,13
    44:7 48:23
    49:16,20 59:14
    60:5 68:24
    80:23
happening
    31:17 79:2
happy 6:14 7:10
hard 38:15
harm 32:9
he'll 7:16
head 6:21 34:6,8
    35:21 38:10,17
    38:20 39:4,8,8
    40:21 58:17
    63:8,9,16
    66:13,14,21
    73:18,20 77:13
    77:13,14,17
    84:16 85:4
    87:6,13,16,16
    87:20,23 91:8
headlights 17:11
hear 23:12,14,19
    27:3 37:7,8
    45:24 68:16,17
    68:18,22 69:4
    78:9,9,15,19
    81:12,15,21
    82:8,16 83:7
    88:15,22 89:18
    89:21,22,23
    90:3
heard 23:2,2,13
    23:16,23,24
    24:11,16,25
    25:9 26:20,24
    27:8 28:22

29:2 32:13,14
33:5,12 37:18
43:21 46:6,8
46:11,19,20,23
55:14 58:14
60:12,13 67:7
68:12,13,14,25
71:20,21 72:5
78:7,12,22,25
79:9,11 80:7
80:11,20 81:14
83:6 88:10,12
88:14,15,17,21
88:23 89:3,25
90:13
hearing 9:3 27:2
    44:16 82:2
    89:2 90:6,12
    90:25
held 40:1 66:20
helping 32:17
    78:5
high 8:13
highway 17:6
    19:3
hit 28:16 34:8
    38:15 64:18
hitting 34:10
    35:20
hold 64:20,23
holding 64:25
    65:2,4,4
holler 68:12,13
    69:1,4 83:6
hollered 67:15
home 13:7,25
    14:1
honest 52:13
    84:10
honestly 19:17
horizontal 77:18
House 1:9 5:2,8
    7:21,22 11:18
    73:15 77:21
    82:20

**I**

idea 46:24
identify 47:1
illuminated
70:20 76:10
immediately
24:9 25:10
43:14 78:22,25
84:14
impact 86:8,8
improperly
91:24
incident 5:11
12:22 14:2,9
14:12 15:4
19:15 60:4
61:6 72:19
incorrect 14:18
indicated 93:8
indicates 12:17
indication 13:9
60:25 65:20
individual 89:13
information
13:10 17:19
50:3,4
initially 55:10
76:22
injured 32:9
injuries 84:15
84:24 85:1
insurance 67:13
67:19
interacted 48:22
interacting
30:20
interaction
12:13
interest 93:14
interrupt 6:1
11:17
intersecting
16:12
intersection
16:15 18:18
20:24 21:3,16

21:21 54:13,14
54:17,20,23
62:1,23
involved 25:21
45:2
involvement
46:14
It'd 10:6 20:12

**J**

jog 60:14
jogging 84:11
Joseph 2:3
73:13
Jud 10:6
jumping 35:23

**K**

Kasper 1:3 5:11
9:15,17,19
10:2,4,7 12:13
13:4,9,13 14:4
19:10 21:17
23:4,14 25:6
25:16,19 26:16
26:18 27:1,4,8
27:11,12,14,14
29:11 30:1,19
31:13,22 32:23
32:25 34:2,10
34:15 35:20
36:10,11,15,15
36:20 37:9,14
37:19 38:13,15
38:16 39:16
40:3 41:20
44:2 45:3,11
46:14 47:1,3,7
47:9,12 51:11
53:6,10,21
55:19 56:17
57:14,18,19
59:15,20,23,25
60:1,14,22
62:17,24 63:19
63:25 64:3,18

65:14 66:8
68:3 71:17,18
72:20 76:4,21
77:3,7,9 78:13
80:1 81:8,10
81:13 82:16
84:15 85:8,12
86:24 87:2,5
88:17 89:14,17
89:21 90:1,4
Kasper's 7:15
18:25 24:4
34:6 38:15,20
39:4,8,13 45:3
48:18,23 51:12
56:11,25 63:19
65:8,14 68:7
71:10 74:1
76:17,23 77:4
77:22 80:13
83:11 84:16
85:23,24 86:5
86:10,12,18
87:6,6,8,10,13
87:17 91:7
keeping 27:25
28:7,15,16,24
31:8 66:14
kick 30:21 31:5
64:3,4,17 81:8
81:10
kicked 31:3
kicking 85:7
kind 5:18 6:23
17:16 21:11
42:14 52:20
53:15 54:18
knee 63:3 64:15
84:18 85:13,15
85:19,22,23
86:5,7,10,11
86:18,23 87:7
kneeling 35:16
35:19,23
knees 34:11
35:11,17,19,23

36:1,4,6,7
39:13 63:24
64:6,8,9,20
65:11 84:18
85:16 89:11,14
knew 23:1 47:3
47:4 51:8 52:3
52:9 68:7
74:10
know 5:20 6:14
6:24 7:14,17
9:15,22 10:4
14:19 17:20
20:3 22:9,20
23:2,25 26:2
27:14 28:2,18
28:21,22 29:4
29:8,9,12,16
29:17 30:24
31:3 32:15,17
32:19 34:13,23
36:6,6 37:24
38:22,25 39:3
39:7,12 40:2,8
41:10 42:18
43:8 44:6 45:4
45:9,11,13,14
45:15,18,19,24
46:5,7,11,13
46:15,17,18,22
46:23 47:2,8
47:12,13,19
49:4,14 50:9
51:14 52:16,24
53:1,5,7,17
55:12,25 56:1
56:2,18,19
57:9,10,13
58:1,7,11,20
59:14 60:20,22
62:2,3,3,4,5,7
63:6,21,22
64:14 65:9,13
65:24 66:1,3
67:7 68:3,17
69:6,7,14,20

71:10,13 72:15
72:16,22,24
74:8 77:14
78:10 80:23
82:1,14 87:1,5
87:9 88:8 89:8
89:21 90:14,15
90:16,16,18,19
90:23 91:22
92:4
knowledge 89:1
94:6 95:6
known 9:17
knows 60:1

**L**

lack 29:24
laid 26:15
Lake 15:7
lasts 9:3
Lauderdale 1:5
5:10 8:14,18
17:5
Laura 20:16
law 12:13 16:24
17:2,9 18:2,4
20:25 22:7
43:23 47:10
54:1,4 55:2
59:12 61:15,19
61:24 62:10
lawsuit 5:10
laying 41:3
66:11
lean 32:21 68:23
leaned 22:21
68:9,21
leaning 21:23
22:4,15 54:7
68:11,15,21,22
69:1,5
learn 51:10
leave 15:13
31:20 32:2,4
leaving 47:21
48:15,23

Lee 2:6 5:8 7:21
  11:16
left 22:1 49:16
  50:10 56:7,8
  57:7 59:1,15
  59:18 61:9,10
  61:14 62:11
  79:18
leg 87:3
legal 20:9
legs 27:25 28:7,8
  28:11 64:5,6,7
let's 14:24 22:25
  24:8 25:7
  26:19 49:10
  63:4,7 71:9
license 22:23
  31:25 44:4
  49:19,23 50:2
  50:8,14,17
  51:25 53:18
  57:21 67:13,19
  68:9,22 73:19
  73:21 74:2,6,8
  74:14 75:6,11
  75:18,20 80:19
lifted 40:12,18
  40:20
light 73:4
lighting 72:20
lights 17:10,11
  17:12,23,24
  69:25 70:1,4,4
  70:7,17,20
  73:1,5 76:9,9
  76:11,17,20
  79:15
line 12:16 95:7
lines 90:1
little 65:15
LLP 1:14 2:6
lobby 11:18 12:5
located 33:23
  61:16,20
long 7:13 8:5 9:4
  9:17 13:19

33:5,11 39:16
50:1,3,7 59:18
81:23,25 82:23
88:18 89:5
look 10:16 14:16
  31:19 34:8
  50:3 80:21
  83:2
looked 21:12
  23:3,18,22
  24:10 25:9,14
  42:14 44:15
  45:10 58:18
  80:12
looking 21:24
  26:20 57:24
  58:4,7 67:12
  67:18 74:1
  80:19
looks 52:20
  92:12
lot 5:25 6:25
loud 82:13
low 32:5
lower 64:14

**M**

M 5:6 73:11
  88:6 93:22
MAGEE 1:22
making 34:2
manner 42:6
MARCH 1:13
marked 10:11
  10:15
Mary 20:12,13
  20:14
matter 92:7
mean 13:24
  17:11,12 24:19
  25:5 29:15,15
  29:16 32:2
  33:17 38:6
  39:23 42:16,22
  43:2 45:8,22
  50:11,13 51:21

54:1,2 64:7
65:1,18 67:3
68:17,20 69:3
69:25 71:8
77:13,14,15,18
79:4 81:25
84:25
means 6:24
  34:11
meeting 11:22
member 46:1
Memorial 12:17
  14:9,25
memory 37:6
  49:4 60:14
  83:2 84:11
memory's 40:4
mentioned
  24:23 30:8
  31:6 35:10
  38:8 40:15
  47:9 67:1
Meridian 2:4,7
  5:9 7:24 8:4
MERIDIAN,...
  1:15
middle 51:2
military 8:19,20
  8:22 9:4
mind 60:17
minded 60:16
minutes 83:4
Mississippi 1:1
  2:4 93:4
mistaken 60:9
  61:2
model 35:9
Molly 19:22
  20:19 31:15
  74:19
mom 61:5
moment 10:16
  11:17 65:23
  69:9 73:18
  80:24
moments 12:2

38:8
monetary 93:14
month 20:6
MOS 9:1
Mosley 7:23
motion 70:3
move 28:5,11
  36:22 70:13,18
moved 47:10,14
  47:18,19,23
  48:1,2,24 49:3
  49:6 58:1,8,11
  58:20 69:15,20
  79:21,25 80:2
  80:25
movement 70:6
moving 28:8
  37:10 47:22
  79:5,15,20

**N**

N 5:6,6 73:11,11
  88:6,6
name 5:8 7:19
  7:20 19:21
  20:9,13 45:5,9
names 38:25
  44:14
National 8:23,24
  20:2,3
near 24:15
nearby 59:4
neck 28:15
  35:22 87:6
need 6:18 7:6,13
  17:18 20:9
  32:20 52:5
  92:2,13
needed 31:19
  51:8
nervous 28:18
never 78:7
nod 6:21
nods 58:17
normal 5:25
NORTHERN

1:2
Notary 93:3
  94:22 95:23
noted 1:12 94:8
notice 20:24
  24:3 70:2,3
  76:8
noticed 16:16,20
  17:4 22:12,14
  33:4 57:19
  67:14 68:6
  74:3,4
number 11:9,11

**O**

O 2:7 5:6 73:11
  88:6
oath 5:4 93:12
  93:13
Object 73:22
  74:25 75:12,24
  76:12 77:11
  79:3 83:21
  85:25 86:19
Objection 62:18
  69:16 70:12,21
obscured 66:8
observe 76:9
  77:21,22 83:10
  83:10
observed 77:7
occurred 12:22
  14:9 19:16
occurring 21:2
  55:19,20
officer 22:7
  24:15 25:5
  26:2,4,5,22
  29:9 31:23,24
  35:2,25 36:4
  37:8 38:9,9,12
  38:18 39:3,7
  41:25 42:23
  43:24 44:11,16
  44:18,20,21,23
  44:24 45:1,5

45:14,17,21,23
46:12 48:4,7
48:21,22 49:11
49:14 50:9,21
50:24,25 51:22
51:23 52:4,20
56:20,22,25
57:5 58:15
59:4 62:15
64:3 67:20,21
68:25 69:19
71:10,13,20
73:25 75:19
76:17 78:12,16
78:20,23,25
79:10,11 80:13
80:17 83:6
85:7 86:13
87:4,9 88:12
89:9,13,22
**officer's** 85:13
85:15 86:5,7,9
86:23 89:14
**officers** 12:14
18:5,11 20:25
21:11 24:3,8
24:11,14 25:2
25:10,21 26:9
26:17,21 27:13
30:21,22 32:8
34:1,5 35:15
35:16,18,22
36:10,11,14,17
36:17,18,19
37:3,16,18
38:3,22 39:1,6
39:12,14 42:2
45:7 46:25
51:12,17,24
55:7,12,17
57:12,13 62:24
64:23 66:4,12
66:16 69:18
78:2,6,16
80:21 81:9
82:3 85:20

86:14,15 87:1
89:10
**officers'** 35:10
38:24 44:14
45:9 63:20
69:14 85:16
**Oh** 12:19 67:3
70:25
**Okatibbee** 15:7
**okay** 5:15,16 6:6
6:7 7:10 8:7,17
9:10,19 10:4
10:19 11:2,4
11:10,13,25
12:3,9,24 13:2
13:7,16,24
14:2,16,20
15:2 16:24
17:21 18:17
19:21 20:6
21:5,15 22:4
23:25 24:8
25:13,20,25
26:8,25 27:10
27:23 28:7
32:10,22 33:11
33:15 34:14
35:25 36:25
39:3 48:2,8
49:8,23 50:4,7
50:11,17,23
51:7 52:2,14
53:24 54:8
55:16 57:5,17
57:23 58:3,5
58:10,14 59:7
60:3,18 61:11
61:14 63:5,18
64:19,23 66:3
66:18 67:23
68:25 69:13,22
70:8 71:2 72:2
73:16 74:16,21
75:10,15 76:3
77:8 78:15
79:24 80:7

81:3 82:2,7,17
83:5 84:22
85:17,21 87:12
87:22 88:10
90:5 91:6,20
92:1,9
**okays** 6:1
**once** 23:21
29:14,18 34:23
43:12 48:21
64:19 80:18
**one-way** 54:24
**open** 23:6 30:5
30:13
**opportunity**
12:6
**opposed** 6:21
**opposite** 57:10
68:2
**order** 92:15
**originally** 94:7
**outcome** 93:15
**outside** 43:14
**overlay** 10:22

**P**

**P** 2:7
**p.m** 1:15 92:19
**page** 10:20 95:7
**pages** 93:5
**pants** 75:17,22
76:1 83:17
**parents** 20:15
**parents'** 13:23
**park** 70:14
**parked** 21:11
52:18 55:25
56:1 59:8
**part** 22:9 40:4
55:3 64:13,14
87:14,15,18
**partake** 26:18
**particular** 25:22
29:9 37:13
44:24 47:17,25
71:4

**passenger** 28:24
68:5 91:5
**passenger's**
28:21 35:3
75:7,9
**patrol** 17:6
**pavement** 27:5
28:16 33:6,8
33:22,23 34:3
34:7,9 37:2,3,5
38:21 39:9,17
39:21 63:16
65:25
**people** 6:25
21:23 22:1,11
22:15 49:3
54:7 58:25
65:16
**perception**
77:10 84:13
86:22
**period** 43:15,19
64:24 71:21
**perpendicular**
54:14
**person** 23:15
41:24 46:13
47:13,17 48:3
48:9 65:15
81:19
**person's** 46:14
**perspective** 66:2
69:14 71:16,18
78:5,18
**pertain** 10:21
**pertaining** 5:11
**Philadelphia**
20:17
**phone** 9:7 11:9
11:11 13:8
**phrase** 36:3
**physical** 34:2
45:2,7 83:11
84:24
**physically** 37:25
38:6

**pick** 75:16
**pickup** 35:6
48:18
**picture** 40:21
61:18
**piece** 83:15
**pilot** 47:5
**Pine** 16:12 18:18
53:22 54:3,5
54:13 55:1,4,8
55:13,17,20,23
56:3,5,6,11
61:8
**pinned** 34:7
**place** 1:14 48:24
48:25 82:24
93:8
**placed** 34:3
36:23 37:2
41:2,23 63:25
64:16 65:10
66:21 85:19
87:8 93:11
**placement** 79:16
**placing** 35:23
**plaintiff** 1:3
73:14 88:3
**plaintiff's** 91:16
**please** 6:14 7:6
7:14
**PLLC** 2:3
**pockets** 22:24
**point** 6:11 14:13
14:16 16:16
17:18 18:24
19:14 25:16,22
27:7 30:9,19
31:14 32:10
36:9,9,14,16
37:13,15 40:8
40:25 41:1,10
44:8 46:25
47:10 49:10
52:2 55:16
56:14 57:18,23
62:16,22 64:2

69:11,18 71:19
72:23 76:8
77:2 78:10
81:7 83:5
86:25
**police** 15:17,21
16:10 17:24
18:11 21:11
36:23,24 40:16
41:11,18,19,21
41:23 42:5,7
42:10,12,14,15
42:17,18,20,21
42:23 43:3,5
43:10,13,14,15
44:2 48:4,7
90:24
**pop** 32:16
**possible** 58:2,11
65:17
**possibly** 20:7
52:6 59:22
**power** 48:9,15
**prepare** 9:12
11:4 13:2,20
**prepared** 12:10
12:25 13:17,22
60:19 72:3
**preparing** 11:8
67:21
**present** 17:3
**pressure** 71:3
**pretty** 34:8
**previously** 81:22
**probably** 10:20
12:1,2
**problems** 50:20
72:11
**proceeding** 5:18
**proceedings**
93:7,8
**process** 43:23
91:1
**promise** 6:10
**proof** 44:4 67:13
67:19

**properly** 91:23
**Public** 93:4
94:22 95:23
**pulled** 29:10
39:23 50:23,24
53:14,20 55:9
68:1 90:7
**pulling** 25:18
30:3
**punch** 30:21
31:4,5 34:14
34:17,20 62:16
62:17,24,25
63:1 81:8,11
**pushed** 39:8
42:17
**pushing** 63:16
**put** 13:10 28:20
33:22 36:1,4,5
37:16 39:7,12
41:11,18,19,20
42:7,10,14,18
43:9,10,13
64:16 65:24
70:13 82:24
83:23
**putting** 27:4
42:11,13 46:16

**Q**

**question** 6:4,6,9
6:12,12 7:9
11:7 14:17
17:13 18:22
23:11 34:18
35:15 42:19
62:20 65:7
75:1,4 76:16
80:10 82:11,21
85:8 86:2
90:20
**questions** 5:14
7:17 73:9,10
73:16 83:24
88:2 91:14
**quiet** 91:3

**quite** 66:4

**R**

**radio** 50:5
**raised** 36:5
**ran** 26:14
**rank** 8:24
**reach** 75:16
**reached** 75:21
75:25
**read** 67:18 91:22
**reading** 6:23
**realize** 14:17
33:15
**realized** 57:20
**really** 44:15
65:16 78:1
**rearward** 40:12
**reason** 22:10
49:2 79:21,25
95:7
**recall** 12:9,12,21
13:1,20,22
15:23,25 16:4
16:5,13,24
17:2,6,9,23
18:2,4,8,22
21:22 22:9
23:5 24:13,13
25:2,10,20
27:9 28:5,6
30:5,12 33:2,3
34:1,16,19
35:2,4 36:8
38:12,14,24
39:14,17,18,20
41:6 42:5,7
43:11,13,17
44:14,16 53:15
53:21 54:2,25
55:6,7,11,15
55:18 56:6,8
56:15 57:8
58:15 59:4,7
59:10,11 60:3
61:14 62:22

63:5,18 64:6
72:22 74:16
77:25 78:16
79:20 82:2,23
83:16,19 84:2
85:8,12 88:1
89:2,13,16,20
90:12,24
**recognize** 10:17
**record** 7:20
11:18,22 19:24
28:17 71:24
**record's** 31:2
**recorded** 93:9
**red** 84:19
**Reed** 10:4,9,10
14:12 19:10,11
19:16 59:25
60:4,8,25
**Reed's** 61:5
**refer** 24:24
**reference** 29:19
**referenced** 14:2
**references** 15:16
**referring** 35:5
**reflective** 18:10
**regardless** 12:20
**registration**
31:25 44:5
49:19,24 50:2
50:8,18 51:25
53:18 57:22
67:13,20 68:10
74:7,14,17,19
**regular** 21:25
**regulars** 44:8,19
45:15 49:22
**remember** 17:22
18:10,13,15,16
19:11,18 21:11
21:24 22:19
25:8,25 26:1,8
26:9,15,23
27:1,3,12 28:8
28:10,12,13
30:1,15 33:18

33:19 35:20,22
37:1,4,14 39:5
39:11,22 40:19
40:24,25 41:4
41:13,15,16,17
42:9 43:1,7,16
44:11 45:5,9
50:5,6 55:24
56:10 61:12,24
62:10,13,14,15
63:11,13 64:4
64:5 66:23
67:25 70:5
73:1 79:23
80:6 83:14
84:21 85:7
90:5 91:4
**remembered**
49:6 58:24
63:15
**remove** 25:19,21
26:4
**removed** 89:17
90:23
**rephrase** 6:15
7:11
**REPORTED**
1:22
**reporter** 3:8
5:21 7:3,8 92:3
92:14 93:1,3
**represent** 5:9
**representation**
15:18
**Reservoir** 15:6
15:13
**resist** 6:3 37:11
37:25 42:13
**resistance** 43:10
**resisting** 37:10
67:9 82:14
90:2
**respond** 6:3
37:19
**response** 5:13
6:16 18:20

35:12 57:25
**rest** 68:24
**resting** 86:10
**retrieving** 69:2
**return** 20:4
**rev** 83:7
**review** 12:6
  17:18 60:18
  91:22 92:5
**reviewed** 11:14
**ribs** 84:4
**right** 5:23 6:4,13
  6:17,24 7:2,12
  7:14,16,19 9:8
  10:23 12:1,3
  12:20 13:19
  14:8,22,23,24
  15:3,9,12,20
  16:8,13 18:2
  18:25 19:6,25
  20:8,19,22,24
  21:19,23 22:2
  22:3,14,14,18
  24:23 25:7,8
  26:19,23 30:17
  31:4,6,8,9,11
  32:16 33:20
  35:10 37:1
  39:16 40:5,10
  40:15 41:6
  42:5,22 43:12
  43:22 46:10
  47:13 48:11,19
  48:21 49:10,12
  50:1 51:2,5,6
  52:24 53:9
  54:7,10,12,20
  54:21,22,23,24
  54:25 55:21,22
  55:22 56:2,7,9
  58:6,7,8,12,13
  58:13,18,24
  59:1,2,3 61:9
  61:24 64:2,12
  66:10 67:17
  69:2,22,24

70:16 71:22,23
73:8,25 80:9
80:16 82:5
91:13,18,21,25
92:8
**ripped** 83:13,16
  83:18,19 84:3
  84:9,12
**road** 7:23 15:20
  15:22 16:8,11
  16:12 18:18,19
  19:5 20:23
  52:16,18 53:22
  53:25 54:3,5,6
  54:14 55:4,8
  55:13,17,21,23
  56:3,5,6,11
  57:7,11 59:9
  61:8 62:6,7,7
  67:15 68:2
  80:3
**roadblock** 21:4
  21:14,25
**roads** 52:19
**roadway** 57:6
**roll** 70:9,19
**roughly** 27:5
**route** 31:19
**running** 24:14
  24:20,21 25:12
  28:1 80:21

————————
**S**
————————
**S** 4:1
**safe** 28:24 31:8
**Saturday** 12:17
  14:25
**saw** 11:18 21:20
  24:25 26:24
  30:8 32:22,25
  43:20 63:7,10
  71:13 72:4
  76:10 79:1
**saying** 28:10
  47:24 55:22
  60:11,12 63:2

64:7 66:23
67:6,9 79:25
82:3,19 85:22
85:23 90:17
**says** 24:18 47:4
  77:12
**scene** 21:12
  59:15 62:11
  66:24
**scheduled** 20:4
**scheduling** 9:7
**school** 8:13
**scraped** 84:17
**Scratch** 33:7
**scream** 81:16
  82:9
**screaming** 81:12
  82:12
**scrounge** 22:24
**seat** 28:21 30:2,4
  30:8,15 32:5
  32:23,25 33:1
  78:3,4
**second** 12:16
  21:13 29:2,4
  67:11,17 77:15
**seconds** 33:7,10
  33:14,21 50:11
  50:16 73:19
  75:13 89:6
**see** 12:18 17:19
  22:25 25:11
  27:10 30:19,23
  31:5,18 32:21
  34:14,22 35:25
  36:9,12 37:20
  38:2 40:3
  41:21 46:4
  47:16 50:25
  53:7 55:17
  62:6 63:22
  64:3,17,18
  65:22,23 66:10
  66:13,15,15,16
  69:3,9 70:5
  76:7,11,16,19

79:13,14,16
81:8,10 84:7
84:14 85:1,1,4
85:21 87:1,13
87:17,18,19,23
87:24 91:8,9
91:12
**seeing** 17:6 18:4
  18:10 34:16,19
  55:7 59:11
  62:15,22 63:24
**seen** 13:15 21:22
  23:2,3 38:14
  43:18 47:22
  52:17 67:23
  68:20 84:16
**sending** 44:3
**sense** 6:13 71:4
**sent** 50:18 60:17
**sentence** 67:11
  67:18
**separate** 83:23
**session** 6:10
**set** 16:10 47:5
  52:15
**severe** 84:25
  85:2
**shatter** 24:11,25
**shattering** 24:5
**Sheet** 3:10 94:8
  95:1
**Sheriff's** 17:5
**shining** 70:17
**shirt** 83:13,14
  84:2
**shocking** 81:16
**shorts** 22:22
**show** 10:14
**showed** 11:20
**shut** 23:6
**side** 22:1,2 34:25
  35:3 52:18
  53:25 56:4
  57:7,9,10 59:9
  62:5 68:2,5
  69:19 75:8,8,9

**sign** 16:11 21:9
  54:24 56:3,4
  65:25
**signs** 65:18
**similar** 44:17
  52:11 85:10
**single** 29:18,21
  29:23,24 78:21
  81:24
**sir** 8:16,19 9:9
  9:14,25 11:9
  13:6,8,12,18
  15:8 31:1
  50:22 55:10
  57:3 72:12
**sitting** 28:20
  85:22
**situation** 32:7,7
  32:8
**six** 65:15
**Skiing** 15:10
**skill** 93:9
**skin** 84:8
**slammed** 27:21
**slow** 7:4,6,9
**slowed** 21:17,17
**small** 83:4
**smaller** 65:15
**smash** 32:14,14
  33:5,12 55:14
  68:23 71:22
  80:20 81:2
**smashed** 25:9,15
  25:18 26:20,25
  51:16,20 56:24
  57:2 58:21
  71:10 80:8,11
  80:14,16,24
  88:8
**smashes** 68:19
**smashing** 28:23
  81:4
**somebody** 45:16
  45:17,18 47:23
  79:20 90:13
**someone's** 63:1

soon 19:15
68:18
sort 13:10 72:4
79:8
sounded 29:13
SOUTHERN
1:1
speaking 7:9
specialist 8:25
specific 12:21
15:14 17:15
20:5 39:19
75:18
specifically 26:2
26:8,9 40:24
61:15
spent 50:9
spoke 44:22
spread 42:2
Springs 16:12
18:18 53:22
54:3,5,13 55:1
55:4,8,13,17
55:20,23 56:3
56:5,6,11 61:8
standing 28:4
55:8,13 57:5
start 6:6 26:19
63:4
started 8:6
51:22,23 67:12
90:4
State 93:4
statement 4:3
11:3,4,20 12:7
12:16 13:11,14
13:17 14:3,7
15:16 17:19
24:18,24,24
29:14,19 33:24
37:23 40:20
41:8,9 44:18
45:1 46:4,7
47:4 48:16
52:4 58:10
60:16,18 67:1

67:4,10,24
70:18 72:2
73:6 77:12
78:15 80:4
82:21,22 83:4
84:10
statements
90:25
STATES 1:1
stay 43:14 48:24
stiff 27:25 28:8
28:15
stomach 41:3
stop 16:11 21:9
23:2,9,17,20
24:1 32:11
37:7,8,19 51:8
52:3,5 54:16
54:24 56:3,4
57:16 58:15
65:19 67:16
68:16,18 69:4
69:11 71:20
76:4 78:13,14
78:20,23 79:1
79:10 81:25
83:6 89:22,25
90:8
stopped 23:8,10
23:18 37:9,20
37:22 53:10,22
54:4 55:2
56:18,22 57:15
57:19 62:8
67:11 68:20,20
68:22 69:4,6
69:10,12,13
71:5,6,7,17,19
76:4,21,22
77:3 79:4,12
79:17
stopping 53:3
street 18:5 51:1
51:3,3
strike 9:11 10:1
16:6,14 17:22

18:3,13 23:12
24:9 27:18
29:7 39:11
40:17 44:25
46:3 52:25
55:11 56:16
60:24 62:16,24
63:2,2,6 75:3
78:24 79:7
83:22 85:14,15
86:7,20
striking 85:7,24
89:10
struck 85:12
89:14
struggle 37:12
struggling 25:1
25:2,5,16
27:16 65:18,19
65:21,25 66:1
stuff 22:21 69:5
subject 37:6
40:4
Subscribed
94:18 95:19
SUPERVISO...
1:5
sure 6:5 14:15
15:14 17:14
19:17 20:11
26:6 31:2 35:8
37:6 39:25
40:5 41:7
45:20 48:4
51:17 52:9
56:21,22 58:5
70:25 79:22
87:11 91:22
surround 24:22
surrounded
24:19
surrounding
36:10,11 66:5
Swamp 15:22
16:8,11 18:18
19:5 20:23

54:6,13
swimming 22:22
74:11
swinging 28:1,2
sworn 5:3 94:18
95:19

—— T ——

T 4:1 5:6 54:17
54:20 73:11
88:6
TABLE 3:2
take 7:13 10:16
13:19 15:3
36:22 38:20
64:15 75:17,20
79:18 82:23
taken 8:17 40:16
41:18 42:4,23
89:18 90:24
talk 5:24 7:2
14:24 24:9
44:23 59:25
60:8,14 63:7
talked 9:6 14:5,8
44:21 61:5
talking 11:21
19:10 29:23
35:14 42:1
43:20,25 45:14
45:22,23 64:8
77:17 90:9,22
tase 88:21
tased 81:19
taser 27:2,3 29:2
29:5,7,8,10,13
29:18,21,23,24
81:14,15 88:12
88:14,15,15,22
89:3
tasered 29:17,20
tasers 29:15,16
tell 7:4,6,8,10
14:24 25:8,15
28:3 31:15,20
32:17 37:19

39:25 41:13
43:4,9 46:12
48:14 51:4
53:5,15 57:11
58:15 65:22
69:21 70:1
77:8 78:3
80:25 84:8,17
84:20,24 86:17
87:2,8,10
93:12
ten 9:18 33:7,14
33:21 75:13
89:6
tend 5:25 7:2
terms 46:15
50:11
testified 5:4,18
73:24,25 76:3
87:12 89:9
90:21
testimony 11:1
40:11 54:8
74:21 79:9
81:18 86:9
88:11 91:7
94:5
Thaggard 1:14
2:6,6 3:4,6 5:7
5:8 7:5,7 10:13
11:25 12:3,4
62:19,21 69:17
70:15,22 72:1
73:8,17,22
74:25 75:12,24
76:12 77:11
79:3 83:21
85:25 86:19
88:4,7 91:13
91:17 92:10
that'd 65:5
thing 23:1,16
41:17 42:9
46:18 47:22
49:20 64:5
77:16 82:15

89:21 90:3
**things** 6:2,17
**think** 6:22 7:12
21:2 32:20
38:9 43:7 49:2
82:4 84:18,18
90:21
**Thirteen** 9:2
**thought** 21:8,13
21:14 22:10,13
27:2 29:1,17
49:5 52:11
69:13 71:16
88:10
**three** 10:3 25:24
26:9 50:16
59:21 60:15
62:4 87:3
**threw** 31:3
**throw** 30:21
31:5 62:16
**time** 1:15 5:24
6:5,11 9:10
11:12,13,21
14:13,17 15:4
15:12,14,23
16:16 17:18
18:24 25:16,23
27:7,24 28:19
28:22 30:10,20
31:13,14,16,21
32:10,22 33:4
33:16,17 36:1
37:13,15 38:16
39:19 40:8
41:1,10,14,25
43:15,19 44:5
44:8 45:8,22
46:25 47:8,10
47:20,21 52:2
52:21 53:11
55:16 56:14
57:18,23 58:6
58:14 60:2
61:4 62:8,16
62:23 64:3,24

65:3 66:1,5
68:8 69:6 71:5
71:21 72:21
74:9 75:11,16
75:18,19 76:8
76:10,24 77:2
77:22 78:10,21
79:10,17,17
81:7 82:8,22
83:5,12 87:22
88:3 89:3,15
93:7
**times** 5:25 7:3
23:19 29:9,12
29:20 52:19
78:19 81:21
85:11 86:17,22
87:7
**tint** 72:24
**to-wit** 5:5
**today** 5:14 9:8
9:13 72:10
**told** 23:17 32:1,4
32:19 44:7
45:25 49:20,22
60:9,11,16
79:19
**tone** 82:13
**top** 10:21 83:1
83:16 87:16,16
87:17,19,21
**torso** 84:5 91:8
**touch** 92:9,11
**touching** 77:23
**tough** 61:23
**traffic** 44:3
52:21 80:3
**transcribed** 94:7
**transcript** 93:6
**transported**
47:24
**traveling** 15:20
16:7 19:19
54:3
**tried** 65:9
**trigger** 29:10

**trouble** 46:9
72:18
**truck** 23:8,9,17
23:18,20 24:19
24:21,21,22
25:12 26:14
30:11 31:25
35:7 47:4,6
48:18,23 49:3
57:16 68:7,17
68:18,20 69:5
69:11 74:1,4,9
77:8,9,16,24
78:14,20,23
79:1,1,2,4,5,10
79:11 83:12
90:8,8,10
**truck's** 68:21
**true** 40:20 48:16
60:11 80:4
93:6 94:5 95:5
**trunk** 21:23 22:5
54:7
**trust** 6:25 92:5
**truth** 93:12
**try** 6:2,5
**trying** 32:18
37:11,12,25
40:19,21 65:1
65:2,5,11
**turn** 61:9
**turned** 61:14
**Twenty** 33:10
**Twenty-one** 8:8
**two** 10:5 26:10
26:21 42:25
59:21 60:15
78:16 83:23
87:10
**type** 57:14 91:19
92:5
**typed** 91:23,24
**typing** 5:21

U

**uh-huh** 5:13

6:16,21 18:20
35:12 57:25
84:6
**uncertain** 49:8
**understand** 6:2
17:17 40:11
44:9 51:13,21
54:8 58:5
69:10 91:6
**understood**
51:18 52:1
88:11
**undone** 33:1
**unh-unh** 6:22
**UNITED** 1:1
**upper** 64:13
91:8
**urge** 6:3
**usually** 52:15

V

**vantage** 69:18
**vehicle** 18:25
20:20 21:22
22:12,16 23:5
23:25 24:4,12
24:14,16 25:19
25:22 27:1,13
30:2 31:18
33:6,13,22
34:19,21 35:3
35:5,6 44:4,22
44:23 45:3
46:15 47:11,14
47:18,20,24,25
48:1 49:6 51:6
51:12,18,23
53:3,9,14,15
53:18 54:6,9
55:1 56:5,8,10
56:12,25 57:1
58:1,8,11,20
59:12 67:22
68:5 69:6,15
69:19,20,23,24
70:6,9,11,13

70:17 76:19,23
76:23 77:3,19
78:2,6,8,11
79:14,15,15,17
79:20 80:13,18
80:20 83:7,8
88:25 89:18,24
89:25 90:23
**vehicle's** 70:3
**vehicles** 16:25
17:7,10,24
18:21 52:16,17
52:25 53:1,3,8
53:22 54:1,3
55:23 59:8
61:15,19,25
62:11
**verbal** 65:20
82:15
**verbally** 90:3
**version** 13:16
**VERSUS** 1:4
**vertical** 77:17
**vests** 18:11
**view** 69:12
71:19 72:23
86:25
**visibility** 66:7
69:8 72:19
**vision** 72:11,13
**voice** 23:19
82:12,12
**voices** 89:19
90:6,12,25

W

**waited** 75:19
**waiting** 12:5
53:10
**waive** 91:24
**walk** 26:23
42:19,24 48:3
49:15
**walked** 12:2
49:18
**walking** 43:3,4,7

48:3,9 51:12 68:6
**wallet** 22:23,23 74:13,14,23 75:17,18 76:1
**want** 5:14 11:17 15:3 24:17 26:5 27:21 31:2 35:22 37:5 40:20,22 49:2 56:2 59:21 65:3 77:6 79:20 80:2 85:21 92:2,15
**wanted** 11:23
**wasn't** 28:1,1 35:7 45:21 51:2 55:23 61:3,4 62:6 65:2,16,16,17 65:24 69:7,7,8 82:19 90:2
**watching** 31:13
**way** 17:16 19:5 21:9,10,10 28:18 34:7,9 34:10 37:2,2 47:3 50:18 62:10 65:17 71:2,9 77:18 77:19 81:17 86:12
**we'll** 7:14 14:21 36:25 62:25 63:1
**we're** 7:12
**we've** 43:19
**weapon** 29:24
**wearing** 18:8,14 72:10
**weather** 16:3
**week** 9:7
**weekend** 12:17 14:9,25
**went** 26:17

40:16 61:10 64:15 74:22 75:5 76:11 83:1
**weren't** 18:14 51:16 69:23
**West** 8:14,18
**white** 35:8
**willingly** 43:5
**window** 23:3,4,7 23:13,23 24:5 24:11,16 25:9 25:15,17 26:3 26:20,25 28:23 32:14,14 33:5 33:12 34:22,24 51:16,20 55:14 56:24 57:2 58:21 63:22 68:18,23 71:10 71:22 80:7,11 80:14,16,22 81:2,4 88:8
**windows** 51:19
**windshield** 72:25
**wings** 47:5
**withdraw** 86:2
**witness** 11:24 58:17 92:12 93:11
**wondering** 11:19
**WOOTTON** 1:22 93:3,22
**word** 27:5
**words** 10:20 78:14 82:3
**work** 8:1,3
**working** 8:5
**worrying** 28:25
**wouldn't** 45:8 52:7 65:3
**wrapped** 30:4,9 32:23 33:1
**wreck** 21:8

22:11
**write** 13:14 14:7 14:15 60:16 83:2
**writing** 82:25
**written** 11:1 13:14
**wrote** 60:17 82:21,22 83:3

---
### X

**X** 4:1 5:6 73:11 88:6

---
### Y

**yeah** 33:9 43:6 46:23 49:9 54:18 60:7 72:16 82:6
**year** 8:9 35:9
**years** 9:18
**yell** 69:4 71:20 81:16,17,18,22 81:23,24 82:9 88:18,20,23 89:2,7 90:4
**yelling** 45:18 65:19 69:10 82:12,19 88:24 89:5 90:6

---
### Z

---
### 0

---
### 1

**1** 4:3 10:11,15 72:3
**10** 4:3
**100** 16:23
**1004** 2:4
**1238** 1:23
**15** 33:7,14 75:13 93:24
**1996** 8:10

---
### 2

**2:05** 1:15
**20** 1:13 75:13 89:6
**20/20** 72:13
**2009** 2:7
**2014** 5:12 8:11 9:5 12:14,18 14:10 15:1 17:15 46:8
**2017** 1:13 93:16 94:19 95:20
**2018** 93:24
**20th** 2:4
**25** 83:3

---
### 3

**3** 3:3
**3:15-CV-613-...** 1:4
**30** 33:10 50:11 83:3,4
**39302-2009** 2:7
**39302-5022** 2:4
**39325** 7:25
**3rd** 93:16

---
### 4

**4:07** 92:18
**40** 16:22

---
### 5

**5** 3:4 57:4 81:5
**50** 16:22 76:25
**505** 1:14

---
### 6

---
### 7

**73** 3:5

---
### 8

**8** 57:4 81:5
**8365** 7:23
**88** 3:6

---
### 9

**90-degree** 54:19

**92** 3:7
**93** 3:8
**94** 3:9
**95** 3:10

To whom it may concern,

I was driving behind a white Ford truck with two kayaks in the back on Allen Swamp road on the Saturday of Memorial Day weekend in 2014. After I stopped my car behind him I started looking for my drivers license, proof of insurance and registration. While I was doing that I noticed that the deputy in the road hollared at the driver. The truck stopped and then I heard glass shatter and saw that they were struggling with the driver. About four or five deputies surrounded the truck and they pulled the driver out head first and tasered him several times. I did not see him punch or kick any of the deputies even though they were hitting him and smashing his face into the pavement. They handcuffed him and put him in a police car then moved him to another one.

When one of the officers talked to me and looked at my credentials he told me that the driver was one of their regulars.

I go to school with Reed Kasper and I knew it was his dad's truck because he has a set of wings on the front license plate and Reed drove it to school all year long. I called and told Reed what he said. Mr. Kasper later contacted me to get this statement. Please feel free to contact me via my dad's phone number listed below.

Dalton House
601-934-4464



EXHIBIT

1

Exhibit "A" to Amended Complaint

| | |
|---|---|
| **From:** | Lee Thaggard |
| **Sent:** | Monday, March 13, 2017 8:59 AM |
| **To:** | 'Joseph Anthony Denson' |
| **Subject:** | Kasper v. Lauderdale County |

Dear Joseph:

Thank you for your telephone message as a reminder regarding the Joint Motion to Amend the Case Management Order to extend the discovery deadline and motion deadline. In the last several days, I have been extremely busy in motion practice in another federal case as well as completing an appellate brief in state court. As a result, I have not yet had an opportunity to prepare the draft Joint Motion. I plan to have a draft to you this afternoon.

The deposition of Jacob Mathis did last longer than I anticipated. However, his statement is the most lengthy of all officers which were involved. Hopefully the other depositions of the officers will not take as long as the deposition of Mathis.

At this point I am considering re-noticing Mr. Kasper's deposition for either March 20, 23 or 24. That will give you more time to devote to the officers deposition on March 17.

Lee Thaggard
Barry, Thaggard, May & Bailey, LLP
P.O. Box 2009
Meridian, MS 39302-2009
(601) 693-2393 (voice)
(601) 482-7855 (facsimile)
thaggard@btmblaw.com

**CONFIDENTIALITY STATEMENT**

This electronic message transmission contains information from the law firm of Barry, Thaggard, May & Bailey, LLP, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (601) 693-2393 immediately. Thank you for your cooperation.



EXHIBIT
2