# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**                    Page  1

Received: 05/24/2014  19:49    Incident No: 2014007567                Signal: 55
Dispatched: 05/24/2014  19:49    Location: ALLEN SWAMP ROAD MERIDIAN
Enroute:                        Occurrence:  05/24/2014  18:50
Arrived: 05/24/2014  19:49
Completed: 05/24/2014  20:00
Status Date/Time: 05/25/2014 18:54  Status:  CLEARED BY ARREST        Clearance:

## ********** OFFENDER **********

ID # 2014050157          KASPER, GLENN DELL                          Home/Business
                         0  , MERIDIAN MS 0000                         (601)
       TYPE OF INDIVIDUAL  I                                           (601)
                                                                       (601)

DOB: ███1963  AGE: 50  +/-00   RACE:W        SEX:M        Height: 5- 5  Weight: 130  SSN: PRIVATE
OLN:              State: MS Class:     Commercial:    Birth City/State: MILLINGTON          TN
Appearance: RAGGD      Build: MED      Complexion: FAR      Ethnicity:N          Eyes:BRO
Hair: BLK       Hair Length: 3        Hair Style: STRAT       Resident: R      M.O.: NA
EMPLOYER: UPS

HATE/BIAS MOTIVATED: NONE (NO BIAS)                   CLOTHING:  RAGGED
OFFENDER USED: DRUGS/NARCOTICS

**OFFENSE**   1     OFFENSE (RS #)  63-33-311          ATT/COMP   C
                   DISREGARD OF TRAFFICE DEVICE

**OFFENSE**   2     OFFENSE (RS #)  97-35-7            ATT/COMP   C
                   DISORDERLY CONDUCT/FAIL TO OBE

**OFFENSE**   3     OFFENSE (RS #)  97-9-73            ATT/COMP   C
                   RESISTING ARREST

**OFFENSE**   4     OFFENSE (RS #)  63-11-30(2)A       ATT/COMP   C
                   DRIVING UNDER THE INFLUENCE-1S

**OFFENSE**   5     OFFENSE (RS #)  97-35-7            ATT/COMP   C
                   DISORDERLY CONDUCT/FAIL TO OBE

**OFFENSE**   6     OFFENSE (RS #)  97-35-7            ATT/COMP   C
                   DISORDERLY CONDUCT/FAIL TO OBE

EXHIBIT

4

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**          Page 2

### ******* ARRESTEE REPORT *******

ARRESTEE #:  1   NAME: KASPER, GLENN DELL                    FINGERPRINT CARD #:
2014050050          ADDRESS: (STREET, CITY, STATE, ZIP)  0 , MERIDIAN MS
MULTIPLE ARRESTEE SEGMENTS INDICATOR:N                    SOC. SEC. NUMBER: PRIVATE
AGE: 50  +/- 00   SEX:M          ETHNICITY: N       HEIGHT: 5- 5   WEIGHT:130   EYES:BRO      HAIR: BLK
DOB: ████1963   RACE: W          RESIDENT STATUS: RESIDENT                    ARREST DATE:   5/24/2014
TYPE OF ARREST: TAKEN INTO CUSTODY          ARRESTING OFFICER:RUSSELL, RUSTON L-6
ARREST LOCATION: ALLEN SWAMP ROAD / PINE SPRINGS ROAD          MIRANDA DATE/TIME: 05/25/2014
MIRANDA OFFICER:                                        MIRANDA LOCATION:

| | | |
|---|---|---|
| Arrestee Connected to Offense #:  1 | RS #:  63-33-311 | DISREGARD OF TRAFFICE DEVICE |
| Arrestee Connected to Offense #:  2 | RS #:  97-35-7 | DISORDERLY CONDUCT/FAIL TO OBEY LAW ENF. OFFICER |
| Arrestee Connected to Offense #:  3 | RS #:  97-9-73 | RESISTING ARREST |
| Arrestee Connected to Offense #:  4 | RS #:  63-11-30(2)A | DRIVING UNDER THE INFLUENCE-1ST OFFENSE |
| Arrestee Connected to Offense #:  5 | RS #:  97-35-7 | DISORDERLY CONDUCT/FAIL TO OBEY LAW ENF. OFFICER |

ARRESTEE WAS ARMED WITH: 01          ☐ Auto   UNARMED

### ********* VICTIM(S) *********

ID # 2002100224          STATE OF MISSISSIPPI,                              Home/Business
                         0 , MERIDIAN MS 00000000                          (601)
     TYPE OF INDIVIDUAL  S                                                  (601)
                                                                           (601)

DOB:  / /      AGE: 0   +/-00     RACE:U          SEX:U          Height: 0- 0   Weight: 0   SSN: PRIVATE
OLN:  .                           State: MS Class:     Commercial:   Birth City/State:
Appearance:               Build:               Complexion:          Ethnicity:U          Eyes:
Hair:          Hair Length:          Hair Style:          Resident: U          M.O.:
EMPLOYER:

INJURY TYPE(S): ☒ None  ☐ Broken Bones  ☐ Internal  ☐ Lacerations  ☐ Minor  ☐ Major  ☐ Teeth  ☐ Unconscious

### ********* WITNESS(ES) *********

ID # 2014010122          THOMAS, STEVE                              Home/Business
                         0 , MERIDIAN MS 00000000                          (601)
     TYPE OF INDIVIDUAL  L                                                  (601)
                                                                           (601)

DOB:  / /      AGE: 0   +/-00     RACE:U          SEX:U          Height: 0- 0   Weight: 0   SSN: PRIVATE
OLN:                    State:    Class:    Commercial:   Birth City/State:
Appearance:               Build:               Complexion:          Ethnicity:U          Eyes:
Hair:          Hair Length:          Hair Style:          Resident: U          M.O.:
EMPLOYER:

ID # 69070              STEVENS, WESLEY                              Home/Business
                         0 , MERIDIAN MS 00000000                          (601)
     TYPE OF INDIVIDUAL  L                                                  (601)
                                                                           (601)

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**          Page  3

| | | | | | | |
|---|---|---|---|---|---|---|
| DOB: / / | AGE: 0  +/-00 | RACE:U | SEX:M | Height: 0- 0 | Weight: 0 | SSN: PRIVATE |
| OLN: | State: | Class: | Commercial: | Birth City/State: | | |
| Appearance: | Build: | Complexion: | | Ethnicity:U | | Eyes: |
| Hair: | Hair Length: | Hair Style: | | Resident: R | | M.O.: |
| EMPLOYER: | | | | | | |

ID # 50640                    MATUSZEWSKI, ANDY                                    Home/Business

                    164 WOLFE SPRINGS TRAIL , MERIDIAN MS 393010000

          TYPE OF INDIVIDUAL  L

| | | | | | | |
|---|---|---|---|---|---|---|
| DOB: / / | AGE: 0  +/-00 | RACE:W | SEX:M | Height: 6- 0 | Weight:210 | SSN: PRIVATE |
| OLN: | State: | Class: | Commercial: | Birth City/State: | | |
| Appearance:NEAT | Build: MED | Complexion: MED | | Ethnicity:N | | Eyes:BRO |
| Hair: BRO | Hair Length: SHO | Hair Style: | | Resident: R | | M.O.: NA |
| EMPLOYER: | | | | | | |

## ***** ASSIGNED OFFICER *******

RUSSELL, RUSTON L-6

## ***** ASSISTING OFFICER *****

ANDERSON, DYLAN SCOTT

MATHIS, JACOB T

MOORE, JEROME H-24

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**                    Page  4

Agency:   LCSD                      Author:   RUSSELL, RUSTON L-6
Incident No:   2014007567           Title:   LT. RUSSELL'S STATEMENT        Report Type:   I
                                    Date Entered:   5/25/2014


On 05/24/2014 I, Lt. Russell, was working a road side safety checkpoint at the intersection of Allen Swamp Road and Pine Springs Road.  I was standing on Allen Swamp Road when a white Ford pickup approached the intersection east bound.  The vehicle drove past me and I yelled for the driver to stop.  The driver stated "you are trying to stop me illegaly" as he was rolling his window up.  The vehicle continuing to roll forward toward the intersection.  The driver turned completely sideways in the vehicle and was facing me through the driver window.  He yelled "what do you want" through the closed window and I replied that I wanted him to stop the vehicle and he replied "you cant get me".  The vehicle then lunged forward.  (When the vehicle lunged forward, Trooper Moore and Deputy Stevens were standing in Pine Springs Road directly in front of the vehicle speaking to two young females in a black car.)  As the vehicle lunged into the intersection I struck the driver window with my right forearm, shattering the window.  I immediately leaned into the window of the vehicle and placed the vehicle into park.  I then opened the door from the inside handle.  As this took place the driver, who was later identified as Glenn Kasper, was screaming hysterically.  Deputy Mathis and Deputy Anderson entered the doorway to remove Kasper from the vehicle.  Kasper was fighting to keep Deputy Mathis from releasing the seatbelt.  After the seatbelt was unbuckled, Kasper grabbed the center console.  He then held onto the driver seat then the steering wheel to keep from being removed from the vehicle.  I then deployed the taser striking Kasper in the abdomen.  He released everything and was removed from the vehicle.  Kasper continued yelling hysterically.  Once he was placed on the ground Kasper continued fighting with Deputies.  I cycled the taser again to assist the deputies in getting him cuffed.  During the struggle one of the taser probes had fallen out so there was no effect on Kasper after he was removed from the vehicle.  Deputies had to physically pick Kasper up and placed him into Deputy Mathis' vehicle.

Deputy Mathis attempted to remove Kasper from his vehicle and place him in Deputy Anderson's vehicle for transport to the Lauderdale County Jail.  Kasper would not get out of the vehicle.  Kasper was yelling and pulling away.  I then entered the rear of the vehicle from the opposite side and deployed a drive stun to Kasper.  Kasper then exited the vehicle and began fighting with Deputy Mathis and Deputy Anderson.  He was eventual subdued and placed in Deputy Anderson's vehicle and transported to the jail.

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**                    Page  5

Agency:  LCSD                    Author:   MATHIS, JACOB T
Incident No:   2014007567          Title:   JACOB'S STATEMENT                    Report Type:   I
                                 Date Entered:   5/25/2014

On Saturday, May 24, 2014 at approximately 1949 hours, I (Jacob Mathis) was at a roadside safety
checkpoint at the intersection of Allen Swamp Road and Pine Springs Road. While standing at the
check point with other deputies and a trooper, I observed a White Ford F-150 traveling east bound
on Allen Swap Road toward the safety checkpoint. The vehicle was occupied by one white male
(Glenn Dell Kasper) who was driving the vehicle. As the vehicle was approaching the stop sign at
Allen Swamp Road and Pine Springs Road I observed Deputy Stevens and Trooper Moore standing
near the front of the vehicle. After the driver rolled thru the stop sign, I observed Lt. Russell make a
driver side approach. Just before Lt. Russell was able to make contact with the driver, the driver
punched the gas, in an attempt to make a left hand turn to avoid Lt. Russell at the checkpoint. At
that time I started running toward my patrol car that was facing east towards Windsor Road. While
running with my back to the truck, I heard someone shout stop the vehicle. At that time I heard the
driver shouting back at the deputies telling them, you can't get me, you can't stop me illegally, what
you want me to do. That's when Lt. Russell yelled back "I want you to stop the vehicle." At that time
he tried to leave again, and that's when I heard a window shatter. I immediately turned and look
back and noticed that the vehicle had come to a stop. I then started running back towards the
vehicle to assist Lt. Russell. The entire time Lt. Russell was giving the driver command to exit the
vehicle and the driver was refusing to do so. As I approached the vehicle the driver grabbed the
steering wheel and refused to let go of it after I commanded him to let it go several times.  I then
reached inside the vehicle to take the driver's seatbelt off of him and that's when he grabbed my
hand and started squeezing it and was refusing to let it go. After I was finally able to pull my hand
away, he took both of his hands and made another attempt to grab my hand. When he done this, I
immediately hit the release button on the seatbelt buckle and tried to assist the driver out of the
vehicle. When I made an attempt to assist him out of the vehicle he grabbed something in the
center of the vehicle and refused to release it. That's when Lt. Russell pulled his taser out and told
him multiple times to stop grabbing things and exit the truck. After I made one more attempt to get
him to release his hands Lt. Russell begin to tase the combative subject. After he tased the subject,
Deputy Anderson and I tried again to assist the driver out of the vehicle. That was when I noticed he
had somehow tangled himself in the seatbelt during his rage of anger. After removing the seatbelt
from his arm Deputy Anderson and I placed the driver in the prone position to place the subject
under arrest. While he was on the ground, he continued to resist arrest and refuse to give me his
hands. The entire time I was trying to place handcuffs on the subject and he was continuously trying
to hide his hands and was still trying to get up off the ground. I immediately moved from beside his
left hip area and placed my knees across the back of his legs in attempt to stop him from getting up
and getting away while Deputy Anderson tried to assist me from his other side. After he continued to
try and get up by using his hands, I was finally able to get one of his hands and place a handcuff on
it. After placing one handcuff on his wrist, he begin to pull away and I was eventually able to get the
other cuff on him. After successfully getting the cuffs on the subject, I ask him very nicely and calmly
to get up and walk to the car, and he continued to refuse to get up and walk. After assisting him
back onto his feet I told him to walk toward my patrol car. After he refuse to walk to my car Deputy
Anderson and I escorted him to the patrol car while he was continuing to pull away and refusing to
walk. After he was escorted to the car, he stated that he wasn't getting in the back of the car and he
wasn't going to jail. After he finally went into the back seat of the car, I walked off to go assist the

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**          Page 6

other deputies in moving the vehicle. At that time 911 dispatch advised that there was another call and needed an officer to assist. Due to other deputies going to jail, I was told to remove him from my patrol car and put him another one. I then went back to my car and ask the subject to please exit the vehicle and get in a different patrol car. He started yelling viscously and put his feet up in attempt to block me from helping him get out of the car. After I reached in to assist him in exiting the car, he begin to kick toward my body eventually kicking me in the side. I was able to then grab his foot and assist him to the edge of the seat. He then put his left foot in the door way and begin to pushed against us as we made an attempt to assist him in exiting the vehicle. That is when Lt. Russell reached in from the driver side and drive stunned the combative individual. At that time Deputy Anderson and I had to escort the subject to his patrol car where he was eventually transported to the Lauderdale county jail and charged with multiple charges.

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014          **NUMBER: 2014007567**                    Page 7

Agency:  LCSD                          Author:   MATUSZEWSKI, ANDY
Incident No:   2014007567                Title:   DEP. SKI'S STATEMENT          Report Type:   S
                                    Date Entered:   5/25/2014

On 5-24-2014 around 1950 while on uniformed patrol in a marked Sheriff's Department SUV I was
assisting other deputies at a roadside safety checkpoint at the intersection of Allen Swamp road and
Pine Springs Road.  A white Ford F150 extended cab pickup with two kayaks in the back
approached our location from the west on Allen Swamp Road.  Myself and Lt. Russell were on this
lane of traffic.  Deputies Jacob Mathis, Wesley Stevens & Trooper Jerome Moore were standing in
the center of Pine Springs Road.  As the vehicle got to me I noticed that the driver, later identified as
Glenn Kasper had what appeared to be his driver's license in his hand.  I also noticed that while he
had slowed somewhat he had yet to bring the vehicle to a complete stop.  The driver's window was
open part of the way at the time but I noticed that he was in the process of rolling it up.  This is
exactly opposite of what we would expect to find in this type of a situation.  In that the vehicle had
passed by me by this point Lt. Russell stepped up to the vehicle which was continuing to move and
yelled for the driver to stop.  I turned and saw that the other deputies were in front of the path the
vehicle was taking.  It was at this point that the vehicle lunged forward suddenly.  Lt. Russell struck
the driver's window with his arm causing it to shatter.  I stepped around Lt. Russell to the A pillar of
the truck where I would be able to deploy my pistol should the threat continue.  Lt. Russell put the
vehicle in park.  The driver began to scream hysterically at this point refusing to exit the vehicle.
Dep. Mathis & Dep. Anderson began to try to remove the driver from the vehicle.  When he would
not comply Lt. Russell deployed his Taser at which time the driver released his hold on the vehicle
and was subsequently handcuffed and placed in the back of Dep. Mathis' vehicle.  Shortly thereafter
I was dispatched to a call of a disturbance on King Road so this was the end of my involvement in
this case.

# LAUDERDALE SHERIFF'S DEPT.

PRINT DATE: 05/25/2014      **NUMBER: 2014007567**      Page  8

Agency:  LCSD      Author:  ANDERSON, DYLAN SCOTT
Incident No:  2014007567      Title:  ANDERSONS REPORT      Report Type:  S
     Date Entered:  5/25/2014

On 5/24/2014 I was at a Safety checkpoint located on Pine Springs and Allen Swamp Rd. A white truck pulled up to the location while I was securing another vehicle. I heard Deputy Ski and Lt Russell give the driver multiple loud commands to stop the truck. The truck attempted to accelerate toward other Deputies and Lt. Russell hit the window with his forearm. I made my way to the truck and assisted the driver, Glenn Kasper, out of the truck. He was given multiple commands to exit the truck and he continued to fight and attempt to drive away. Lt. Russell deployed his taser to temporarily subdue him. We removed him from the truck and placed him prone in the roadway. Mr. Kasper continued to fight as we were placing him into custody. I told him multiple times to give me his hands and he refused. I could smell the odor of a intoxicating beverage coming from his person as he was screaming hysterically. He was transported to the jail and booked in. No tests were offered due to his extremely violent behavior.

Anderson L27