LAUDERDALE COUNTY DETENTION FACILITY
2001 5th STREET
MERIDIAN, MS 39301

**REASONABLE SUSPICION ASSESSMENT FORM**
*(For authorization in strip searches of traffic and misdemeanor arrestees)*

_____          _____
Name of Arrestee                                                                    Date

_____
Name of Corrections Officer

Identify specific factors which establish reasonable suspicion that the arrestee possesses a weapon, evidence of a crime, controlled substances, or other contraband, or is a threat to himself or the safety of others.  Check **all** that apply:

_____    a.    The appearance, demeanor and conduct of the arrestee

_____    b.    The nature of the criminal charges pending against the arrestee

_____    c.    The arrestee's prior arrest record, if known

_____    d.    Discoveries from prior arrests and/or prior searches of arrestee, if known

_____    e.    The arrestee is on felony probation or parole

_____    f.    Arrestee's conduct during arrest and booking

_____    g.    The discovery of contraband or weapons during the pat search

_____    h.    Arrestee's known history of, or any current, suicide attempts of threats made to arresting or booking officials

_____    i.    A magnetometer search indicates the presence of metal that cannot be discovered via the pat search

_____    j.    Suspicion or concern that the arrestee is attempting to conceal an injury

_____    k.    The inmate was combative during intake and reasonable force was necessary

_____    l.    Any other reasonable suspicion based upon specific circumstances that leads the Corrections Officer to suspect that the arrestee is concealing weapons, evidence of a specific crime, controlled substances or other contraband.  **Please describe**:
            _____
            _____
            _____

Corrections Officer's Signature: _____ Date: _____

Approved by: (Shift Supervisor/ Sgt): _____ Time: _____

Form # 77
Revised 4/07

LC_00389

**Inmate Grievance Report/
Request Form**
Lauderdale County Detention Facility
2001 5th Street
Meridian, MS 39301

_____
Date

I wish to report the following grievance (if making a request, stop here and complete the section below), which          occurred          at          _____          (time)          at

_____ (location).

I

If reporting a grievance, please give a full description.  Be certain to include names of all persons involved, either as participants or as witnesses.  If a person named is neither an inmate nor a jail employee, give that person's address and phone number.  If making a request, briefly describe the request in the space below.  Consult your handbook for guidance on grievances/requests.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Comments from staff concerning this grievance/ request:

_____
_____
_____
_____
_____
_____
_____

Complete and forward to the Shift Commander.  Additional sheets available if necessary.

Inmate's Signature: _____

Report received by officer: _____

Date received: _____

LC_00390