# LAUDERDALE COUNTY DETENTION FACILITY
# RESPONSE TO RESISTANCE REPORT

DATE: 5/24/14   TIME: 1949   LOCATION: Allen Swamp / Pine Springs Road
DEPUTY/OFFICER'S NAME: Lt. Ruston Russell   CASE #: 201407567
ON SCENE/NOTIFIED SUPERVISOR(S): _____
NUMBER 6 AND NAMES OF OTHER DEPUTIES/OFFICERS PRESENT: Trooper Moore H-24, Deputy Mathis L-15, Deputy Anderson L-27, Deputy Stevens L-18, Deputy Thomas L-19, Deputy Matuszewski
ANY OTHER DEPUTIES/OFFICERS USE FORCE: **Y**/N   IF YES, ADDITIONAL FORMS ATTACHED: **Y**/N
ANY DEPUTIES/OFFICERS INJURED: **Y**/N   IF YES, NAME(S): Lt. Ruston Russell
DESCRIBE INJURIES TO DEPUTY/OFFICER: Small cuts on right arm

DEPUTY/OFFICER TREATED BY: FIRE DEPT ___   AMBULANCE ✓   HOSPITAL ___
ATTENDING PHYSICIAN ___   JAIL MEDICAL STAFF ___

NATURE OF INCIDENT: 10-53, 10-55
INCIDENT TYPE/REASON FOR USE OF FORCE (circle appropriate responses below):
Hostage Taker   Suicidal   (Violent/Combative Offender)   (Barricaded)   (Resistive)   Restraint (for Offender's safety)   Accidental   Other
AT THE TIME OF THE INCIDENT, THE SUBJECT WAS (check appropriate responses below):
✓ Under the influence of alcohol/illegal drugs/prescription drugs   ✓ Mentally impaired   ___ Other: ___
CHARGES FILED AGAINST OFFENDER: Disregard for traffic Device, DUI, Resisting Arrest, Disorderly Conduct X 3   SUSPECT BOOKED: Y/N

## OFFENDER INFORMATION
NAME: Glenn Dell Kasper   ADDRESS: 8990 Massey Est Dr.
PHONE NUMBER: ___   SSN: ███-██-2696   DATE OF BIRTH: ██/██/63
SEX: **M**/F   HEIGHT: 5'5"   WEIGHT: 130   RACE: W   DISABILITY(S): ___
DESCRIBE OFFENDER CLOTHING (heavy, light, thin, loose etc.): light
ANY INJURIES TO OFFENDER PRIOR TO USE OF FORCE: Y/**N**
ANY INJURIES AFTER USE OF FORCE: Y/**N**

OFFENDER TREATED BY: FIRE DEPT N/A   AMBULANCE N/A   HOSPITAL N/A
ATTENDING PHYSICIAN N/A   JAIL MEDICAL STAFF N/A
TRANSPORTED BY: ___ AMBULANCE   ✓ SHERIFF'S DEPT   ___ OTHER ___   ADMITTED Y/N

OTHER OFFENDERS/WITNESSES ON SCENE: Y/**N**
OFFENDERS/WITNESS (circle one) NAME: ___   PHONE # ___
OFFENDERS/WITNESS (circle one) NAME: ___   PHONE # ___

Form #31   1   Revised 2/10

LC_00018

# LAUDERDALE COUNTY DETENTION FACILITY
# RESPONSE TO RESISTANCE REPORT

LEVELS OF RESISTANCE and CORRESPONDING LEVELS OF CONTROL/FORCE (check all that apply)

- ☐ LEVEL 1  COMPLIANT: _____
  COOPERATIVE CONTROLS: _____
- ☐ LEVEL 2  PASSIVELY RESISTANT: _____
  CONTACT CONTROLS: _____
- ☒ LEVEL 3  ACTIVELY RESISTANT: refused to exit his vehicle
  COMPLIANCE (chemical, takedown, taser etc.): Taser
- ☐ LEVEL 4  ASSAULTIVE (bodily harm): _____
  DEFENSIVE TACTICS (impact weapon, closed hand etc.): _____
- ☐ LEVEL 5  ASSAULTIVE (serious threat of bodily harm or death): _____
  DEADLY FORCE: _____

## APPLICATION AREAS

Place a number in the location of the application of force on the diagram to the left.

Using the numbered area below, describe the type of force corresponding with the number on the diagram.

*Example: 1. TASER Probe*

1. Taser Probe
2. _____
3. _____
4. _____
5. _____
6. _____

POST-INCIDENT OBSERVATION
IMMEDIATELY FOLLOWING INCIDENT: Hysterical
15 MINUTES FOLLOWING INCIDENT: Hysterical
30 MINUTES FOLLOWING INCIDENT: Hysterical

☒ NARRATIVE/INCIDENT REPORT ATTACHED    ☒ SUPPLEMENTAL TASER/CHEMICAL SPRAY FORM ATTACHED
☒ PHOTOGRAPHS TAKEN BY: Deputy Anderson    ☒ PHOTOGRAPHS ATTACHED

| | | |
|---|---|---|
| REPORTING DEPUTY/OFFICER SIGNATURE | *[signature]* | DATE 5/25/14 |
| SUPERVISOR SIGNATURE | *[signature]* LY | DATE 02OCT14 |
| DIVISION COMMANDER SIGNATURE | *[signature]* LY | DATE 02OCT14 |
| CHIEF DEPUTY'S SIGNATURE | *[signature]* | DATE 10/2/14 |
| SHERIFF'S SIGNATURE | Billy Sollie | DATE 1/27/15 |

Form #31                                     2                                     Revised 2/10

LC_00019

# LAUDERDALE COUNTY DETENTION FACILITY
## RESPONSE TO RESISTANCE REPORT

## Taser/Chemical Spray Supplemental Form

DEPUTY/OFFICER NAME: Ruston Russell  CASE # 2014007567

**TASER SECTION** (complete if applicable)
TASER SERIAL NUMBER: X00-5662374
AIR CARTRIDGE TYPE(S) USED ☐ 15-ft XP ☒ 25-ft XP ☐ 35-ft XP ☐ Other _____
AIR CARTRIDGE SERIAL NUMBER(S): H06-241993
NUMBER OF AIR CARTRIDGES FIRED: 1   NUMBER OF CYCLES APPLIED (non drive-stun): 1
USAGE (check one): ☐ Arc Display Only ☐ Laser Display Only ☐ Drive Stun Only ☒ Taser Air-Cartridge Application
APPROXIMATE TARGET DISTANCE AT TIME OF DART LAUNCH: 3 feet   NEED FOR ADDITIONAL CARTRIDGE? No
DISTANCE BETWEEN THE TWO PROBES: 4 inches   DID DART CONTACTS PENETRATE THE SUBJECT'S SKIN? Y/N
IF AIR CARTRIDGE DEPLOYMENT WAS UNSUCCESSFUL WAS A DRIVE-STUN FOLLOW-UP USED? Y/N
DID THE DEVICE RESPOND SATISFACTORILY? Y/N
WERE PROBES REMOVED ON SCENE? Y/N IF YES, REMOVED BY: _____
DID TASER APPLICATION CAUSE INJURY: Y/N IF YES, NOTE INJURY IN APPROPRIATE SECTION OF USE OF FORCE REPORT
WAS TASER USE (circle one) SUCCESS/FAILURE   IF FAILURE, WHY? _____

**CHEMICAL SPRAY SECTION** (complete if applicable)
NUMBER OF TIMES SUBJECT WAS SPRAYED: _____
APPROXIMATE DISTANCE FROM SUBJECT: _____
WAS SPRAY EFFECTIVE? Y/N   WAS SUBJECT DYE TESTED? Y/N
OBSERVED EFFECTS ON:
  EYES: ☐ Closure ☐ Tears ☐ No Effect    SKIN: ☐ Redness ☐ Burning   ☐ No Effect
  NOSE: ☐ Discharge ☐ Irritation ☐ No Effect   CHEST: ☐ Coughing ☐ Labored Breathing ☐ No Effect

REPORTING DEPUTY/OFFICER SIGNATURE: _____  DATE 5/25/14
SUPERVISOR SIGNATURE: _____  DATE 02OCT14
DIVISION COMMANDER SIGNATURE: _____  DATE 02OCT14
CHIEF DEPUTY'S SIGNATURE: _____  DATE 10/2/14
SHERIFF'S SIGNATURE: Billy Sollie  DATE 1/27/15

Form #31   3   Revised 2/10

LC_00020