# LAUDERDALE COUNTY DETENTION FACILITY
## RESPONSE TO RESISTANCE REPORT

DATE: 5/24/14  TIME: 1949  LOCATION: Allen Swamp & Pine Springs Road.
DEPUTY/OFFICER'S NAME: Jacob Mathis   CASE #: 2014 OD 7567
ON SCENE/NOTIFIED SUPERVISOR(S): Sgt. Cohel
NUMBER 6 AND NAMES OF OTHER DEPUTIES/OFFICERS PRESENT: Trooper Moore (H24), Deputy Matuszewski, Deputy Anderson, Deputy Stevens, Deputy Thomas, LT. Russell
ANY OTHER DEPUTIES/OFFICERS USE FORCE: Y/N   IF YES, ADDITIONAL FORMS ATTACHED: Y/N
ANY DEPUTIES/OFFICERS INJURED N  IF YES, NAME(S): _____
DESCRIBE INJURIES TO DEPUTY/OFFICER: _____

DEPUTY/OFFICER TREATED BY: FIRE DEPT ____  AMBULANCE ✓  HOSPITAL ____
    ATTENDING PHYSICIAN ____  JAIL MEDICAL STAFF ____

NATURE OF INCIDENT: 1053, 1055
INCIDENT TYPE/REASON FOR USE OF FORCE (circle appropriate responses below):
Hostage Taker  Suicidal  Violent/Combative Offender  Barricaded  **Resistive**  Restraint (for Offender's safety)  Accidental  Other
AT THE TIME OF THE INCIDENT, THE SUBJECT WAS (check appropriate responses below):
✓ Under the influence of alcohol/illegal drugs/prescription drugs   ___ Mentally impaired   ___ Other: ____
CHARGES FILED AGAINST OFFENDER: Disregard for traffic device, DUI, Resisting Arrest & Disorderly Conduct x3
SUSPECT BOOKED: Y/N

## OFFENDER INFORMATION
NAME: Glenn D. Kasper   ADDRESS: 8990 Massey Est Dr.
PHONE NUMBER: ____  SSN: ███-2496  DATE OF BIRTH: ██/03
SEX M/F  HEIGHT: 5'5  WEIGHT: 130  RACE: W   DISABILITY(S): ____
DESCRIBE OFFENDER CLOTHING (heavy, light, thin, loose etc.): Light
ANY INJURIES TO OFFENDER PRIOR TO USE OF FORCE: Y/N  Scratches & abrasion on the face
ANY INJURIES AFTER USE OF FORCE: Y/N  Scratches & abrasions on the face

OFFENDER TREATED BY: FIRE DEPT NA   AMBULANCE NA   HOSPITAL NA
    ATTENDING PHYSICIAN NA   JAIL MEDICAL STAFF NA
TRANSPORTED BY: ___ AMBULANCE  ✓ SHERIFF'S DEPT  ___ OTHER ____  ADMITTED Y/N

OTHER OFFENDERS/WITNESSES ON SCENE: Y/N
OFFENDERS/WITNESS (circle one) NAME: ____  PHONE # ____
OFFENDERS/WITNESS (circle one) NAME: ____  PHONE # ____

# LAUDERDALE COUNTY DETENTION FACILITY
# RESPONSE TO RESISTANCE REPORT

LEVELS OF RESISTANCE and CORRESPONDING LEVELS OF CONTROL/FORCE (check all that apply)

- ☐ LEVEL 1 COMPLIANT: _____
  COOPERATIVE CONTROLS: _____
- ☐ LEVEL 2 PASSIVELY RESISTANT: _____
  CONTACT CONTROLS: _____
- ☒ LEVEL 3 ACTIVELY RESISTANT: Attempting flee, kick, & fight
  COMPLIANCE (chemical, takedown, taser etc.): _____
- ☐ LEVEL 4 ASSAULTIVE (bodily harm): _____
  DEFENSIVE TACTICS (impact weapon, closed hand etc.): _____
- ☐ LEVEL 5 ASSAULTIVE (serious threat of bodily harm or death): _____
  DEADLY FORCE: _____

## APPLICATION AREAS

Place a number in the location of the application of force on the diagram to the left.

Using the numbered area below, describe the type of force corresponding with the number on the diagram.

*Example: 1. TASER Probe*

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

POST-INCIDENT OBSERVATION
IMMEDIATELY FOLLOWING INCIDENT: Hysterical & Angry
15 MINUTES FOLLOWING INCIDENT: Hysterical & Angry
30 MINUTES FOLLOWING INCIDENT: Hysterical & Angry

☒ NARRATIVE/INCIDENT REPORT ATTACHED   ☐ SUPPLEMENTAL TASER/CHEMICAL SPRAY FORM ATTACHED
☒ PHOTOGRAPHS TAKEN BY: Deputy Anderson   ☒ PHOTOGRAPHS ATTACHED

| | Signature | Date |
|---|---|---|
| REPORTING DEPUTY/OFFICER SIGNATURE | [signature] | 5/25/14 |
| SUPERVISOR SIGNATURE | [signature] | 5/25/14 |
| DIVISION COMMANDER SIGNATURE | [signature] | 02 OCT 14 |
| CHIEF DEPUTY'S SIGNATURE | [signature] | 10/2/14 |
| SHERIFF'S SIGNATURE | Billy Sollie | 1/27/15 |

Form #31    2    Revised 2/10

LC_00359