# LAUDERDALE COUNTY DETENTION FACILITY
# RESPONSE TO RESISTANCE REPORT

DATE: 5/24/14  TIME: 1949  LOCATION: Allen Swamp Rd
DEPUTY/OFFICER'S NAME: Dylan Anderson  CASE #: 201400756?
ON SCENE/(NOTIFIED) SUPERVISOR(S): Kris Cokel
NUMBER 7 AND NAMES OF OTHER DEPUTIES/OFFICERS PRESENT: Ruston Russell, Wesley Stevens, Allen Wyman, Trooper Jerom Moore, Andy Ski, Steve Thomas, Jacob Mathis
ANY OTHER DEPUTIES/OFFICERS USE FORCE: Y/N  IF YES, ADDITIONAL FORMS ATTACHED: Y/N
ANY DEPUTIES/OFFICERS INJURED: Y/N  IF YES, NAME(S): Ruston Russell
DESCRIBE INJURIES TO DEPUTY/OFFICER: Cuts on forearm

DEPUTY/OFFICER TREATED BY: FIRE DEPT ___  AMBULANCE ✓  HOSPITAL ___
ATTENDING PHYSICIAN ___  JAIL MEDICAL STAFF ___

NATURE OF INCIDENT: 10-53 / 10-55
INCIDENT TYPE/REASON FOR USE OF FORCE (circle appropriate responses below):
Hostage Taker  Suicidal  (Violent/Combative Offender)  Barricaded  (Resistive)  (Restraint (for Offender's safety))  Accidental  Other
AT THE TIME OF THE INCIDENT, THE SUBJECT WAS (check appropriate responses below):
✓ Under the influence of alcohol/illegal drugs/prescription drugs  ✓ Mentally impaired  ___ Other: ___
CHARGES FILED AGAINST OFFENDER: Dis Conduct x 3, Resisting Arrest, DUI 1st, Dis Traffic Dev
SUSPECT BOOKED: Y/N

## OFFENDER INFORMATION
NAME: Glenn Kesper  ADDRESS: 8990 Massey Estates Dr
PHONE NUMBER: ___  SSN: ███ 2696  DATE OF BIRTH: ███/63
SEX: M/F  HEIGHT: 5-5  WEIGHT: 130  RACE: W  DISABILITY(S): ___
DESCRIBE OFFENDER CLOTHING (heavy, light, thin, loose etc.): light
ANY INJURIES TO OFFENDER PRIOR TO USE OF FORCE: Y/N
ANY INJURIES AFTER USE OF FORCE: Y/N  cuts, scrapes

OFFENDER TREATED BY: FIRE DEPT 0  AMBULANCE 0  HOSPITAL 0
ATTENDING PHYSICIAN 0  JAIL MEDICAL STAFF 0
TRANSPORTED BY: ___ AMBULANCE ___ SHERIFF'S DEPT ___ OTHER ___  ADMITTED Y/N

OTHER OFFENDERS/WITNESSES ON SCENE: Y/N
OFFENDERS/WITNESS (circle one) NAME: ___  PHONE # ___
OFFENDERS/WITNESS (circle one) NAME: ___  PHONE # ___

# LAUDERDALE COUNTY DETENTION FACILITY
## RESPONSE TO RESISTANCE REPORT

LEVELS OF RESISTANCE and CORRESPONDING LEVELS OF CONTROL/FORCE (check all that apply)

- ☐ LEVEL 1   COMPLIANT: _____
  - COOPERATIVE CONTROLS: _____
- ☐ LEVEL 2   PASSIVELY RESISTANT: _____
  - CONTACT CONTROLS: _____
- ☑ LEVEL 3   ACTIVELY RESISTANT: attempting to Flee and fight
  - COMPLIANCE (chemical, takedown, taser etc.): Controlled Takedown
- ☐ LEVEL 4   ASSAULTIVE (bodily harm): _____
  - DEFENSIVE TACTICS (impact weapon, closed hand etc.): _____
- ☐ LEVEL 5   ASSAULTIVE (serious threat of bodily harm or death): _____
  - DEADLY FORCE: _____

### APPLICATION AREAS

Place a number in the location of the application of force on the diagram to the left.

Using the numbered area below, describe the type of force corresponding with the number on the diagram.

*Example: 1. TASER Probe*

1. Cut
2. Cut
3. Scrape
4. _____
5. _____
6. _____

POST-INCIDENT OBSERVATION
IMMEDIATELY FOLLOWING INCIDENT: Combative
15 MINUTES FOLLOWING INCIDENT: Combative
30 MINUTES FOLLOWING INCIDENT: Verbally Violent

☑ NARRATIVE/INCIDENT REPORT ATTACHED   ☑ SUPPLEMENTAL TASER/CHEMICAL SPRAY FORM ATTACHED
☑ PHOTOGRAPHS TAKEN BY: Anderson   ☑ PHOTOGRAPHS ATTACHED

| | | |
|---|---|---|
| REPORTING DEPUTY/OFFICER SIGNATURE | L27 | DATE 5/25/14 |
| SUPERVISOR SIGNATURE | L-6 | DATE 5/25/14 |
| DIVISION COMMANDER SIGNATURE | L4 | DATE 02 OCT 14 |
| CHIEF DEPUTY'S SIGNATURE | | DATE 10/2/14 |
| SHERIFF'S SIGNATURE | Billy Sollie | DATE 1/27/15 |

Form #31    2    Revised 2/10

LC_00361