

# EVIDENCE⊘SYNC

**TASER Information**
Serial: X00-562374
Model: TASER X26
Firmware Version: Rev. 22
Application Version: 2.9.2

**Offline Report**
Local Timezone: Central Standard Time (UTC -05:00)
Generated On: 25 May 2014 21:46:54

## Device (X26)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | Invalid Date/Time | Sync | 17 Mar 2011 11:41:17 to Invalid Date/Time | | |
| 2 | 17 Mar 2011 11:41:20 | Sync | 17 Mar 2011 11:41:19 to 17 Mar 2011 11:41:20 | | |
| 3 | 17 Mar 2011 11:48:45 | Trigger | 5 | 23 | 99 |
| 4 | 17 Mar 2011 11:48:50 | Trigger | 5 | 23 | 99 |
| 5 | 17 Mar 2011 11:48:56 | Trigger | 5 | 23 | 99 |
| 6 | 06 Apr 2011 05:13:17 | Trigger | 1 | 19 | 98 |
| 7 | 08 Apr 2011 17:29:16 | Trigger | 1 | 22 | 98 |
| 8 | 08 Apr 2011 17:29:20 | Trigger | 1 | 22 | 98 |
| 9 | 17 May 2011 17:38:32 | Trigger | 1 | 19 | 95 |
| 10 | 17 May 2011 17:38:35 | Trigger | 1 | 19 | 95 |
| 11 | 03 Jun 2011 14:42:12 | Trigger | 1 | 22 | 94 |
| 12 | 03 Jun 2011 14:42:14 | Trigger | 1 | 22 | 94 |
| 13 | 12 Jun 2011 04:13:59 | Trigger | 5 | 26 | 94 |
| 14 | 12 Aug 2011 07:08:19 | Trigger | 1 | 25 | 93 |
| 15 | 12 Aug 2011 07:08:25 | Trigger | 2 | 25 | 93 |
| 16 | 12 Aug 2011 07:08:32 | Trigger | 5 | 25 | 93 |
| 17 | 12 Aug 2011 07:08:43 | Trigger | 5 | 26 | 93 |
| 18 | 01 Sep 2011 17:49:39 | Trigger | 1 | 22 | 92 |
| 19 | 01 Sep 2011 17:49:40 | Trigger | 1 | 22 | 92 |
| 20 | 01 Sep 2011 17:49:42 | Trigger | 1 | 23 | 92 |
| 21 | 01 Sep 2011 17:49:49 | Trigger | 5 | 23 | 92 |
| 22 | 12 Sep 2011 04:31:54 | Trigger | 1 | 23 | 92 |
| 23 | 12 Sep 2011 04:32:01 | Trigger | 5 | 24 | 91 |
| 24 | 12 Sep 2011 04:32:08 | Trigger | 1 | 24 | 91 |
| 25 | 12 Sep 2011 04:32:10 | Trigger | 1 | 24 | 91 |
| 26 | 12 Sep 2011 04:32:11 | Trigger | 1 | 24 | 91 |
| 27 | 12 Sep 2011 04:32:21 | Trigger | 1 | 24 | 91 |
| 28 | 12 Sep 2011 04:32:25 | Trigger | 1 | 24 | 91 |
| 29 | 12 Sep 2011 04:32:35 | Trigger | 5 | 25 | 91 |
| 30 | 12 Sep 2011 04:33:29 | Trigger | 5 | 26 | 90 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celcius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 31 | 12 Sep 2011 04:34:07 | Trigger | 1 | 27 | 90 |
| 32 | 12 Sep 2011 04:34:08 | Trigger | 1 | 26 | 90 |
| 33 | 12 Sep 2011 04:34:13 | Trigger | 1 | 27 | 89 |
| 34 | 12 Sep 2011 04:34:16 | Trigger | 1 | 27 | 89 |
| 35 | 12 Sep 2011 04:34:20 | Trigger | 1 | 26 | 89 |
| 36 | 27 Sep 2011 01:32:14 | Trigger | 1 | 22 | 89 |
| 37 | 27 Sep 2011 01:32:17 | Trigger | 1 | 22 | 89 |
| 38 | 27 Sep 2011 01:32:32 | Trigger | 5 | 23 | 89 |
| 39 | 23 Nov 2011 17:13:47 | Trigger | 1 | 15 | 88 |
| 40 | 23 Nov 2011 17:43:57 | Trigger | 2 | 19 | 88 |
| 41 | 23 Nov 2011 17:44:01 | Trigger | 1 | 20 | 88 |
| 42 | 29 May 2012 01:04:25 | Trigger | 2 | 22 | 87 |
| 43 | 29 May 2012 01:04:34 | Trigger | 5 | 22 | 87 |
| 44 | 29 May 2012 01:04:42 | Trigger | 1 | 22 | 86 |
| 45 | 29 May 2012 01:04:43 | Trigger | 1 | 22 | 86 |
| 46 | 29 May 2012 01:04:46 | Trigger | 1 | 22 | 86 |
| 47 | 29 May 2012 01:04:51 | Trigger | 1 | 22 | 86 |
| 48 | 29 May 2012 01:04:53 | Trigger | 1 | 23 | 86 |
| 49 | 29 May 2012 01:04:55 | Trigger | 1 | 23 | 86 |
| 50 | 29 May 2012 01:04:57 | Trigger | 1 | 23 | 86 |
| 51 | 11 Jul 2012 19:14:12 | Trigger | 1 | 23 | 86 |
| 52 | 18 Jul 2012 18:03:34 | Trigger | 1 | 23 | 85 |
| 53 | 18 Jul 2012 18:10:10 | Trigger | 1 | 26 | 85 |
| 54 | 18 Jul 2012 18:10:12 | Trigger | 1 | 26 | 85 |
| 55 | 18 Jul 2012 18:10:14 | Trigger | 1 | 26 | 85 |
| 56 | 14 Aug 2012 13:33:13 | Trigger | 1 | 29 | 85 |
| 57 | 22 Aug 2012 01:20:56 | Trigger | 1 | 22 | 85 |
| 58 | 25 Sep 2012 08:37:29 | Trigger | 1 | 12 | 84 |
| 59 | 25 Sep 2012 08:37:31 | Trigger | 1 | 12 | 84 |
| 60 | 25 Sep 2012 08:37:35 | Trigger | 1 | 12 | 84 |
| 61 | 25 Sep 2012 08:37:38 | Trigger | 1 | 12 | 84 |
| 62 | 08 Oct 2012 20:20:41 | Trigger | 1 | 21 | 84 |
| 63 | 08 Oct 2012 20:20:42 | Trigger | 1 | 21 | 84 |
| 64 | 08 Oct 2012 20:21:59 | Trigger | 1 | 21 | 84 |
| 65 | 08 Oct 2012 20:26:46 | Trigger | 1 | 21 | 84 |
| 66 | 08 Oct 2012 20:34:03 | Trigger | 5 | 22 | 83 |
| 67 | 08 Oct 2012 20:35:22 | Trigger | 5 | 23 | 83 |
| 68 | 08 Oct 2012 20:35:34 | Trigger | 5 | 24 | 83 |
| 69 | 08 Oct 2012 23:52:43 | Trigger | 2 | 23 | 82 |
| 70 | 25 Oct 2012 04:30:30 | Trigger | 1 | 22 | 82 |
| 71 | 22 Nov 2012 23:13:26 | Trigger | 5 | 15 | 82 |
| 72 | 22 Nov 2012 23:13:34 | Trigger | 5 | 16 | 81 |
| 73 | 26 Nov 2012 09:31:31 | Sync | 26 Nov 2012 09:45:45 to 26 Nov 2012 09:31:31 | | |
| 74 | 28 Feb 2013 18:09:36 | Trigger | 1 | 16 | 80 |
| 75 | 04 Jun 2013 01:27:28 | Trigger | 5 | 23 | 79 |

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 76 | 04 Jun 2013 01:27:37 | Trigger | 5 | 24 | 79 |
| 77 | 14 Jun 2013 17:18:25 | Trigger | 5 | 20 | 78 |
| 78 | 17 Jun 2013 00:30:50 | Trigger | 5 | 24 | 78 |
| 79 | 17 Jun 2013 00:31:02 | Trigger | 5 | 24 | 78 |
| 80 | 09 Jul 2013 18:46:46 | Trigger | 5 | 22 | 77 |
| 81 | 13 Jul 2013 03:50:28 | Trigger | 2 | 22 | 76 |
| 82 | 31 Jul 2013 19:35:03 | Trigger | 5 | 25 | 76 |
| 83 | 09 Aug 2013 04:55:33 | Trigger | 5 | 24 | 76 |
| 84 | 17 Aug 2013 01:01:51 | Trigger | 5 | 21 | 75 |
| 85 | 28 Aug 2013 23:22:54 | Trigger | 5 | 21 | 75 |
| 86 | 02 Sep 2013 19:51:29 | Trigger | 2 | 23 | 74 |
| 87 | 20 Sep 2013 01:00:22 | Trigger | 1 | 23 | 74 |
| 88 | 20 Sep 2013 01:00:29 | Trigger | 5 | 24 | 74 |
| 89 | 20 Sep 2013 01:00:41 | Trigger | 5 | 24 | 73 |
| 90 | 26 Sep 2013 18:45:44 | Trigger | 5 | 23 | 73 |
| 91 | 26 Oct 2013 17:05:23 | Trigger | 5 | 14 | 72 |
| 92 | 05 Dec 2013 17:43:05 | Trigger | 5 | 22 | 72 |
| 93 | 05 Dec 2013 17:43:58 | Trigger | 5 | 23 | 71 |
| 94 | 05 Dec 2013 17:31:37 | Sync | 05 Dec 2013 17:45:16 to 05 Dec 2013 17:31:37 | | |
| 95 | 06 Feb 2014 16:47:35 | Trigger | 5 | 11 | 70 |
| 96 | 24 Mar 2014 19:32:10 | Trigger | 5 | 19 | 70 |
| 97 | 24 Mar 2014 19:32:21 | Trigger | 5 | 19 | 69 |
| 98 | 29 Mar 2014 17:46:06 | Trigger | 5 | 19 | 69 |
| 99 | 01 Apr 2014 22:28:54 | Trigger | 1 | 18 | 68 |
| 100 | 14 Apr 2014 22:15:45 | Sync | 14 Apr 2014 22:19:01 to 14 Apr 2014 22:15:45 | | |
| 101 | 14 Apr 2014 22:20:11 | Trigger | 5 | 25 | 68 |
| 102 | 22 May 2014 09:13:38 | Trigger | 5 | 17 | 67 |
| 103 | 24 May 2014 17:16:11 | Trigger | 5 | 18 | 67 |
| 104 | 24 May 2014 19:44:34 | Trigger | 5 | 25 | 66 |
| 105 | 24 May 2014 19:44:42 | Trigger | 5 | 26 | 66 |
| 106 | 24 May 2014 19:50:23 | Trigger | 4 | 25 | 66 |
| 107 | 25 May 2014 21:46:17 | Sync | 25 May 2014 21:47:25 to 25 May 2014 21:46:17 | | |