

LC_00362



```
Call #: 141440201        Narrative Display By Time        16:53:31

Line #  Narrative Data                                    Entry Time

********** DISP1G2    ********** ROWELL, KENNETH **********************
001 SAFTETY CHECKPOINT                                    19:23:34
********** DISP4G0    ********** WILROY, BARBARA **********************
001 SUBJ TASED FROM LB5121                                19:53:57
********** DISP3G0    ********** SORRELL, WENDELL *********************
001 GLENN KASPER HAS BEEN TAZED PER L06                   19:55:42
********** DISP4G0    ********** WILROY, BARBARA **********************
002 PER L11 51 IS 23                                      20:31:25


                                                          Bottom

F5=Refresh   F11=Toggle   F12=Cancel   F23=Toggle Messages
```

LC_00363



LC_00364







```
Opt Lic/Vin      ST Ty Yr   Make/Tow   Model    Top   Bot Type Flags Call
  _ LAH818       MS AU 05   MAZD       TRI      GRY / GRY OPER   H   141440201
    4F2YZ02Z55KM55684                                 0/00/00  0:00:00
  _ LAG400       MS AU 99   TOYT       CAM      BLK / BLK OPER   H   141440201
    4T1BG22K0XU569363                                 0/00/00  0:00:00
  5 LB5121       MS PU 01   FORD       F15      WHI / WHI OPER   H   141440201
    1FTRX18L31NA01820      COATS TOWING                5/24/14 20:10:16
  _ CK5488       MS PU 02   CHEV       150      RED / RED OPER   H   141440201

                   Call#: 141440201 003   Dispatcher ID: BARBARAW
License# LB5121      State MS Type PU Color Top/Bottom WHI / WHI  Year 01
Make    FORD         Model F15       Type OPER VIN 1FTRX18L31NA01820
Tow Company/Date/Time COATS TOWING                    5/24/14  20:10:16

     [History]

F10=Bolo  F11=History  F12=Cancel
F7=Roll Back   F8=Roll Forward
```

LC_00367



LC_00368



LC_00369



LC_00370



```
CAD203                    Call Information Maintenance

       Select search method: 3  1 - Exact Call #          A - List by Disposition
                                2 - List by Call #        B - List by Call Type
                                3 - List by Date & Time   C - List by Veh. Lic #
                                4 - List by Caller Name   D - List by Veh. Make


       Call Number: 141440201  SI  Call Type.: 092 Establish Roadblock By O Police
       Entry Day/Tm:  5/24/14 18:32:09  REVIEW 092 Establish Roadblock By O
       End Date/Tim:  5/24/14 21:39:09                                      Police
       Caller Name: L                          F              M   See:
         Address...:          Dr                              Mod
         City/State:                  Phone#:                 Source: SI
       Location....:  7751 Dr   PINE SPRINGS            RD    Mod INTERSECTN
         City......: MERIDIAN        Block#:  7700   Loc ID: I  Mapr: BAILEY
         Intersectn.: ALLEN SWAMP                STACY SNOWDEN
       Agency......: 002  Lauderdale County Sh  CmnN:
       Call Taker.: 0000005997 SORRELL WENDELL  Dspcher: 0000005997 SORRELL WENDELL
       Disposition: 001  CASE NUMBER ASSIGNED          L11    02 - 14007491  +++
     = L21    4 D  18:40:20 AR 18:50:41 AV 20:02:25   00:00:00 MATHIS, JACOB
     _ L27    7 D  18:40:20 AR 18:58:40 EJ 20:02:56 AJ 20:17:07 ANDERSON, DYLAN
       F6=Add Unit F7/F8=Roll Units F9=Caller Check List F10=Print   F11=Narrative
       F12=Return  F14=Addtl Disp.  F15=Addtl Locations  F16=Vehicle F17=Persons
```

LC_00372

