```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

**GLENN KASPER**                                                    **PLAINTIFF**

VS.                              CIVIL ACTION NO. 3:15-cv-613-WHB-JCG

**THE BOARD OF SUPERVISORS OF**
   **LAUDERDALE COUNTY, MS, ET AL**                               **DEFENDANTS**

<u>**ORDER OF DISMISSAL**</u>

All parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice to all parties.  If any party fails to consummate this settlement within twenty (20) days, any aggrieved party may reopen the case for enforcement of the settlement within ten (10) days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED that an Agreed Order of Dismissal executed by the parties be provided to the Court no later than January 5, 2018.

SO ORDERED this the 6TH day of December, 2017.

<u>s/William H. Barbour, Jr.</u>
UNITED STATES DISTRICT JUDGE
